# EXHIBIT B

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA

The People of the State
of California,

       Plaintiff,

v.

**DAT LUONG**,

       Defendant.
_____/

Dept. No. 513

No. 259871

## ORDER TO TRANSPORT DEFENDANT OR TO SHOW CAUSE RE: CONTEMPT

TO: PAM AHLIN, DIRECTOR, CALIFORNIA DEPARTMENT OF STATE HOSPITALS

1. A valid court order having been issued on **July 22, 2016**, directing that, pursuant to Section 1370(a)(1)(B)(i) of the Penal Code of the State of California, the above named defendant be committed to the Department of Mental Health at the State Hospital in Napa, California, for treatment that will "promote the defendant's speedy restoration to mental competence;" and

2. In accordance with *In re Mille* (2010) 182 Cal.App.4th 635, 649-50, which requires that mentally incompetent defendants be delivered to the state hospital soon after the commitment order so that the hospital has sufficient time to examine and treat the defendant, and document the defendant's progress within 90 days of the commitment order; and

3. Your departments having failed to comply with this order to deliver the defendant to the state hospital in a timely manner,

    YOU ARE HEREBY ORDERED to comply with the heretofore mentioned order **forthwith** or to appear before the above-entitled court on **September 12, 2016 at 9:00 a.m.** to show cause why you should not be held in contempt.

DATED: 9/7/16

_____
Judge of the Superior Court
DAN GRIMMER