MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
MAYA SORENSEN (State Bar No. 250722)
TERESA ALLEN (State Bar No. 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile: (510) 452-5510

Attorneys for Plaintiff
W.L., AI QIONG ZHONG, and MAI CHAI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| W.L., AI QIONG ZHONG, and MAI CHAI, individually,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NAPA STATE HOSPITAL, CALIFORNIA DEPARTMENT OF STATE HOSPITALS, a public entity; PAM AHLIN; ALAMEDA COUNTY, a public entity; UNDERSHERIFF RICHARD LUCIA; and DOES 1-10, Jointly and Severally,<br><br>　　　　　Defendants. | No: 3:17-cv-06675-EMC<br><br>**STIPULATION AND ~~PROP~~OSED ORDER TO MODIFY BRIEFING SCHEDULE FOR STATE DEFENDANTS' MOTION TO DISMISS** |

# STIPULATION

The parties, by and through their respective attorneys of record, hereby stipulate and agree as follows:

1. On February 8, 2018, Defendants filed a Motion to Dismiss.
2. The parties jointly request that the Court continue the briefing schedule as follows:
   a) Plaintiff's Opposition will be due on or before March 22, 2018.
   b) Defendant's Reply will be due on or before April 5, 2018.
3. Good cause exists because Plaintiffs have several major deadlines and responsibilities in other pending cases, including filing an opposition to summary judgment in a wrongful death case due in approximately three weeks and expert depositions in a separate wrongful death case that would make it impossible to adequately brief opposition papers to Defendants' motion by the current deadline of February 22, 2018.
4. For these reasons, the parties stipulate and request that this Court enter the following order adjusting the briefing schedule for this motions.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

| | |
|---|---|
| Dated: February 13, 2018 | HADDAD & SHERWIN LLP  /s/ Maya Sorensen  MAYA SORENSEN  Attorneys for Plaintiffs |
| Dated: February 13, 2018 | ATTORNEY GENERAL OF CALIFORNIA  /s/ Jennifer Addams*  Attorneys for Defendants |

* Ms. Addams gave permission to use his electronic signature

No. 3:17-cv-06675-EMC STIP & PROPOSED ORDER TO MODIFY BRIEFING SCHEDULE

# ORDER

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED. Plaintiff's Opposition to Defendants' motion to dismiss is due no later than March 22, 2018, and Defendants' reply is due no later than April 5, 2018.

Dated: 2/14/18



_____
Hon. Edward Chen
United States District Court