Xavier Becerra
Attorney General of California
Susan M. Carson
Supervising Deputy Attorney General
Jennifer C. Addams
Deputy Attorney General
State Bar No. 209355
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5382
  Fax: (415) 703-5480
  E-mail: Jennifer.Addams@doj.ca.gov
*Attorneys for Defendants Department of State Hospitals; Napa State Hospital; Pam Ahlin; Dolly Matteucci; and Cindy Black*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAT THANH LUONG, DECEASED, through his co-Successors in Interest, AI QIONG ZHONG, Individually and as mother and Next Friend for W.L., a minor, and MAI CHAI, individually,**<br><br>                Plaintiff,<br><br>v.<br><br>**ALAMEDA COUNTY, a public entity; SHERIFF GREG AHERN; JAIL COMMANDER THOMAS MADIGAN; DR. RINATA WAGLE, M.D.; ESTATE OF MOHINDER KAUR, M.D.; JACKSON & COKER LOCUMTENENS, LLC; BONNIE COOK, MFT; DEPUTY BRANDEN MCBRIDE; SHERIFF'S TECHNICIAN ROBERT LUEBKER; DEPUTY SCOTT BRYNING; DEPUTY SHAWN CHRISTIANSEN; NAPA STATE HOSPITAL, CALIFORNIA DEPARTMENT OF STATE HOSPITALS, a public entity; PAM AHLIN; DOLLY MATTEUCCI; CINDY BLACK; and DOES 7-20, Jointly and Severally,**<br><br>                Defendants. | 4:17-cv-6675<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT** |

| | |
|---|---|
|1| IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants the Department |
|2| of State Hospitals, Napa State Hospital, Pam Ahlin, and Dolly Matteucci that the time for filing a |
|3| responsive pleading by these Defendants shall be extended by 12 days, from September 14, 2018, |
|4| to September 26, 2018. |
|5| IT IS SO STIPULATED. |

Dated: September 14, 2018          Respectfully submitted,

                                                  XAVIER BECERRA
                                                  Attorney General of California
                                                  SUSAN M. CARSON
                                                  Supervising Deputy Attorney General

                                                  /s/ *Jennifer Addams*
                                                  JENNIFER C. ADDAMS
                                                  Deputy Attorney General
                                                  *Attorneys for Defendant*

Dated: September 14, 2018          HADDAD & SHERWIN

                                                  /s/ *Sorensen*
                                                  Sorensen
                                                  Attorneys for Plaintiffs

GRANTED
*[signature]*
Judge Edward M. Chen

DATED: 9/28/2018

ATTESTATION

I hereby attest that I have obtained the concurrence of the other signatory to the filing of this document.

                                                  /s/ *Jennifer Addams*
                                                  Jennifer Addams

SF2018400001
21232455.docx