TIMOTHY P. MURPHY, Esq. (120920)
JORDAN C. MEYER, Esq. (264978)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA 94523-3936
Telephone: (925) 827-3300
Facsimile: (925) 827-3320
Email: TMurphy@esmlawfirm.com
Email: JMeyer@esmlawfirm.com

Attorneys for Defendants
COUNTY OF ALAMEDA, SHERIFF GREG AHERN,
COMMANDER THOMAS MADIGAN,
DR. RINATA WAGLE, M.D., and
BONNIE COOK, MFT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAT THANH LUONG, DECEASED, through his Co-Successors in Interest, AI QIONG ZHONG, Individually and as mother and Next Friend for W.L., a minor, and MAI CHAU, individually,<br><br>  Plaintiff,<br><br>vs.<br><br>ALAMEDA COUNTY, a public entity; SHERIFF GREG AHERN; JAIL COMMANDER THOMAS MADIGAN; DR. RINATA WAGLE, M.D.; ESTATE OF MOHINDER KAUR, M.D.; JACKSON & COKER LOCUMTENENS, LLC; BONNIE COOK, MFT; DEPUTY BRANDEN MCBRIDE; SHERIFF'S TECHNICIAN ROBERT LUEBKER; DEPUTY SCOTT BRYNING; DEPUTY SHAWN CHRISTIANSEN; NAPA STATE HOSPITAL, CALIFORNIA DEPARTMENT OF STATE HOSPITALS, a public entity; PAM AHLIN; DOLLY MATTEUCCI; CINDY BLACK; and DOES 17-20, Jointly and Severally,<br>  Defendants. | No: 3:17-cv-06675-EMC<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT** |

No. 3:17-cv-06675-EMC: STIPULATION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

WHEREAS, the newly individually named County of Alameda employee defendants to the First Amended Complaint are expected to be represented by the same counsel as the previously individually named County of Alameda employee defendants and defendant County of Alameda;

WHEREAS, the parties wish to avoid the filing of unnecessary or duplicative papers for multiple defendants;

IT IS HEREBY STIPULATED, by and between Plaintiffs, Defendants the County of Alameda, Sheriff Greg Ahern, Jail Commander Thomas Madigan; Dr. Rinata Wagle, and Bonnie Cook (collectively "County Defendants") that the time for filing a responsive pleading by these Defendants shall be extended to the time provided under the Federal Rules of Civil Procedure following service of the last newly named County employed defendant in the First Amended Complaint.

IT IS SO STIPULATED

DATED: September 14, 2018　　　　　　　　EDRINGTON, SCHIRMER & MURPHY

　　　　　　　　　　　　　　　　　　　　/s/ Timothy P. Murphy

　　　　　　　　　　　　　　　　　　　　TIMOTHY P. MURPHY
　　　　　　　　　　　　　　　　　　　　Attorneys for Greg Ahern, Thomas Madigan,
　                                      Rinata Wagle and Bonnie Cook, MFT



DATED: 9/28/2018

DATED: September 14, 2018　　　　　　　　HADDAD & SHERWIN

　　　　　　　　　　　　　　　　　　　　/s/ Maya Sorensen
　　　　　　　　　　　　　　　　　　　　By: Maya Sorensen
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

No. 3:17-cv-06675-EMC: STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO FIRST AMENDED COMPLAINT　　　　1

## ATTESTATION

I hereby attest that I have obtained the concurrence of the other signatory to the filing of this document.

                                                        /s/ *Timothy P. Murphy*
                                                  TIMOTHY P. MURPHY