# EXHIBIT 4



# Alameda County Sheriff's Office

Gregory J. Ahern, Sheriff / Coroner
Coroner's Bureau, 2901 Peralta Oaks Ct, Oakland, CA 94605
(510) 382-3000 / (510) 382-3033 (fax)

## Coroner Investigator's Report

### CALL INFO

| NAME OF DECEASED (LAST, FIRST MIDDLE) | TENTATIVE ID | UNIDENTIFIED | CASE NUMBER |
|---|---|---|---|
| LUONG, Dat Thanh | ☐ | ☐ | 2016-03015 |

| REPORTED BY | REPORTED BY PHONE NO. | REPORTING AGENCY | REFERENCE NUMBER |
|---|---|---|---|
| R. Lopez #1592 | (510) 667-3646 | Alameda County Sheriff's Office-ETS | 16-017943 |

| INVESTIGATOR | CALL DATE AND TIME | CASE TYPE | |
|---|---|---|---|
| Adam Neils | 10/11/2016 10:50 | Removal Case | |

### DECEDENT

| DATE AND TIME OF DEATH | DATE OF BIRTH | AGE | GENDER | RACE | MARITAL STATUS | VET? |
|---|---|---|---|---|---|---|
| 10/11/2016 9:10 | 3/4/1960 | 56 Years | Male | Vietnamese | Married | ☐ |

| HGT | WGT | EYE COLOR | HAIR COLOR | OCCUPATION | EMPLOYER |
|---|---|---|---|---|---|
| 64 | 140 | Brown | Black | | |

**Preliminary Summary:** In-custody homicide of a 56 year old male who died at Santa Rita Jail, in Dublin. Dat Luong was found inside his cell (H/U 9-Cell B14) unresponsive with a towel wrapped around his neck and multiple contusions to his face. The H/U Deputy called for medical assistance and life saving measures were attempted, but failed and the decedent was pronounced, at 0910 hours, by ALCO Fire Engine #17. Next of kin has been notified.

On Thursday, February 27, 2017, I (Sgt. R. Macintire) reviewed this case and found it to be complete. I concurred with the findings and approved this case for closure. (RM

### DEATH

| LOCATION OF DEATH | | LOD TYPE |
|---|---|---|
| Santa Rita Jail | | Other |

| ADDRESS (STREET, CITY, STATE, ZIP) | COUNTY |
|---|---|
| 5325 Broder Blvd. HU 9 B Pod Dublin CA 94568 | Alameda |

| Manner | Homicide | Death Certificate Signed By: | |
|---|---|---|---|
| Cause A | ASPHYXIATION | Interval | Minutes |
| Cause B | STRANGULATION | Interval | Minutes |
| Cause C | | Interval | |
| Cause D | | Interval | |

Other Significant Conditions

*COPY*

### NOTIFICATION

| LEGAL NEXT OF KIN | RELATIONSHIP | TELEPHONE NO. |
|---|---|---|
| Tuyetmai Luong | Wife | (408) 466-0233 |

| NOTIFIED BY | METHOD | DATE AND TIME |
|---|---|---|
| | | |

| IDENTIFICATION METHOD | DATE AND TIME | |
|---|---|---|
| Other | 10/11/201 9:10 | |

### INCIDENT

| LOCATION OF INCIDENT | | AT WORK ☐ |
|---|---|---|
| | | |

| ADDRESS (STREET, CITY, STATE, ZIP) | COUNTY | DATE AND TIME OF INCIDENT |
|---|---|---|
| | | |

| INVESTIGATING AGENCY | INV AGENCY PHONE NUMBER | OFFICER |
|---|---|---|
| Alameda County Sheriff's Office-ETS | | R. Lopez |

### DISP

| FUNERAL HOME | BODY RELEASED TO FUNERAL HOME ON |
|---|---|
| Chapel of The Chimes - Hayward | 10/22/2016 8:41 |

| Full Autopsy ✓ | Partial Autopsy ☐ | Inspection ☐ | Record Review ☐ | Inspection w/Specimen ☐ | EXAM BY Michael Ferenc |

Date Printed   Thursday, March 16, 2017



# CENTRAL VALLEY TOXICOLOGY, INC.

**TOXICOLOGY NUMBER:** CVT-16-10568

**Case Name:** Luong, Dat T.

**Specimen Description:** 30 ml femoral blood & 5.5 ml vitreous humor each labeled "Luong, Dat; 2016-03015; 10/12/2016"

| | | | | |
|---|---|---|---|---|
| **Delivered by** Tricor | **Date** 13-Oct-16 | **Received by** Bill Posey | **Date** 13-Oct-16 |

