# EXHIBIT 32

## Longest Waits on Direct Admission Wait List

| List # | Days Waiting | Put on List | Admitted | County |
|---|---|---|---|---|
| 54 | 45 | 5/18/2004 | 7/2/2004 | Alameda |
| 79 | 51 | 6/23/2004 | 8/13/2004 | Alameda |
| 103 | 69 | 8/4/2004 | 10/12/2004 | Sonoma |
| 169 | 114 | 10/26/2004 | 2/17/2005 | Lake |
| 195 | 127 | 12/6/2004 | 4/12/2005 | Sacramento |
| 231 | 260 | 1/5/2005 | 9/22/2005 | Sacramento |
| 265 | 198 | 2/1/2005 | 8/18/2005 | Sacramento |
| 297 | 217 | 2/23/2005 | 9/28/2005 | San Mateo |
| 312 | 286 | 3/10/2005 | 12/21/2005 | San Mateo |
| 325 | 259 | 3/15/2005 | 11/29/2005 | Sacramento |
| 373 | 211 | 4/25/2005 | 11/22/2005 | Sacramento |
| 492 | 167 | 7/14/2005 | 12/28/2005 | Sacramento |
| 537 | 205 | 8/9/2005 | 3/2/2006 | Contra Costa |
| 591 | 203 | 9/22/2005 | 4/13/2006 | Humboldt |
| 649 | 166 | 10/29/2005 | 4/13/2006 | Merced |
| 820 | 191 | 2/22/2006 | 9/1/2006 | Sacramento |
| 1398 | 139 | 6/22/2007 | 11/8/2007 | Shasta |
| 1437 | 128 | 7/31/2007 | 12/6/2007 | Placer |
| 1526 | 172 | 10/5/2007 | 3/25/2008 | Yuba |
| 1587 | 154 | 11/21/2007 | 4/23/2008 | Shasta |
| 1696 | 203 | 4/3/2008 | 10/23/2008 | Contra Costa |
| 1732 | 197 | 4/30/2008 | 11/13/2008 | Sonoma |
| 1965 | 139 | 11/20/2008 | 4/8/2009 | Sonoma |
| 2008 | 155 | 12/23/2008 | 5/27/2009 | Placer |
| 2037 | 152 | 1/22/2009 | 6/23/2009 | Mendocino |
| 2071 | 139 | 2/20/2009 | 7/9/2009 | Contra Costa |
| 2286 | 300 | 9/10/2009 | 7/7/2010 | Alameda |
| 2331 | 219 | 10/6/2009 | 5/13/2010 | Merced |
| 2331 | 219 | 10/6/2009 | 5/13/2010 | Merced |
| 2518 | 112 | 2/16/2010 | 6/8/2010 | Alameda |
| 2576 | 102 | 4/2/2010 | 7/13/2010 | Contra Costa |
| 3312 | 61 | 5/13/2011 | 7/13/2011 | Humboldt |
| 3434 | 134 | 8/2/2011 | 12/14/2011 | Santa Clara |
| 3510 | 119 | 9/7/2011 | 1/4/2012 | Tehama |
| 3628 | 118 | 11/16/2011 | 3/13/2012 | Merced |
| 3666 | 126 | 12/1/2011 | 4/5/2012 | Stanislaus |
| 3813 | 127 | 2/15/2012 | 6/21/2012 | Sacramento |