**Request:** Complete Drug Screen

**Agency Case #** 2016-03015

**Requesting Agency**
Alameda Co. Coroner's Office
Attn: Acct's Payable
2901 Peralta Oaks Ct., 2nd Floor
Oakland  CA 94605

**Report To**
Alameda Co. Coroner's Office
Attn: Dr. Ferenc
2901 Peralta Oaks Ct., 2nd Floor
Oakland  CA 94605

**RESULTS**

Specimen: Femoral Blood Sample

Complete Drug Screen: No common acidic, neutral or basic drugs detected.
No Ethyl Alcohol detected.



B. L. Posey   October 18, 2016

**B.L. POSEY**
**S.N. KIMBLE**
*Directors*

1580 Tollhouse Road
Clovis, California 93611
Phone (559) 323-9940
Fax (559) 323-7502

# Alameda County Sheriff's Office

Coroner's Bureau
2901 Peralta Oaks Court, 2nd Floor, Oakland, CA 94605-5319



## Gregory J. Ahern, Sheriff
Director of Emergency Services
Coroner - Marshal

| CASE NUMBER: 2016-03015 | CASE NAME: DAT THANH LUONG |
|---|---|
| PATHOLOGIST: Michael Joseph Ferenc | HISTOLOGICAL EXAMINATION |

BRAIN: Section of hippocampus shows no neoplasia, inflammatory infiltrates, degenerative diseases, or trauma.

A section of dura mater shows minimal hemorrhage over a very thin cellular layer. Clusters of brown pigmented mononuclear cells are seen consistent with hemosiderin.

HEART: Sections of left and right ventricle show intact myocytes and no significant inflammatory infiltrates. Endocardial and epicardial surfaces and vessels are unremarkable.

LUNGS: Sections show slightly emphysematous parenchyma and no acute significant inflammatory infiltrates. Bronchial elements are unremarkable. No significant polarizable foreign material is seen.

LIVER: Section shows unremarkable hepatocytes and sinusoids. Portal triads are intact. Increased fibrous tissue is seen between central veins and portal areas.

KIDNEY: Section shows intact glomeruli, tubules, interstitium, and vessels. No significant polarizable foreign material is seen.

THYROID GLAND: Section shows variable-sized, pink colloid-filled follicles lined by flattened to cuboidal epithelium.

SKIN AND GINGIVA: Sections of skin from the head and gingiva of the lips show scattered areas of variable acute hemorrhage in the soft tissue and muscle.

12/23/16     _signature_     M.D.
Date     Signature


COPY

# Alameda County Sheriff's Office

Coroner's Bureau
2901 Peralta Oaks Court, 2nd Floor, Oakland, CA 94605-5319



## Gregory J. Ahern, Sheriff

Director of Emergency Services
Coroner - Marshal

## M E M O R A N D U M

DATE:      October 12, 2016

FROM:      Michael Joseph Ferenc, M.D.

TO:        Case File 2016-03015

SUBJECT:   AUTOPSY PROTOCOL



An autopsy was performed on the body of Dat Luong at the Coroner's Bureau, 2901 Peralta Oaks Court, Oakland, California, on October 12, 2016, at about 9:00 a.m.

### FINDINGS

1) ASPHYXIAL INJURIES:
    A. PETECHIAL HEMORRHAGES OF CONJUNCTIVAE
    B. HEMORRHAGES IN
        1. ANTERIOR NECK STRAP MUSCLES
        2. ANTERIOR NECK SOFT TISSUES
    C. RIGHT SUPERIOR THRYOID HORN FRACTURE.

2) BLUNT INJURIES:
    A. HEAD INJURIES
        1. CONTUSIONS OF EYELIDS
        2. CONTUSION AND ABRASIONS ON FACE
        3. CONTUSION OF LEFT JAW
        4. CONTUSIONS AND LACERATION INSIDE LIPS
        5. CONTUSION ON RIGHT TIP OF TONGUE
        6. ABRASIONS AND CONTUSIONS OF FOREHEAD
        7. NO SKULL FRACTURES
        8. NO SIGNIFICANT INTRACRANIAL INJURIES
    B. NO TRAUMA TO TORSO (EXCEPT CPR-RELATED)
    C. CONTUSIONS TO HANDS.