| | | | | |
|---|---|---|---|---|
| 3958 | 103 | 5/4/2012 | 8/15/2012 | Napa |
| 4377 | 157 | 11/19/2012 | 4/25/2013 | Santa Clara |
| 4449 | 154 | 12/20/2012 | 5/23/2013 | Sutter |
| 4515 | 149 | 1/29/2013 | 6/27/2013 | Napa |
| 4560 | 159 | 2/15/2013 | 7/24/2013 | Merced |
| 4621 | 190 | 3/19/2013 | 9/25/2013 | Merced |
| 4621 | 189 | 3/20/2013 | 9/25/2013 | Merced |
| 4636 | 563 | 3/22/2013 | 10/6/2014 | Orange (died) |
| 4649 | 195 | 3/28/2013 | 10/9/2013 | Sutter |
| 4705 | 187 | 4/25/2013 | 10/29/2013 | Mendocino |
| 4828 | 230 | 6/20/2013 | 2/5/2014 | Merced |
| 4898 | 211 | 7/17/2013 | 2/13/2014 | Merced |
| 4952 | 316 | 8/1/2013 | 6/13/2014 | Placer |
| 4989 | 468 | 8/16/2013 | 11/27/2014 | Placer |
| 5038 | 175 | 9/10/2013 | 3/4/2014 | San Mateo |
| 5039 | 384 | 9/11/2013 | 9/30/2014 | Solano |
| 5103 | 203 | 10/8/2013 | 4/29/2014 | Merced |
| 5103 | 200 | 10/11/2013 | 4/29/2014 | Merced |
| 5143 | 196 | 10/29/2013 | 5/13/2014 | Merced |
| 5215 | 272 | 11/22/2013 | 8/21/2014 | Napa |
| 5367 | 138 | 1/30/2014 | 6/17/2014 | Solano |
| 5456 | 195 | 3/13/2014 | 9/24/2014 | Sonoma |
| 5662 | 197 | 6/4/2014 | 12/18/2014 | Merced |
| 5719 | 194 | 6/19/2014 | 12/30/2014 | Merced |
| 5728 | 184 | 6/23/2014 | 12/24/2014 | Mendocino |
| 5783 | 174 | 7/16/2014 | 1/6/2015 | Merced |
| 5852 | 189 | 8/14/2014 | 2/19/2015 | San Francisco |
| 5900 | 330 | 9/10/2014 | 8/6/2015 | Mendocino |
| 5964 | 197 | 10/15/2014 | 4/30/2015 | Contra Costa |
| 6079 | 350 | 12/14/2014 | 11/29/2015 | Colusa |
| 6204 | 154 | 2/10/2015 | 7/14/2015 | Lassen |
| 6472 | 112 | 6/10/2015 | 9/30/2015 | Merced |
| 6640 | 103 | 8/7/2015 | 11/18/2015 | Merced |
| 6759 | 107 | 10/6/2015 | 1/21/2016 | Sacramento |
| 6872 | 110 | 11/25/2015 | 3/14/2016 | Solano |
| 6965 | 112 | 1/5/2016 | 4/26/2016 | Mariposa |
| 6996 | 110 | 1/15/2016 | 5/4/2016 | Sacramento |
| 7043 | 586 | 2/3/2016 | 9/11/2017 | Placer |
| 7176 | 117 | 3/23/2016 | 7/18/2016 | Lake |
| 7277 | 154 | 5/11/2016 | 10/12/2016 | Sacramento |

| | | | | |
|---|---|---|---|---|
| 7552 (Luong) | 50 | 8/22/2016 | 10/11/2016 | Alameda |
| 7612 | 133 | 9/14/2016 | 1/25/2017 | Solano |
| 7779 | 344 | 11/15/2016 | 10/25/2017 | Lake |
| 7928 | 257 | 1/4/2017 | 9/18/2017 | San Francisco |
| 8248 | 92 | 5/15/2017 | 8/15/2017 | Contra Costa |
| 8306 | 104 | 6/8/2017 | 9/20/2017 | Contra Costa |
| 8451 | 103 | 8/2/2017 | 11/13/2017 | Alameda |
| 8629 | 98 | 10/5/2017 | 1/11/2018 | Contra Costa |
| 8643 | 189 | 10/12/2017 | 4/19/2018 | San Joaquin |
| 8694 | 203 | 10/26/2017 | 5/17/2018 | San Joaquin |
| 8733 | 217 | 11/16/2017 | 6/21/2018 | San Joaquin |
| 9355 | 70 | 8/1/2018 | 10/10/2018 | Napa |