3) NEPHROSCLEROSIS, SLIGHT.

4) HEPATIC FIBROSIS.

5) PROBABLE HEMOSIDERIN-LADEN MACROPHAGES IN DURA MATER.

Sheriff-Coroner  
Alameda County                                    Body of DAT LUONG

6) NO ALCOHOL OR DRUGS DETECTED IN BLOOD (CVT-16-10568).

CAUSE OF DEATH: ASPHYXIATION DUE TO STRANGULATION.

cc: EMS  
District Attorney



Sheriff-Coroner
Alameda County                                    Body of DAT LUONG

1                    CIRCUMSTANCES OF DEATH

2      This 56 year-old gentleman was an inmate at the Santa Rita
3   Jail. He was found dead inside his locked cell with evidence of
4   injuries, including asphyxia injuries. His cellmate was the
5   only other person in cell.

6                    PRELIMINARY EXAMINATION



7      The unembalmed body of a middle-aged to older appearing man
8   is in a plastic pouch, is partially dressed, and has a properly
9   labeled identification tag. Paper bags are on the hands. Small
10  areas of dried blood are on his face and torso. A pair of
11  green, striped, pajama-like pants and a pair of grey socks are
12  present.

13     The fingernails of the hands vary from very short to over
14  3/8 inches long. No definite recent broken fingernails are
15  identified. The fingernail of the right hand's 3rd digit
16  (middle finger) is irregular-shaped but this appears to be an
17  old area of nail loss. Fingernail clippings are taken. On the
18  right hand are contusions (described below).

19     In the moustache hair of the left upper lip is a small
20  fabric pilling.

21     On the front and back of the torso are loose rare dark
22  straight hairs, a small green fiber, grey flecks consistent with

23  paint chips, and small white flecks.

24

25      Samples from a sexual assault kit are collected by me.

26      All items of evidence collected are retained for police.

27  (Please refer to separate evidence log for details.)

28                         RECENT INJURIES

29  Asphyxial injuries

30      Moderate red petechiae are seen in the conjunctivae. Only

31  rare similar petechiae are seen in the gingiva.

32      Externally, the neck shows no injuries.

33      Internally, foci of dark red-blue hemorrhage are seen in

34  the lower sternocleidomastoid muscles, the junction of the

35  thyrohyoid and cricohyoid muscles, and adjacent omohyoid

36  muscles, right side significant greater than left.

37      An over 3/4 inch in greatest dimension focus of moderate

38  red-blue hemorrhage is throughout the right thyro-hyoid muscle.

39  An about 1/4 to 3/8 inch of slight hemorrhage is seen in the

40  right crico-thyroid muscle.

41      Dark blue hemorrhage is around the base of both superior

42  horns of the thyroid cartilage. The base of the right horn is

43  fractured.

44      The hyoid bone shows hemorrhage around its right wing.

Page 5

Sheriff-Coroner
Alameda County                                    Body of DAT LUONG

45 Increased mobility in this area probably represents non-fusion
46 of the bone segments rather than an acute fracture.
47     <u>Blunt injuries to the head and neck</u>: The right upper eyelid
48 is swollen with a 2 x 1 inch purple-blue contusion. On the
49 lateral right upper eyelid are two, 1/8 to 1/4 inch, superficial
50 lacerations. An ill-defined, red-blue, about 3 inch contusion is
51 along the right temple area. The left upper eyelid shows a 1-1/2
52 x 1/2 inch purple-blue contusion. Along the medial left eyelid
53 is a 1/4 inch, superficial laceration. Scattered, 1/16 to 1/8
54 inch red-tan abrasions are on the nose and upper cheeks.
55     On the inside of the lower lip near the midline is a 1-1/4
56 x 1/4 inch laceration with surrounding 1-1/2 inch red-blue
57 contusion. Several 1/8 to 1/4 inch minimally hemorrhagic
58 lacerations of the gingiva of the lower lip are seen as well. An
59 about 3/8 to 1/2 inch laceration to the midline upper lip is
60 surrounded by an up to 1 inch slight red-blue contusion. An
61 about 1 inch contusion is on the right tip of the tongue.
62     The left lateral cheek and left jaw are swollen. Near the
63 left angle of the jaw is a 1/4 inch red-tan abrasion. Incision
64 on the inside of the cheek shows the swelling to be due to dark
65 blue hemorrhage. No fractures are palpated in the left upper or
66 lower jaws.

67    Above the medial left eyebrow is a transversely-oriented, 1
68 x 1/16 inch, red-brown abrasion.
69    On the medial left forehead beginning just above the
70 eyebrow is a faint, discontinuous, roughly linear, slightly
71 arcing, about 2-1/2 inch long, about 1/16 to 1/8 inch wide, red
72 contusion and red abrasion that extends to right upper forehead.
73 To the right of this abrasion is a very faint, about 2 inch in
74 greatest dimension area of red contusions. (The rough outline of
75 this injury is generally consistent with the outline of examples
76 of inmate's orange plastic shoes.)
77    Internally, the inner scalp of the calvarium shows
78 scattered, 1/2 to 2 inch diameter, 1/8 inch thick, dark blue
79 contusions most prominently over the right frontal-temporal
80 area. No skull fractures are identified. A very thin film of
81 dull red-brown liquid blood is over the left cerebral hemisphere
82 (This accounts for less than 5 mL of blood.). No injuries to
83 the leptomeninges or brain are identified.
84    <u>Injuries to the torso</u>: No significant external or internal
85 injuries to the torso are identified except intercostal
86 hemorrhage and rib fractures consistent with cardiopulmonary
87 resuscitation.
88

89  <u>Injuries to the limbs</u>: On the right hand, the 3rd-5th
90  digits (middle to little fingers) show purple red contusions
91  extending from roughly the knuckle joints to almost the tips of
92  the fingers. The middle phalangeal joints of these fingers are
93  slightly swollen. No fractures are identified on palpated.
94  Proximal to the knuckle of the left hand's 2nd digit
95  (pointer finger) is a faint, red-blue, 1/2 inch contusion. On
96  the middle phalangeal joint of the left hand's 3rd digit (middle
97  finger) is a 3/8 inch similar contusion. No fractures are
98  identified on palpated.
99  No limb fractures of the long bones are identified on
100 palpation and range of motion.
101 The injuries and findings described above are not repeated.
102                         EXTERNAL EXAMINATION
103 The body of a well-developed, well-nourished, fair-
104 complexion, Asian man appears older than the stated age of 56
105 years. He is 64 inches and 140 pounds. Rigor mortis is
106 moderate. Livor mortis is minimal to slight, posterior, red
107 blue, and fixed.
108 The head shows no significant scars. The hair is black and
109 grey, straight, and up to 6 inches with partial balding. An
110 untrimmed moustache and an untrimmed beard are seen. Live lice

111 and nits are seen in the head hair and pubic hair. The eyelids,
112 sclerae, and conjunctivae show no other lesions except for
113 trauma. The eyes are brown with moderate arcus. The nose and
114 mouth show no lesions except for trauma. The teeth are in poor
115 to fair condition. The ears are intact.

116 The neck shows no significant external trauma or scars. The
117 chest shows no significant trauma or scars. ECG and
118 cardioversion pads are on the torso. The breasts are of a man.
119 The abdomen shows no significant trauma or scars. The genitalia
120 are of a circumcised man.

121 The arms and forearms show no significant scars. Red-brown
122 scabbed-over small excoriations are on the shoulders and upper
123 arms, and are consistent with chronic scratching. ECG pads are
124 on the upper arms. The hands, fingers, and fingernails are
125 intact. The legs and feet show no significant trauma or scars.

126 The back shows no significant trauma. Small irregular-
127 shaped scars are on the lower back. The anus is unremarkable.

128                     INTERNAL EXAMINATION

129 BODY WALLS AND CAVITIES: The subumbilical fat pad is about
130 3/4 inches. The subcutaneous and breast tissues are
131 unremarkable. The pleural cavities are smooth and glistening,
132 have no significant adhesions, and contain minimal serous

133 liquid. The pericardial sac is intact. The mediastinum is
134 unremarkable. The diaphragm is intact. The peritoneal cavity
135 scattered adhesions. The major organs are normally positioned.
136     CARDIOVASCULAR SYSTEM: The epicardium is smooth and
137 glistening. The coronary arteries follow a right predominant
138 distribution and show minimal atherosclerosis. The heart is 300
139 grams. The myocardium is red-brown, normal texture, and
140 uniform. The right ventricular free wall does not show any
141 significant increased fatty tissue or increased fibrous tissue.
142 The left and right ventricles are normal thickness. The chambers
143 are not dilated. The endocardium, chordae, and papillary
144 muscles are intact. The coronary sinus ostium is widely patent.
145 The foramen ovale is closed. The atrioventricular and semilunar
146 valves are normally formed, show no lesions or vegetations, and
147 are appropriate for age. The aorta shows no atherosclerosis.
148 The venae cavae and great vessels show no thrombi or emboli.
149     PULMONARY SYSTEM: The right and left lungs are 320 and 300
150 grams. The lungs are partially aerated, soft, pink to red, and
151 uniform with smooth glistening surfaces. The bronchi show no
152 significant lesions. The mucosa is tan to red tan. No
153 aspirated blood is seen. The vessels show no significant
154 thrombi or emboli.



155      HEPATOBILIARY SYSTEM:  The liver is slightly firmer than
156 normal, red brown, 1740 grams, and uniform with smooth
157 glistening surfaces. The biliary tract is intact, and the
158 gallbladder contains about 25 mL of thin, dark green opaque
159 bile.  The pancreas is lobulated, normal texture, without focal
160 lesions, and tan.
161      HEMATOPOIETIC SYSTEM:  The spleen is normal texture,
162 uniform with a smooth capsule, dark red, and 290 grams. The
163 thymus gland is unremarkable for age.  The lymph nodes are not
164 significantly enlarged and show no lesions.  The bone marrow of
165 the ribs and calvarium is unremarkable for age.
166      GASTROINTESTINAL SYSTEM:  The oropharynx, esophagus, and
167 stomach show no lesions.  The stomach contains over 300 mL of
168 tan thick partially digested food material including chunks of
169 potato.  The duodenum, jejunum, ileum, and large bowel show no
170 mucosal, mural, or serosal lesions.  The mesentery is intact.
171 The appendix is very small and short.
172      GENITOURINARY SYSTEM:  The adrenal glands are unremarkable.
173 The renal capsule strips with slight to moderate difficulty.
174 Each kidney is 160 grams.  The cortices are red-brown, slightly
175 finely granular, normal thickness, and uniform with smooth
176 glistening surfaces.  The calyces and collecting systems are not

177 dilated and show no lesions. The pyramids and papillae are
178 intact. The ureters are patent to the empty bladder. The
179 bladder mucosa and wall are unremarkable. The prostate gland
180 shows slight tan-white nodular enlargement. The testes are
181 unremarkable for age.
182     MUSCULOSKELETAL SYSTEM: The muscles show no diffuse
183 findings. Focally slight hemorrhage is associated with
184 fractures of the anterior-medial ribs bilaterally and is
185 consistent with cardiopulmonary resuscitation. The skeleton is
186 well developed and appropriate for age.
187     HEAD AND NERVOUS SYSTEM: The scalp is otherwise
188 unremarkable. The skull shows no fractures. The dura mater and
189 leptomeninges are otherwise unremarkable. The floor of the
190 skull and dural sinuses are intact. The circle of Willis shows
191 no aneurysms and no significant atherosclerosis. The brain is
192 1430 grams. The cerebral hemispheres, cerebellum, and brain
193 stem show no significant focal or diffuse lesions. The grey and
194 white matter, deep nuclei, cerebellar folia, and brain stem show
195 no significant diffuse or focal lesions. The pituitary gland is
196 intact.
197     ANTERIOR NECK STRUCTURES: The anterior neck muscles are
198 otherwise unremarkable. The thyroid gland is symmetrical, not

COPY

199 enlarged, normal texture, and red brown.  The parathyroid glands
200 are not identified.  The laryngeal cartilages and cricoid
201 cartilage are otherwise unremarkable.  The still partially
202 cartilaginous right tip of the hyoid bone is not fused to the
203 remainder of the bone.  No hemorrhage is associated with this
204 finding, and it appears to be a normal anatomic variant and not
205 an injury.  The hyoid bone is otherwise unremarkable.  The
206 tracheal, laryngeal, and epiglottic mucosa are otherwise
207 unremarkable.  The tongue shows no other lesions.  The
208 prevertebral fascia is intact.  The cervical vertebrae are
209 intact.
210     SPECIMENS RETAINED:  femoral vein blood, heart blood,
211 vitreous humor, gastric contents, and liver.  A full toxicology
212 screen is requested.
213     Representative tissue sections are retained in formalin.
214 Selected sections are submitted for processing.
215     OTHER STUDIES:  None.
216     Any items of evidence collected are retained for police.
217 (Please refer to separate evidence log for details.)
218
219
220                                         _____ 1/13/16
221                                         Michael Joseph Ferenc, M.D.