MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
MAYA RODRIGUEZ SORENSEN (State Bar No. 250722)
TERESA ALLEN (State Bar No. 264865)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, California 94612
Telephone:     (510) 452-5500
Facsimile:     (510) 452-5510

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAT THANH LUONG, DECEASED, through his Co-Successors in Interest, AI QIONG ZHONG, Individually and as mother and Next Friend for W.L., a minor, and MAI CHAU, individually, <br><br>                    Plaintiffs, <br>vs. <br><br>ALAMEDA COUNTY, a public entity; SHERIFF GREG AHERN; JAIL COMMANDER THOMAS MADIGAN; DR. RINATA WAGLE, M.D.; ESTATE OF MOHINDER KAUR, M.D.; JACKSON & COKER LOCUMTENENS, LLC; BONNIE COOK, MFT; DEPUTY BRANDEN MCBRIDE; SHERIFF'S TECHNICIAN ROBERT LUEBKER; DEPUTY SCOTT BRYNING; DEPUTY SHAWN CHRISTIANSEN; NAPA STATE HOSPITAL, CALIFORNIA DEPARTMENT OF STATE HOSPITALS, a public entity; PAM AHLIN; DOLLY MATTEUCCI; CINDY BLACK; and DOES 10-20, Jointly and Severally, <br><br>                    Defendants. | Case No. 3:17-cv-06675-EMC <br><br><br> **Declaration of Michael D. Freeman, MedDr, PhD, MPH, FAAFS** <br><br>Date:  August 30, 2019 <br>Time:  1:30 p.m. <br>Place: Courtroom 5, 17th Floor |

STATE OF OREGON            )

COUNTY OF CLACKAMAS        )

I, Michael D. Freeman, MedDr, PhD, MPH, FAAFS, declare as follows:

1.      I am an expert in forensic medicine and epidemiology, and was retained by Plaintiffs' counsel in this matter.  My qualifications are set forth in my Curriculum Vitae included with **Exhibit A.**

2.      Attached hereto as **Exhibit A** is a true and correct copy of my complete expert report in compliance with Federal Rule of Civil Procedure 26.  My report sets forth a complete statement of my findings and opinions in this case, and the basis and reasons for them.

3.      The facts and opinions stated in my report are based on my own personal knowledge and if called to testify to same, I am competent to do so.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct and that this Declaration was executed on August _6_, 2019, in Lake Oswego, Oregon.

Michael D. Freeman, MedDr PhD
MPH, FAAFS

# EXHIBIT A



# Forensic Research + Analysis

August 6, 2019

Julia Sherwin
Haddad & Sherwin, LLP
505 Seventeenth Street
Oakland, CA 94612

RE: *DAT THANH LUONG, DECEASED, through his Co-Successors in Interest, AI QIONG ZHONG, Individually and as mother and Next Friend for W.L., a minor, and MAI CHAU, individually, Plaintiffs, vs.*
*ALAMEDA COUNTY, a public entity; SHERIFF GREG AHERN; JAIL COMMANDER THOMAS MADIGAN; DR. RINATA WAGLE, M.D.; ESTATE OF MOHINDER KAUR, M.D.; JACKSON & COKER LOCUM TENENS, LLC; BONNIE COOK, MFT; DEPUTY BRANDEN MCBRIDE; SHERIFF'S TECHNICIAN ROBERT LUEBKER; SHERIFF'S TECHNICIAN BRITANNI MARTINEZ; SHERIFF'S TECHNICIAN KARL ENZMANN; DEPUTY SCOTT BRYNING; DEPUTY SHAWN CHRISTIANSEN; NAPA STATE HOSPITAL, CALIFORNIA DEPARTMENT OF STATE HOSPITALS, a public entity; PAM AHLIN; DOLLY MATTEUCCI; PATRICIA TYLER, M.D.; CINDY BLACK; and DOES 10-20, Jointly and Severally, Defendants.*

Date of Birth (Dat Thanh Luong): March 4, 1960
Date of Death: October 11, 2016 (56 years old)

Dear Ms. Sherwin,

I am in receipt of your correspondence and materials regarding the death of Mr. Dat Thanh Luong while in custody of Alameda County Behavioral Health Care Services (BHCS) and the California Department of State Hospitals (DSH), awaiting transfer to Napa State Hospital or any other hospital pursuant to court order. I have reviewed the documentation accompanying your correspondence, including Mr. Luong's medical records and the depositions of personnel responsible for his care while in custody and up to the time of his murder by his cellmate Aref Popal, as well as other information provided in the course of discovery.

In addition to my review of these materials, I have 1) reviewed the scientific literature on the risk of victimization among inmates with mental illness; 2) analyzed the Direct Admissions Wait List for California inmates with commitment orders from 2004-18, and 3) performed a life expectancy analysis to quantify the reduction in Mr. Luong's life expectancy that resulted from his premature death while in custody.

4500 Kruse Way, Kruse Plaza I, Suite 385 Lake Oswego, Oregon 97035 T:971.255.1008

Julia Sherwin, Esq.

RE: *Luong v Alameda County*

August 6, 2019

page 2 of 22

Accordingly, the purpose of this report is to 1) describe the epidemiologic evidence demonstrating increased risk of harm among mentally ill persons in custody (like Mr. Luong) versus similarly situated individuals without mental illness, as well as the evidence that the risk accumulates with time; 2) describe an analysis of inmate commitment to hospital transfer (CTT) wait times in the California corrections system generally, and Alameda County specifically, and 3) provide a life expectancy analysis for Mr. Luong in order estimate his survival had had not been murdered while in custody.

***The central question addressed by this report is whether the nature and duration of Mr. Luong's incarceration during his CTT wait time of 81 days served as a substantial contributing cause of his death.***

My methods and opinions in this case pertain to the fields of forensic medicine and epidemiology. Forensic medicine refers to the intersection of medicine and law, and in particular medicolegal investigation of causation. Epidemiology is defined as the scientific study of the cause of disease, injury, and death in populations, including prevalence, risk, and incidence in specific populations. The scientific field that dictates how probabilities may be inferred from epidemiologic data and methods and how the inferences can be used to assess the cause of injury, disease, or death in individuals in a legal setting is forensic epidemiology. Forensic epidemiology provides the scientific basis for the evaluation of causation, to the extent that probability or likelihood of causation may be evaluated. The methods applied in this report are consistent with those outlined in the <u>Reference Guide on Epidemiology</u>, from the <u>Reference Manual on Scientific Evidence</u>, published by the Federal Judicial Center and the National Academies of Science (3rd Edition, 2011), as well as in the text <u>Forensic Epidemiology: Principles and Practice</u>, published by Elsevier (2016).

***This report is organized into the following sections:***
- *Qualifications – page 3;*
- *Records reviewed: page 4:*
- *Background facts: page 5;*
- *Literature review: page 9;*
- *Direct admission waiting list analysis: page 11;*
- *Life expectancy analysis: page 13.*
- *Appendix: page 17*

Julia Sherwin, Esq.

RE: *Luong v Alameda County*

August 6, 2019

page 3 of 22

### _Qualifications:_

My field of expertise is forensic medicine and forensic epidemiology. I hold the following academic degrees: a doctor of medicine degree (Med.Dr.) from Umeå University in Sweden, a doctor of philosophy (Ph.D.) in public health/ epidemiology from Oregon State University, and a master of public health (MPH) in epidemiology and biostatistics, also from Oregon State University, *i.a.* I have completed a 2-year post-doctoral fellowship in forensic pathology at Umeå University in Sweden, and am an affiliate medical examiner with the Allegheny County Medical Examiner's office, a fellow of the Pathology section of the American Academy of Forensic Sciences (AAFS), and the vice-chair of the standards board for medicolegal death investigation for the AAFS. I am a Fulbright fellow, and hold a 3-year appointment as a Fulbright Specialist in the field of Forensic Medicine with the U.S. Department of State (2017-20).

I serve as a tenured Associate Professor of Forensic Medicine at Maastricht University, and an Affiliate Professor of Psychiatry at Oregon Health and Science University School of Medicine, where I have taught courses for the past 20 years in forensic medicine, forensic epidemiology, and medical causation. I have also held an appointment as an Adjunct Professor of Forensic Medicine and Epidemiology at the Institute of Forensic Medicine, Faculty of Health Sciences, Aarhus University, Aarhus, Denmark from 2005-2017.

I serve or have served as an associate editor or editorial board member of 14 scientific peer-reviewed journals and have published approximately 200 scientific papers, abstracts, book chapters and books, including the recent text for Elsevier, Forensic Epidemiology: Principles and Practice (2016). My scientific publications have been cited by other authors more than 2,100 times.

I have provided testimony in more than 350 civil and criminal trials in state and Federal courts throughout the United States, Canada, Australia, and Europe. Please see my CV for further details.

Julia Sherwin, Esq.

RE: *Luong v Alameda County*

August 6, 2019

page 4 of 22

### *Records reviewed:*

Complaint
Depositions of Cindy Black
Deposition of Shawn Christiansen
Deposition of Scott Bryning
Deposition of Karl Enzmann
Deposition of Britanni Martinez
Deposition of Robert Luebker
Deposition of Branden McBride
Depositions of Dana White
Deposition of Patricia Tyler, MD
Deposition of Pam Ahlin
Deposition of Dolores Matteucci
Deposition of George Maynard
Friends and Family photos
Questions and Evaluation by Vicky Campagne, PhDCourt Orders
Criminal Justice Mental Health records
Alameda Health System Records
CFMG Medical Records
ACSO Records
Autopsy Report
Coroner toxicology report
Highland Hospital Records
John George Records
Psychological Evaluation by David Echeandia, PhD
Psychiatric Evaluation by Martin Blinder, MD
Declaration and Report of Terry Kupers, MD, MSP
Declaration and Report of Bruce Gage, MD
DSH Policy
Fax from Public Defender to DSH
Involuntary meds legal packet
IST Admissions Title 9 Article 7
Direct Admissions Waiting list
State Document Production file

### *Background Facts:*

Julia Sherwin, Esq.

RE: *Luong v Alameda County*

August 6, 2019

page 5 of 22

Mr. Luong was a 56-year-old Asian man with an extensive history of schizophrenia. He stood 5'4" and weighed approximately 132 pounds.

Mr. Luong began his incarceration in January of 2016, after being charged with two counts of assault with a deadly weapon. Mr. Luong underwent a behavioral health screening where it was the opinion of the treating psychologist that he had significant impairment due to his schizophrenia and known noncompliance of taking prescribed medications.  Early in his incarceration, the judge presiding over his criminal case ordered several psychiatric and psychological evaluations of him.

During his time in the custody of Alameda County Behavioral Health Care Services (BHCS) from January through October of 2016, Mr. Luong was noted by medical professionals to be responding to internal stimuli, and that he was delusional and occasionally argumentative. He was physically assaulted by his cellmates on multiple occasions. Mr. Luong's medical records, available to DSH personnel for review, document his worsening psychiatric status, as well as the inadequate care he was receiving in jail.

For example, in February 2016, Dr. Rinata Wagle (psychiatry) visited Mr. Luong, who had been recently assaulted by his cellmate, and found him to be psychotic. Dr. Wagle subsequently prescribed him Risperdal, an antipsychotic. For an unknown reason, the nurse in charge of Mr. Luong's care did not receive the order, and Mr. Luong was not given his prescribed medication until at least one week later.

In the following months, Mr. Luong was alternately self-reporting medication compliance and noncompliance, although at the end of May 2016, a health care worker noted that no one had been monitoring his medication compliance while he was in custody.

In the months between January and October of 2016, Mr. Luong was visited 32 times by medical doctors, Marriage and Family Therapist (MFT) professionals and interns, and Licensed Clinical Social Workers (LCSW). Of these 32 appointments, Mr. Luong refused to be seen for 7 of them. In the instances of refusal, there appeared to be no attempt to reschedule the appointment, but rather Mr. Luong was left alone until the next scheduled appointment. For example, Mr. Luong was seen on March 29, 2016, then refused to be seen for his April 14 appointment, refused again for the next one on May 11, and was finally seen again on May 26, 2016.

Mr. Luong was assaulted by his cellmate a second time during this period of time on April 15, 2016. Based on this history, two months (March to May 2016) elapsed between medical visits for Mr.

Julia Sherwin, Esq.

RE: *Luong v Alameda County*

August 6, 2019

page 6 of 22

Luong, a schizophrenic inmate who was historically noncompliant with medication and medical evaluations, and who had been assaulted multiple times by his cellmates.

At the end of May 2016, Mr. Luong had reportedly refused food and water for at least 48-72 hours due to paranoid delusions that his food had been poisoned.

On June 1, 2016 during a medical check, Kathleen Rietta-Wong, MFT (Marriage and Family Therapy), noted that Mr. Luong's arm was dark purple and swollen. This finding, in conjunction with his history of noncompliance with medication, recent refusal to eat or drink, erratic behavior (such as standing on the toilet frequently), response to internal stimuli, multiple assaults by his cellmates, and his refusal of treatment for scabies, led Ms. Rietta-Wong to issue a **5150 code** for Mr. Luong.

*A 5150 code initiates an involuntary emergent psychiatric treatment transfer for people who are perceived as gravely disabled or a danger to themselves or others as a result of mental illness.*

After 10 days in treatment at a hospital, Mr. Luong had become stable on a medication regimen of 3 milligrams (mg) Risperdal (antipsychotic) in the morning and 4 mg Risperdal at night, combined with 1 mg Lorazepam (sedative), and 50 mg Benadryl (for extrapyramidal symptoms, commonly produced by antipsychotic medication).

Sixteen days after returning from treatment (June 27, 2016), Mr. Luong was reportedly stable. With no stated rationale, Dr. Mohinder Kaur (psychiatry) reduced Mr. Luong's prescriptions from 7 to 2 mg Risperdal once a day (a 71% reduction) and discontinued the prescription for Lorazepam. Ten days later, Mr. Luong was again noncompliant with taking his prescribed medications.

During criminal proceedings on **July 8, 2016**, Mr. Luong was deemed incompetent to stand trial by Judge Michael Gaffey, who ordered DSH's Conditional Release Program ("CONREP") to make a placement recommendation for him.

**On July 22, 2016**, Judge Dan Grimmer of the California Superior Court for Alameda ordered that Mr. Luong be committed to the Department of Mental Health at the Napa State Hospital or any other hospital. *The judge also ordered that the Executive Director of the hospital write a progress report on Mr. Luong's recovery in the hospital within **90 days** of the commitment order.*

In the days following the court order, Mr. Luong was found to be markedly decompensated (deteriorated); he had refused medication for approximately one month by this time, was nonresponsive to the medical staff, and was reportedly "*gravely disabled*." He was again assaulted

Julia Sherwin, Esq.

RE: *Luong v Alameda County*

August 6, 2019

page 7 of 22

by his cellmate in mid-July.  On July 27, 2016, Mr. Luong was again issued a 5150 transfer for involuntary psychiatric treatment.

After returning from 3 days of hospital treatment on August 2, 2016, Mr. Luong's status was improved. He was responsive to the staff and was compliant with his medication and food intake. The following day he was prescribed 2 mg Risperdal in the morning, 3 mg Risperdal at night, and 50 mg Benadryl.

The rest of the month of August, Mr. Luong refused his medication off-and-on, and was confused and delusional during his check-ups. The NSH waiting list stated that Mr. Luong's admission packet was complete on August 22, 2016. Any DSH personnel who had reviewed his medical records at the time would have observed the obvious manifestations Mr. Luong's psychiatric illness and need for emergent psychiatric care.

He was again assaulted by his cellmate (for a fourth time), and on his September 2, 2016 appointment, was noted to be recovering from a black eye from the assault.

On September 7, 2016, Judge Dan Grimmer, who had ordered Mr. Luong to be committed to a psychiatric hospital 47 days earlier, issued an order to DSH Director Pam Ahlin to transport Mr. Luong to Napa State Hospital or another proper facility, or be held in contempt of the court.

*Mr. Luong was not transferred to a hospital and remained in the custody of BHCS and DSH at Alameda County's Santa Rita Jail for another 34 days (for a total of 81 days after the commitment order and 95 days after the finding of incompetence) before he was killed by his cellmate on October 11, 2016.*

The inmate who killed Mr. Luong was Aref Popal, who became Mr. Luong's cellmate on October 7, 2016. Mr. Popal had been arrested for battery and had a history of mental illness and possible dementia. He had recently been separated from other inmates due to his aggression. On October 8, 2016, Mr. Popal was considered a candidate for 5150 transfer for grave disability and danger to self or others and was considered "vulnerable and fragile." Neighboring inmates noted banging and shouting coming from Mr. Luong's room from the first day they were celled together.

On the night before his death, October 10, 2016, neighboring inmates heard shouting and banging from Mr. Luong's cell. One interviewed inmate described the fighting as lasting multiple hours in the early morning of October 11, 2016, and said that he heard Mr. Luong say, "*Hey man, stop.*"

Julia Sherwin, Esq.

RE: *Luong v Alameda County*

August 6, 2019

page 8 of 22

On the day that he was killed Mr. Luong rang the emergency call button to reach security. The call was answered by Technician Martinez. Mr. Luong reportedly recited numbers on the intercom, and Technician Martinez decided to "lock out" the emergency call button for Mr. Luong's cell at around 03:15 am. According to Mr. Popal, Mr. Luong tried to use the emergency call button many times during their fight, which is visible to security, even when in its "locked out" state. When the shift transfer for security occurred that morning, Technician Enzmann, who took over for Technician Martinez, saw that the call button had been "locked out," but did not ask why, and left it on silent.

Deputies repeatedly failed to complete their regular cell checks throughout that morning.

Around 08:50 am Deputy Christiansen and a group of nurses entered the unit where Mr. Luong's cell was located to distribute medicine to the inmates. One inmate approached Deputy Christiansen and told him that someone in Mr. Luong's cell was having a medical emergency. The same inmate claimed he had seen Mr. Popal standing over Mr. Luong with his hands around Mr. Luong's neck.

When paramedics arrived on scene at 08:53 am, they found that Mr. Luong was dead and his skin was cool to the touch, indicating that he had been dead for a matter of hours ..

The cause of Mr. Luong's death was determined to be asphyxiation and strangulation, and the manner of death was deemed homicide.

Julia Sherwin, Esq.

RE: *Luong v Alameda County*

August 6, 2019

page 9 of 22

## *Literature review:*

It is well established that correctional institutions are dangerous places, and prison and jail inmates are prone to various forms of victimization, including violent injury and death. Underreported instances of physical assault, threats, and verbal abuse are far more common than more highly publicized cases of murder and sexual assault in correctional facilities.[1] In a 1998 study of prison violence the authors found that in addition to the somewhat "more distant" threat of sexual assault and murder, more "mundane victimization" (such as physical assault, threats, verbal abuse, robbery, and exclusion) are what define the prison experience for many inmates.[2]

It is also well established that inmates who are mentally ill are more likely to be victimized than the general population in correctional settings. In a study published in 2007 the authors found that male inmates with a mental disorder were nearly 3 times more likely to suffer sexual victimization than inmates without a mental illness.[3] In addition to increased risk of inmate-on-inmate violence, mentally ill prisoners are more likely to be subjected to inconsistent medical evaluations and unreliable monitoring of medication, food, and water intake as they would be outside of prison such as in a hospital or care facility.

When an inmate's mental health status has deteriorated to the point of triggering a court-issued commitment to a psychiatric medical hospital or other facility, or the inmate had been deemed incompetent to stand trial (IST) by a court, this designates a point in time where the inmate is recognized as being at elevated risk for victimization by other prisoners, self-harm, and inadequate medical care, relative to the safety and care of the hospital, which is the inmate's intended destination. The longer the commitment to transfer time (CTT) the more risk accumulates for the inmate.

There are various factors that can magnify the risk of injury or deterioration for a mentally ill inmate during a prolonged CTT. These factors can interact with each other over time such that their total effect is greater than the sum of each individual factor. As an example, an inmate who receives an inadequate level of necessary medical/ psychiatric care (*i.e.* medication) while waiting for transfer is prone to deterioration of his mental health function, potentially resulting in erratic behavior, inability to follow instructions, and inability to comply with medication regimens. If such an individual is then put in close proximity with another inmate, AND the inmate has a history of mental illness, AND the inmate has a history of violence or aggression toward others, the combined effect would be a

---

[1] Violence and sexual assault in prison. *Zoukis Consulting Group*. https://www.prisonerresource.com/prison-life/special-tactics/violence-sexual-assault/ Accessed July 24, 2019.
[2] O'Donnell and Edgar. Routine victimization in prisons. *The Howard Journal*. 1998;37(3): 266-79
[3] Wolff et al. Rates of sexual victimization in prison for inmates with and without mental disorders. *Psychiatr Serv.* 2007; 58(8):1087-94

Julia Sherwin, Esq.

RE: *Luong v Alameda County*

August 6, 2019

page 10 of 22

geometrically increasing (*i.e.* "snowballing") risk of a catastrophic event. All of the above factors were present, obvious, and accumulating during the months leading up to Mr. Luong's murder by Mr. Popal. All of these harms would have been minimized, and Mr. Luong's death would have been avoided, had Mr. Luong been transferred to a hospital, per court order, sooner than the 81 days he was left to languish with inadequate medical care in a cell with a homicidal cellmate.

Julia Sherwin, Esq.

RE: *Luong v Alameda County*

August 6, 2019

page 11 of 22

### *Direct admission (CTT) waiting list analysis*

The next issue to be addressed in my analysis is how the state of California complies with judicial commitment orders, and how Alameda county's performance for commitment to transfer wait (CTT) fits within the other counties in California. The purpose of this part of the analysis is to determine whether Mr. Luong was at less, same, or increased risk of harm due to excessive CTT wait times because he was incarcerated in Alameda versus other counties in California.

In order to perform this analysis, I examined the Napa State Hospital direct admission waiting list provided as Exhibit 3 (dated 6-3-19) to Dana White's deposition. I first translated the photocopied document into a spreadsheet and analyzed the results for descriptive statistics, as well as trends. The waiting list contained the names of inmates, the status of the packet (complete or not), the county and California penal code for each inmate, the date that the court submitted a commitment order, the date the inmate was placed on the wait list (ranging from 2004-18), the date the packet was approved, the date the inmate was admitted to the hospital, as well as a column for other relevant information, such as where the inmate was transferred (if not to Napa State Hospital if the inmate was released by a judge, and other information.

The data were analyzed for median commitment to transfer (CTT) wait times between commitment order and date of admission for the entire State of California, and also by individual county. Additionally, the time interval between the date of the commitment order and the date the inmate was approved for transfer (secondary to hospital availability) was also examined. The median was used to indicate the number of days by which 50% of the inmates had not yet been transferred, and thus 50% had been transferred (see Table 1 in the Appendix). The median weight time was then multiplied by the number of affected inmates (see Table 2 in the Appendix), so that the total amount of inmate time in CTT could be determined for the timeframe of interest, by county. The date range for which there was complete information for the date of commitment and the date of hospital admission was July 2011 through July 2018. For dates prior to July 2011, when the date of commitment was not available, the date of submission of the packet of materials necessary for transfer was used instead.

### *Results*

The median CTT was **77 days** for the State of California over the 15 years of data analyzed. In Alameda county the median CTT was 7 days longer, at 84 days. The shortest median CTT was for Plumas County (43 days, only pertaining to 8 inmates), and the longest median was for Imperial County (269 days, only affecting 1 inmate). See Table 1 in the Appendix.

Julia Sherwin, Esq.

RE: *Luong v Alameda County*

August 6, 2019

page 12 of 22

Over the 15 years there were CTT wait times records for 9,529 inmates who had received a court order for transfer, and their total time waiting for transfer to a hospital was 713,048 days, or 1,954 years. Thus, each year in the state of California, inmates who have been committed to Napa State Hospital spend an average of 130 years at increased risk of harm due to extraordinarily long CTT wait times, relative to other states. For comparison, CTT wait times are restricted to no more than 7 days in Oregon and Washington, a 91% reduction relative to California CTT wait times.

Alameda County had the 7th largest number of inmates on the list (554), but because of longer than median wait times the county contributed the 3rd largest number of days to the total CTT burden in the State of California (45,982 days, or 126 years).

The median time between commitment order date and approval was 21 days statewide. In comparison, Mr. Luong's commitment order date was July 22, 2016 and the date he was approved was August 30, 2016, for a total of 40 days before he was approved. I have not found an explanation as to why Mr. Luong's case took nearly twice as long to be approved as the median case in the California corrections data described herein.

From July 2011 through July 2018 there were complete commitment and admission data for >5,400 inmates, and these data were used to plot the year to year change in average CTT wait times. The chart below shows this relationship for all of the CTT times, with a trend line (the red line):

Julia Sherwin, Esq.

RE: *Luong v Alameda County*

August 6, 2019

page 13 of 22



It's difficult to see the annual change in the number of CTT wait days in the chart above, so the chart below is expanded around the trendline to better illustrate the change over time:



Julia Sherwin, Esq.

RE: *Luong v Alameda County*

August 6, 2019

page 14 of 22

***It is readily apparent in the enlarged section of the chart above that the average CTT wait time has increased from July of 2011 to July of 2018 from 75 to 89 days, or 19%.***

The finding of increasing wait times is consistent with documentation demonstrating an annual increase in the number of court-issued Orders to Show Cause (OSC) due to failure to timely admit IST patients from 2016 through 2018. In fiscal year 2016 (July 1, 2016, to June 30, 2017), courts issued 1,975 OSCs to the State. The number increased to 2,346 in 2017, and to 2,810 in 2018.

These findings provide irrefutable evidence that Mr. Luong's incarceration in Alameda County put him increased risk of harm due to excessive CTT wait times generally in the California corrections systems, and in Alameda county specifically.

Julia Sherwin, Esq.

RE: *Luong v Alameda County*

August 6, 2019

page 15 of 22

### Life expectancy analysis

At the time of his death, I estimate that Mr. Luong had a life expectancy of at least 17.8 additional years to the age of 74.4. This reduction from the normal life expectancy of 30.8 years is due to Mr. Luong's schizophrenia, which resulted in a loss of 13.0 years from the national average, applicable to Mr. Luong's demographic group. The following is the explanation for this conclusion.

According to the CDC's 2017 life tables, the life expectancy for the average 56.6 year-old man is an additional 24.9 years, to the age of 81.5. This value is, however, an underrepresentation of Mr. Luong's unadjusted life expectancy at birth because it does not factor in his status as a naturalized American male of Eastern Asian descent. Although Mr. Luong was born in Vietnam, he moved to the United States as a young man and became a naturalized American citizen in 1985 at the age of 25. Foreign-born Asian-American men outlive white male Americans by an average of nearly six years.[4,5,6,7] For this reason, in the following analysis I used the CDC's 2017 life tables for white males and adjusted for the additional 5.9 years of life that the average Asian-American male is expected to survive. Therefore, prior to adjusting for Mr. Luong's schizophrenia and other comorbidities, he had an unadjusted life expectancy of 30.8 years to the age of 87.4. Below is a brief review of the epidemiologic literature used to reach my life expectancy projection for Mr. Luong.

Life expectancy in persons with Schizophrenia:

In 2007, Saha, et al. explored the distribution of standardized mortality ratios (SMRs) for people with schizophrenia.[8] The meta-analysis (study of studies) included 37 studies detailing 561 SMRs for different causes of deaths from 25 countries using data published in the period 1980–2006. Compared to the general population, the median SMR for all persons for all-cause mortality was 2.58. The analysis showed no sex difference in SMR. However, the differential mortality gap was shown to be increasing over the past few decades. The authors hypothesized that this difference results from the overall improvement in medical treatment and lifestyle experienced by the general population having not been experienced by persons with schizophrenia.

---

[4] Acciai, F; Noah, A; Firebaugh, G. Pinpointing the Sources of the Asian Mortality Advantage in the United States. *J Epi Community Health* 2015;69(10):1006-1011.
[5] Danaei, G; et al. The Promise of Prevention: The Effects of Four Preventable Risk Factors on National Life Expectancy and Life Expectancy Disparities by Race and County in the United States. *PLoS Med* 2010;7(3):1-13.
[6] Mehta, N, et al. Life Expectancy Among U.S.-born and Foreign-born Older Adults in the United States: Estimates From Linked Social Security and Medicare Data. *Demography* 2016;53(4):1109-1134.
[7] According to the CDC's 2017 life tables, the life expectancy at birth for a white male is 76.4. This represents a loss of 5.9 years from the average expectancy of an Asian-American male.
[8] Saha, S; et al. A Systematic Review of Mortality in Schizophrenia. *Arch Gen Psychiatry* 2007;64(10):1123-1131.

Julia Sherwin, Esq.

RE: *Luong v Alameda County*

August 6, 2019

page 16 of 22

I applied the 2.58 SMR to the 2017 CDC life table for white males adjusted for the Asian race and found that the resultant life expectancy for a 56.6-year-old Asian male was **22.6 additional years to the age of 79.2**.

In 2014, Reininghaus et al. described a study of a large cohort of individuals with first episode psychosis compared with the general population.[9] The study utilized the AESOP-10 data to identify individuals with first-episode psychosis who presented to mental health services within defined catchment areas in Southeast London and Nottinghamshire, England. The total of 557 eligible cases contributed 5183.9 person-years. Patients were followed until death, or until the end of follow-up (December 12, 2012). The mean length of follow-up was 10.0 years. For all identified deaths, principal underlying causes of death were determined and grouped into 3 broad categories: natural causes, unnatural causes, and unknown causes.

Compared to the general population, all-cause SMR was 3.6. Illicit drug use was associated with an increased risk of all-cause mortality (adj. RR 2.31 [95% CI: 1.06–5.03]). After applying the all-cause mortality ratio of 3.6 to the same CDC life table used previously, I found the life expectancy for a 56.6 year old Asian male was **76.6 years (20.0 additional years).** However, the study also found that unnatural cause mortality was very high (SMR 13.3) compared to natural-cause mortality (SMR 1.7). Authors noted that suicide accounted for the majority of unnatural cause mortality. An analysis of life expectancy using the very high SMR of 13.3 for a 56.6 year old Asian male resulted in an **additional 11.9 years to the age of 68.5.**

In 2016, Leng, et al. designed a study to estimate life expectancies for a large cohort of people with schizophrenia.[10] They used the National Health Insurance Research Database and the National Mortality Registry of Taiwan to establish a cohort of people with schizophrenia between 2000-2010 and followed up to 2011. The final cohort included 34,658 patients between the ages of 20-64 who were followed until death or until the end of the follow-up period (end of 2011). Survival function was estimated through Kaplan-Meier's method and extrapolated throughout life.

Table 2 from the study, reproduced on the following page, provides a summary of the life expectancy, expected years of life lost, life-time healthcare costs, and cost per life year of participants stratified by age and gender that resulted from the analysis. Compared to the general population, males aged 20-29 had the highest years of life lost, 15.17 years, and dropped to approximately 6-7 years if onset at the age of 30-59. Most relevant to Mr. Luong, the expected years of life remaining for an Asian

---

[9] Reininghaus, U; et al. Mortality in Schizophrenia and Other Psychoses: A 10-Year Follow-up of the AESOP First-Episode Cohort. *Schizophrenia Bulletin* 2015;41(3):664-673.
[10] Leng, C; et al. Estimation of life expectancy, loss-of-life expectancy, and lifetime healthcare expenditures for schizophrenia in Taiwan. *Schizophrenia Research* 2016;171:97-102.

Julia Sherwin, Esq.

RE: *Luong v Alameda County*

August 6, 2019

page 17 of 22

man aged 56.6 was **18.4 years, giving an expected lifespan of 75**. This represents a reduction of about 6.9 years of life expectancy in the same male. Applying this 6.9 year reduction to the adjusted life tables for a naturalized Asian-American male resulted in a life expectancy for a 56.6 year-old male to 74.6 years.

Table 2
Life expectancy, expected years of life lost, and health care expenditures (USD) of schizophrenia stratified by sex and age.

| Schizophrenia (ICD9: 295) | Gender | Number | Life expectancy Mean (SE) years | Expected years of life lost Mean (SE) years | Life time healthcare expenditure/case (3% discount)[a] | Cost per life year (PPP-adjusted)[b] |
|---|---|---|---|---|---|---|
| 20–29 | Male | 6372 | 35.64(0.03) | 15.17(0.04) | 48,244 ± 3079 (42,741–54,557) | 4061.73 (260.71) |
| | Female | 4197 | 47.17(0.04) | 9.22(0.03) | 53,411 ± 2905 (48,359–58,911) | 3886.94 (212.56) |
| 30–39 | Male | 6333 | 34.74(0.04) | 7.28(0.03) | 43,205 ± 2867 (38,628–49,179) | 3754.46 (249.79) |
| | Female | 4645 | 40.99(0.05) | 6.19(0.04) | 46,260 ± 3097 (42,214–53,673) | 3604.02 (242.19) |
| 40–49 | Male | 3972 | 26.77(0.04) | 6.66(0.04) | 44,423 ± 2542 (40,112–50,528) | 4530.65 (262.41) |
| | Female | 3908 | 29.48(0.05) | 8.24(0.04) | 44,229 ± 3009 (39,927–51,206) | 4184.75 (286.25) |
| 50–59 | Male | 1774 | 18.4(0.08) | 6.9(0.08) | 38,791 ± 2010 (36,320–43,755) | 5126.53 (259.77) |
| | Female | 2431 | 21.34(0.05) | 7.66(0.06) | 38,214 ± 1793 (34,793–41,024) | 4468.32 (209.34) |
| 60–64 | Male | 402 | 14.44(0.2) | 4.50(0.20) | 34,279 ± 2130 (30,527–38,431) | 5536.98 (348.23) |
| | Female | 624 | 17.77(0.14) | 4.21(0.14) | 37,568 ± 1434 (35,136–40,864) | 5110.21 (211.74) |

[a] 1USD$ = 29.322 New Taiwan Dollars (NTD) on December 31, 2010.
[b] Purchasing Power Parities (PPP) adjusted exchange rate: 1USD = 16.83 NTD (2010, https://www.imf.org).

In 2017, Hjorthoj, et al. published a systematic review and meta-analysis of the literature regarding years of potential life lost and life expectancy in schizophrenia.[11] The authors summarized the results of 11 studies describing 302,691 patients with schizophrenia. The overall weighted average for years of potential life lost to schizophrenia was 14.5 years [95% CI: 11.2-17.8]. Applying this estimate to the life table used in my analysis, I found the average life expectancy for an Asian man aged 56.6 was an **additional 16.3 years to the age of 72.9.**

Life Expectancy Summary:

None of the above-described studies are exactly applicable to Mr. Luong's circumstances. For instance, many patients who suffer with schizophrenia have poor health habits that lead to increased BMI and obesity related illnesses. Mr. Luong was a thin man (BMI 22.7) with no evidence of cardiovascular disease, diabetes, or other comorbidities. Additionally, Mr. Luong had no known history of substance abuse, another disease that affects many people with schizophrenia. Mr. Luong was diagnosed with schizophrenia later in life and therefore had already survived longer than many people with schizophrenia included in the studies described above. Most critically, Mr. Luong had a caring family who was interested in his health, a factor that reduces the risk of unnatural-cause mortality in people with schizophrenia.[9][10] For the reasons stated above, the estimations of life expectancy in this analysis are likely an underrepresentation of Mr. Luong's true life expectancy.

---

[11] Hjorthoj, C; et al. Years of potential life lost and life expectancy in schizophrenia: a systematic review and meta-analysis. *Lancet Psychiatry* 2017;4:295-301.

Julia Sherwin, Esq.

RE: *Luong v Alameda County*

August 6, 2019

page 18 of 22

The condition and life expectancy of Mr. Luong is most probably somewhere in the middle of the values described above. For this reason, in order to arrive at the most reliable estimate for Mr. Luong's life expectancy, I averaged the above results from my life table analyses. My analysis of the literature on survival after diagnosis of schizophrenia that is adjusted to Mr. Luong's age, sex, and nationality indicates a likely **average survival of 17.8 additional years to the age of 74.4.** This estimate represents a loss of 13.0 years from the national average.

The preceding opinions were given as reasonable medical and scientific probabilities based on my knowledge, experience, and training in the fields of forensic medicine and forensic epidemiology, and a review of the relevant literature, studies, and available records and data.

I reserve the right to amend any of my opinions should new information come to light, including the opinions disclosed by defense experts.

Very truly yours,

Michael D. Freeman, MedDr PhD MPH FAAFS
Associate Professor of Forensic Medicine
University of Maastricht Medical Center
Faculty of Health, Medicine, and Life Sciences
Maastricht University, Maastricht, Netherlands

Julia Sherwin, Esq.

RE: *Luong v Alameda County*

August 6, 2019

page 19 of 22

## Appendix

### Table 1: Median CTT by county (days)

| County | Number of inmates | Median CTT (days) | County Ranking |
|---|---|---|---|
| Plumas | 8 | 48 | 1 |
| Siskiyou | 67 | 55 | 2 |
| Yolo | 261 | 59.5 | 3 |
| Santa Clara | 438 | 61 | 4 |
| Stanislaus | 322 | 63 | 5 |
| Jehama | 1 | 64 | 6 |
| Sierra | 1 | 64 | |
| Contra Costa | 557 | 65 | 7 |
| San Francisco | 647 | 69 | 8 |
| Solano | 648 | 69 | |
| San Joaquin | 718 | 69.5 | 9 |
| Sacramento | 1256 | 70 | 10 |
| Tehama | 70 | 70 | |
| San Luis Obispo | 5 | 71 | 11 |
| Nevada | 54 | 74 | 12 |
| Marin | 122 | 75 | 13 |
| Butte | 325 | 75 | |
| Lake | 150 | 75.5 | 14 |
| El Dorado | 81 | 76 | 15 |
| Napa | 197 | 77 | 16 |
| Shasta | 246 | 77 | |
| Sutter | 139 | 77 | |
| Humboldt | 213 | 78 | 17 |
| Sonoma | 555 | 81 | 18 |
| Yuba | 142 | 81 | |
| **Alameda** | **554** | **83** | **19** |
| Del Norte | 43 | 83 | |
| San Mateo | 353 | 83 | |
| Placer | 211 | 84 | 20 |
| Colusa | 24 | 85 | 21 |
| Santa Barbara | 23 | 85 | |
| Calaveras | 47 | 85.5 | 22 |
| Kern | 100 | 87 | 23 |
| Tuolumne | 58 | 88 | 24 |

Julia Sherwin, Esq.

RE: *Luong v Alameda County*

August 6, 2019

page 20 of 22

| Mendocino | 165 | 88.5 | 25 |
|---|---|---|---|
| Amador | 38 | 90 | 26 |
| Merced | 367 | 90 | |
| Trinity | 46 | 90 | |
| Ventura | 30 | 90 | |
| Lassen | 25 | 91 | 27 |
| Glenn | 44 | 95 | 28 |
| Mariposa | 37 | 97 | 29 |
| Santa Cruz | 9 | 110.5 | 30 |
| Kings | 4 | 118.5 | 31 |
| Los Angeles | 40 | 124 | 32 |
| Riverside | 9 | 125 | 33 |
| Monterey | 10 | 132 | 34 |
| Fresno | 34 | 133 | 35 |
| Orange | 9 | 134 | 36 |
| San Diego | 2 | 140 | 37 |
| Tulare | 11 | 140 | |
| San Bernardino | 9 | 143 | 38 |
| Madera | 3 | 163 | 39 |
| Imperial | 1 | 269 | 40 |

Julia Sherwin, Esq.

RE: *Luong v Alameda County*

August 6, 2019

page 21 of 22

## Table 2: CTT total inmate wait time, by county (days)

| County | Number of inmates | CTT (days) | Total inmate CTT time (days) |
|---|---|---|---|
| Sacramento | 1256 | 70 | 87,920 |
| San Joaquin | 718 | 70 | 49,901 |
| **Alameda** | **554** | **83** | **45,982** |
| Sonoma | 555 | 81 | 44,955 |
| Solano | 648 | 69 | 44,712 |
| San Francisco | 647 | 69 | 44,643 |
| Contra Costa | 557 | 65 | 36,205 |
| Merced | 367 | 90 | 33,030 |
| San Mateo | 353 | 83 | 29,299 |
| Santa Clara | 438 | 61 | 26,718 |
| Butte | 325 | 75 | 24,375 |
| Stanislaus | 322 | 63 | 20,286 |
| Shasta | 246 | 77 | 18,942 |
| Placer | 211 | 84 | 17,724 |
| Humboldt | 213 | 78 | 16,614 |
| Yolo | 261 | 60 | 15,530 |
| Napa | 197 | 77 | 15,169 |
| Mendocino | 165 | 89 | 14,603 |
| Yuba | 142 | 81 | 11,502 |
| Lake | 150 | 76 | 11,325 |
| Sutter | 139 | 77 | 10,703 |
| Marin | 122 | 75 | 9,150 |
| Kern | 100 | 87 | 8,700 |
| El Dorado | 81 | 76 | 6,156 |
| Tuolumne | 58 | 88 | 5,104 |
| Los Angeles | 40 | 124 | 4,960 |
| Tehama | 70 | 70 | 4,900 |
| Fresno | 34 | 133 | 4,522 |
| Glenn | 44 | 95 | 4,180 |
| Trinity | 46 | 90 | 4,140 |

Julia Sherwin, Esq.

RE: *Luong v Alameda County*

August 6, 2019

page 22 of 22

| | | | |
|---|---|---|---|
| Calaveras | 47 | 86 | 4,019 |
| Nevada | 54 | 74 | 3,996 |
| Siskiyou | 67 | 55 | 3,685 |
| Mariposa | 37 | 97 | 3,589 |
| Del Norte | 43 | 83 | 3,569 |
| Amador | 38 | 90 | 3,420 |
| Ventura | 30 | 90 | 2,700 |
| Lassen | 25 | 91 | 2,275 |
| Colusa | 24 | 85 | 2,040 |
| Santa Barbara | 23 | 85 | 1,955 |
| Tulare | 11 | 140 | 1,540 |
| Monterey | 10 | 132 | 1,320 |
| San Bernardino | 9 | 143 | 1,287 |
| Orange | 9 | 134 | 1,206 |
| Riverside | 9 | 125 | 1,125 |
| Santa Cruz | 9 | 111 | 995 |
| Madera | 3 | 163 | 489 |
| Kings | 4 | 119 | 474 |
| Plumas | 8 | 48 | 384 |
| San Luis Obispo | 5 | 71 | 355 |
| San Diego | 2 | 140 | 280 |
| Imperial | 1 | 269 | 269 |
| Jehama | 1 | 64 | 64 |
| Sierra | 1 | 64 | 64 |

CURRICULUM VITAE

**MICHAEL D. FREEMAN**

August 2019

**ADDRESS**
4500 Kruse Way, Plaza I, Suite 385
Lake Oswego, Oregon 97035
Tel 971-255-1008 Fax 971-255-1046
e-mail:  forensictrauma@gmail.com
          m.freeman@maastrichtuniversity.nl

**EDUCATION**
*Doctor of Medicine* (Med.Dr.)
Faculty of Medicine, Umeå University, Umeå, Sweden

*Doctor of Philosophy* (Ph.D.) Public Health/ Epidemiology
Oregon State University, Corvallis, Oregon

*Master of Public Health* (M.P.H.), Epidemiology/ Biostatistics
Oregon State University, Corvallis, Oregon

*Doctor of Chiropractic* (D.C.)
University of Western States, Portland, Oregon

*Bachelor of Science* (B.S.) General Science
University of Oregon, Eugene, Oregon

**FELLOWSHIPS**
*Fulbright Specialist Roster*
Bureau of Educational and Cultural Affairs and World Learning,
United States Department of State, 2017-2020 tenure

*Postdoctoral Fellowship*
Forensic Pathology
Section of Forensic Medicine, Department of Community Medicine and Rehabilitation, Umeå University, Umeå, Sweden 2014-2015

**ACADEMIC POSITIONS**
Associate Professor of Forensic Medicine – 2018 (permanent tenured appointment)
          Maastricht University Medical Centre+
          CAHPRI Research Institute for Public Health and Primary care
          Faculty of Health, Medicine, and Life Sciences
          Maastricht, The Netherlands
Associate Professor of Forensic Medicine – 2015-2018
          CAPHRI School for Public Health and Primary Care
          Maastricht University Medical Center+
          Maastricht, The Netherlands

Affiliate Professor of Epidemiology – 2010 to 2015
    Department of Public Health and Preventive Medicine
    School of Medicine, Oregon Health & Science University
    Portland, Oregon
Affiliate Professor of Psychiatry – 2011 to present
    Department of Psychiatry
    School of Medicine, Oregon Health & Science University
    Portland, Oregon
Clinical/Affiliate Associate Professor – 2005-10
    Department of Public Health and Preventive Medicine
    School of Medicine, Oregon Health & Science University
    Portland, Oregon
Clinical Assistant Professor – 1997-2005
    Department of Public Health and Preventive Medicine
    School of Medicine, Oregon Health & Science University
    Portland, Oregon
Adjunct Professor of Forensic Epidemiology and Traumatology – 2012-17
    Department of Forensic Medicine
    Faculty of Health Sciences, Aarhus University
    Aarhus, Denmark
Adjunct/Honorary Associate Professor of Epidemiology and Traumatology – 2012-17
    Department of Forensic Medicine
    Faculty of Health Sciences, Aarhus University
    Aarhus, Denmark
Adjunct Associate Professor of Forensic Medicine and Epidemiology – 2005-12
    Institute of Forensic Medicine
    Faculty of Health Sciences, Aarhus University
    Aarhus, Denmark
Adjunct Professor – 2015-16.
    University of Western States
    Portland, Oregon


**EDITORIAL ACTIVITIES**
Co-Editor in Chief:
    *Journal of Whiplash-Related Disorders* 1999-2006
Associate Editor:
    *BMC Musculoskeletal Disorders,* 2019-present
    *The Spine Journal* 2007-present
    *PM&R,* official scientific journal of the American Academy of Physical Medicine and Rehabilitation, 2008-present
    *Scandinavian Journal of Forensic Medicine,* 2012-present
    *J of Forensic Biomechanics*, 2010-present
    *OA Epidemiology,* 2014
Editorial Board Member:
    *Orthopedics,* 2019 – present
    *The Spine Journal,* 2004-present
    *International Research Journal of Medicine and Medical Sciences,* 2015
    *Egyptian Journal of Forensic Sciences,* 2010-present
    *Journal of Case Reports Practice* 2014-present
    *Austin Journal of Public Health & Epidemiology* 2014-2016
    *Edorium Journal of Public Health,* 2014
Editorial Committee Member:
    *Spineline* 2004-2009

Peer reviewer:
    *BMC Musculoskeletal Disorders*
    *BMC Public Health*
    *BMC Research Notes*
    *Annals of Epidemiology* (outstanding reviewer status 2015)
    *Orthopedics*
    *Spine*
    *The Spine Journal*
    *Lancet*
    *Mayo Clinic Proceedings*
    *Annals of Biomechanical Engineering*
    *Journal of the American Board of Family Medicine*
    *Journal of Forensic and Legal Medicine*
    *Acta Neurologica Scandanavica*
    *Medical Science Monitor*
    *Pain Research & Management*
    *Journal of Back and Musculoskeletal Rehabilitation*
    *American Society for Testing and Materials (ASTM)*
    *Biosecurity & Bioterrorism*
    *Annals of Medical and Health Sciences Research*
    *Neurorehabilitation and Neural Repair*
    *International Research Journal of Medicine and Medical Sciences*
    *Jurimetrics*
    *Law, Probability, and Risk*
    *International Journal of Molecular Sciences*
    *Journal of Rehabilitation Medicine*
    *Arthritis*
    *BMC Pediatrics*
    *Journal of Back and Musculoskeletal Rehabilitation*
    *Diagnostic and Interventional Radiology*
    *Healthcare*
    *Expert Review of Medical Devices*
    *BMC Cancer*

**COURSES TAUGHT**
PHPM 574 Forensic & Trauma Epidemiology
    Department of Public Health and Preventive Medicine
    Oregon Health & Science University School of Medicine
    Portland, Oregon 2006-2013
Principles of Forensic Medicine and Forensic Epidemiology
    Forensic Psychiatry Fellowship
    Department of Psychiatry
    Oregon Health & Science University School of Medicine
    Portland, Oregon – 2011 to present
PHPM 503 Thesis Advising
    Department of Public Health and Preventive Medicine
    Oregon Health & Science University School of Medicine
    Portland, Oregon 2005-present
PHPM 507 Injury and Trauma Epidemiology
    Department of Public Health and Preventive Medicine
    Oregon Health & Science University School of Medicine
    Portland, Oregon 1999 – 2005
Forensic Epidemiology and Bioterrorism
    Charles County Department of Public Health

College of Southern Maryland, Waldorf, Maryland 2014

**ACTIVITIES and HONORS**

Faculty, course designer and keynote speaker, *"When Science Meets Law: Forensic Epidemiology in Medicolegal Practice."* Summer school course, Radboud Medical Center, Nijmegen, Netherlands, August 13-17, 2018.

Fulbright fellowship, US Department of State, *Forensic Epidemiology in Forensic Medicine*, March 1-15, Maastricht, Netherlands.

Senatorial letter of commendation, Louisiana Senate (Sen. Jon Milkovich), January 25, 2017.

Keynote speaker, Gran Sesión de Epidemiología Forense. November 18, 2016 Universidad Libre, Seccional Cali, Colombia.

Vice Chair, American Academy of Forensic Sciences Standards Board Medicolegal Death Investigation Consensus Body – 2016-present

Member, American Academy of Forensic Sciences Standards Board Medicolegal Death Investigation Consensus Body – 2016-present

Affiliate Medical Examiner, Allegheny County, Pennsylvania, 2014-present

Member, Scientific Advisory Board, International Conference on Forensic Inference and Statistics. August 2014, Leiden, The Netherlands

Reviewer, National Aeronautical Space Administration (NASA) 2011

Past president, International Cellular Medicine Society, 2009 to 2012

Founding member, International Cellular Medicine Society, 2009

Member, Research Planning Committee, North American Spine Society 2007-2009

Member, Complementary Medicine Committee, North American Spine Society 2007-2009

Special Deputy Sheriff (Forensics), Vehicular Homicide Investigator, Clackamas County, Oregon, 2007-2009

Member, Crash Reconstruction and Forensic Technology (CRAFT) multidisciplinary law enforcement fatal crash investigation team, Clackamas County, Oregon, 2002-2013

Consultant Forensic Trauma Epidemiologist to the Medical Examiner Division of the Oregon Department of State Police – Occupant Kinematics, 1999-2006

Deputy Medical Examiner, Marion County, Oregon. 2000-2005

Moderator, Engineering sciences section, American Academy of Forensic Sciences 62nd Annual Meeting, Seattle, WA 2010

Co-Chair, International Whiplash Trauma Congress V, Lund, Sweden. 2011

Co-Chair, International Whiplash Trauma Congress IV, Miami, FL. October 2007.

Co-Chair, International Whiplash Trauma Congress III, Portland, OR. June 2006.

Co-Chair, International Whiplash Trauma Congress II, Breckenridge, CO. February 2005.

Co-Chair, International Whiplash Trauma Congress I, Denver, CO. October, 2003

Co-Chair, Forensic Section, International Traffic Medicine Association. Budapest, Hungary. September, 2003

Member, Blue Ribbon Panel Congressional Task Force on roller coaster-induced brain injury. Funded by a grant from the National Institute of Child Health and Human Development 2002-2003

President, Spinal Injury Foundation. Denver, CO 2002-2009

Member, Marion-Polk County C.R.A.S.H. Team - Occupant Kinematics Consultant 1999-2004

Scientific Chair, North American Whiplash Trauma Congress. Victoria, British Columbia 1999

**BOARD CERTIFICATION AND ORGANIZATIONS**

American Academy of Forensic Sciences, Pathology/ Biology section

    Fellow        (2016-present)

    Member      (2008-2016)

Faculty of Forensic & Legal Medicine, Royal College of Physicians, Affiliate Member

ACTAR Accredited Crash Reconstructionist, Accreditation Commission for Traffic Accident Reconstruction, Accreditation #1581

Crash Data Retrieval Technician I & II

Certification in basic and advanced crash reconstruction - Northwestern University
Diplomate, American Academy of Pain Management
Member, Fulbright Association
Member, American College of Epidemiology
Member, Association for the Advancement of Automotive Medicine
Member, Sigma Xi Scientific Honor Society
Member, Society of Automotive Engineers
Past member, International Traffic Medicine Association
Fellow, International College of Chiropractic
Inactive member, North American Spine Society
Past member, Forensic Accident Reconstructionists of Oregon

## GRANTS

2017-2020 Fulbright scholarship, Fulbright Specialist program, Bureau of Educational and Cultural Affairs and World Learning, United States Department of State.
2015 National Science Foundation Industry/University Cooperative Research Centers Program, NSF 13-594 Planning Grant: I/UCRC for Advanced Research in Forensic Science, National Center for Research on Forensic Epidemiology. Principal Investigator.
2011-2013 World Health Organization – research grant for Rwandan study of relationship between genocide and suicide and homicide victimization and offending. $50,000. Project No: AFRWA 1005685, Award No: 53975.
2010-2015 Centers for Disease Control (Administered by National University of Rwanda and OHSU) SPH/CDC $200,000 over 4 years.
2002-2003 National Institute of Child Health and Human Development – Blue Ribbon Task Force on Roller Coaster Associated Brain Injury. $75,000.

## DISSERTATION SUPERVISION/MENTORING

Ellen Strömmer BA BS MPH – PhD candidate, CAPHRI School for Public Health and Primary Care, Maastricht University Medical Center (2018 to present)
Wendy Leith MS MPH – PhD candidate, CAPHRI School for Public Health and Primary Care, Maastricht University Medical Center (2018 to present)
Paul Nolet MPH, MSc, DC – PhD candidate, CAPHRI School for Public Health and Primary Care, Maastricht University Medical Center (2017 to present)
Huijie Wang B.Med,, M.Med. – PhD candidate, CAPHRI School for Public Health and Primary Care, Maastricht University Medical Center (2017-2018)
Dritan Bijko MD MSc – PhD candidate, CAPHRI School for Public Health and Primary Care, Maastricht University Medical Center (2017)
Putri Dianita MD – PhD candidate, CAPHRI School for Public Health and  Primary Care, Maastricht University Medical Center (2015 to present)
Frank Franklin Ph.D., J.D. (2013), Earle Mack School of Law, Drexel University
Bonnie Colville-Ebeling MD – PhD candidate (2012-15) University of Copenhagen, Faculty of Health Sciences, Department of Forensic Medicine
Dimitrios Papadakis BSc, MRes, Dr.rer.nat. (2012-present) independent mentoring
Wendy Leith MS – MPH (2015) Department of Public Health & Preventive Medicine, Oregon Health & Science University School of Medicine
Konrad Dobbertin – MPH (2011) Department of Public Health & Preventive Medicine, Oregon Health & Science University School of Medicine
Apostolo Alexandridis – MPH (2011) - Department of Public Health & Preventive Medicine, Oregon Health & Science University School of Medicine
Wilson Rubanzana MD – PhD (2016) National University of Rwanda, School of Public Health, Kigali, Rwanda
Catherine Maddux-Gonzalez – MPH (2009) – Department of Public Health & Preventive Medicine, Oregon Health & Science University School of Medicine

Laura Criddle MS, RN – PhD (2008) Oregon Health & Science University   School of Medicine, School of Nursing
Peter Harmer PhD – MPH (2006) Department of Public Health & Preventive Medicine, Oregon Health & Science University School of Medicine

## PUBLICATIONS

### Peer-reviewed journal articles

1. **Freeman MD**, Leith WM. Estimating the number of traffic crash-related cervical spine injuries in the United States; an analysis and comparison of national crash and hospital data. (submitted)

2. Nolet P, Emery P, Kristman E, Zeegers M. **Freeman MD**. Exposure to a motor vehicle collision and the risk of future neck pain: a systematic review and meta-analysis. *PM R* 2019 Apr 25. doi: 10.1002/pmrj.12173.

3. **Freeman MD**. Medicolegal investigation of *Vibrio parahaemolyticus*-related foodborne illness as the cause of Guillain-Barré Syndrome. *Forensic Science International: Reports* (in press).

4. **Freeman MD**. Concussion risk from helmeted sports; A reexamination of data and methods. *J Forensic Biomed* 2018;9:139. doi: 10.4172/2090-2697.1000139.

5. Centeno C, Markle J, Dodson E, Stemper I, Hyzy M, Williams C, Ichim T, **Freeman MD** Symptomatic anterior cruciate ligament tears treated with percutaneous injection of autologous bone marrow concentrate: a non-controlled registry study *J Translational Med* (in press).

6. Dianita Ika Melia P, **Freeman MD**, Herkutanto H, Zeeger MP. A review of the diversity in taxonomy, definitions, scope, and roles in forensic medicine: Implications for evidence-based practice. *For Sci Med Path* 2018;14(4):460-8.

7. Rubanzana W, Hedt-Gauthier BL, Ntaganira J, **Freeman MD**. Exposure to genocide as a risk factor for homicide perpetration in Rwanda: A population-based case-control study. *J Interpers Violence* 2018;33(12):1855-70.

8. Centeno C, Markle J, Dodson E, Stemper I, Hyzy M, Williams C, **Freeman MD**. Autologous Bone Marrow Concentrate and Platelet Products versus Exercise Therapy for Symptomatic Knee Osteoarthritis: A Randomized Controlled Trial (in review).

9. **Freeman MD**, Leith WM. The epidemiology of tire failure-related traffic crashes. SAE Technical Paper 2018-01-5031, 2018, doi:10.4271/2018-01-5031.

10. **Freeman MD**. A practicable and systematic approach to medicolegal causation. *Orthopedics* 2018;41(2):70-2.

11. Centeno C, Markle J, Dodson E, Stemper I, Hyzy M, Williams C, **Freeman MD.** The safety and efficacy of using lumbar epidural injection of platelet lysate for treatment of radicular pain. *J Exp Orthopaedics* 2017;4:38.

12.  Centeno C, Markle J, Dodson E, Stemper I, Williams C, Hyzy M, Ichim T, **Freeman MD.** Treatment of lumbar degenerative disc disease-associated radicular pain with culture-expanded autologous mesenchymal stem cells *J Translational Medicine* 2017;15:197.

13.  Williams KE. **Freeman MD.** The role of the medical examiner/ coroner system in creating a public database for surveillance and information sharing on drug overdose deaths. *Academic Forensic Pathology.* 2017;7(1):60-72.

14.  Leith W, Lambert W, Boenhlein J, **Freeman MD.** The association between gabapentin and suicidality in bipolar patients. *Int Clin Psychopharm* 2018 doi:10.1097/YIC.0000000000000 242.

15.  Centeno C, Markle J, Dodson E, Stemper I, Williams C, Hyzy M, **Freeman MD.** Symptomatic anterior cruciate ligament tears treated with percutaneous injection of autologous bone marrow concentrate: a non-controlled prospective registry study. *BMC Musculoskeletal Disorders* (in press).

16.  **Freeman MD,** Goodyear S, Leith W. Risk factors for neonatal brachial plexus injury; a multistate epidemiologic study of matched maternal and newborn discharge records. *Int J Gynecology & Obstetrics* 2017;136(3):331-336.

17.  **Freeman MD, Zeegers M.** Forensic Epidemiology: An evidence-based system for analyzing individual causation in a medicolegal setting. *Austin J Public Health Epidemiol* 3(3):2016. ISSN: 2381-9014

18.  Westergren H, Larson L, Carlsson A, Joud A, **Freeman MD,** Malmstrom E-M. Sex-based differences in chronic pain distribution in a cohort of patients with post-traumatic neck pain. *Disabil Rehabil* 2017 DOI: 10.1080/09638288.2017.1280543

19.  Nyström A, **Freeman MD.** Central sensitization is modulated following trigger point anesthetization in patients with chronic pain following whiplash trauma. A double-blind, placebo-controlled, cross-over study. *Pain Med* 2017;0:1-6.

20.  **Freeman MD,** Zeegers M. Principles and applications of forensic epidemiology in the medicolegal setting. *Law, Probability, & Risk* 2015; doi:10.1093/lpr/mgv010.

21.  Centeno CJ, Al-Sayegh H, **Freeman MD** et al. A multi-center analysis of adverse events among 2,372 adult patients undergoing adult autologous stem cell therapy for orthopedic conditions. *International Orthopedics* DOI 10.1007/s00264-016-3162-y.

22.  **Freeman MD.** Medicolegal causation analysis of a lumbar spine fracture following a low speed rear impact traffic crash.  *J Case Rep Prac* 2015; 3(2): 23-29.

23.  Uhrenholt L, **Freeman MD,** Webb A, Pedersen M, Thorup-Boel LW. Fatal subarachnoid hemorrhage associated with internal carotid artery dissection resulting from whiplash trauma. *Forens Sci Med Path* 2015;11(4):564-9.

24.  Centeno CJ, Al-Sayegh H, Bashir J, **Freeman MD.** A prospective study of the safety and efficacy of autologous bone marrow concentrate for the treatment of rotator cuff tears and shoulder osteoarthritis *J Pain Res* 2015;8:1-8.

25.  Centeno CJ, Al-Sayegh H, Bashir J, **Freeman MD.** A dose response analysis of bone marrow concentrate injections for knee osteoarthritis. *BMC Musculoskeletal Disorders (Section: Orthopedics and biomechanics)* 2015;16:258. doi: 10.1186/s12891-015-0714-z.

26.  Rubanzana W, Ntanganira J, **Freeman MD,** Hedt-Gauthier B, Risk factors for homicide victimization in post-genocide Rwanda: a population -based case- control study. *BMC Public Health* 2015;15(1):809.

27.  Rubanzana W, Hedt-Gauthier B, Ntanganira J, **Freeman MD.** Exposure to genocide as a risk factor for suicide in Rwanda. *J Epidemiol Community Health* 2015 Feb;69(2):117-22.

28.  Westergren H, **Freeman MD,** Malmström E-M. The whiplash enigma: still searching for answers. *Scand J Pain* 2014; http://dx.doi.org/10.1016/ j.sjpain.2014.08.003.

29.  Centeno CJ, Pitts J, Al-Sayegh H, **Freeman MD.** Efficacy and Safety of Bone Marrow Concentrate for Osteoarthritis of the Hip; Treatment Registry Results for 196 Patients. *J Stem Cell Res Ther* 2014;4:242. doi: 10.4172/2157-7633.1000242

30.  Centeno CJ, Pitts J, Al-Sayegh H, **Freeman MD.** Efficacy of autologous bone marrow concentrate for knee osteoarthritis with and without adipose graft. *Biomed Res Int* 2014. doi:10.1155/2014/370621

31.  Centeno CJ, Pitts J, Al-Sayegh H, **Freeman MD.** Anterior cruciate ligament tears treated with percutaneous injection of autologous bone marrow nucleated cells; a pilot study. *J Pain Res* 2015;8:1–11.

32.  **Freeman MD,** Cahn PJ, Franklin FA. Applied forensic epidemiology. Part 1: medical negligence. *OA Epidemiology* 2014;2(1):2.

33.  Koehler S, **Freeman MD.** Forensic epidemiology; a methodology for investigating and quantifying specific causation. *Forens Sci Med Path* 2014 Jun;10(2):217-22.

34.  Centeno CJ, **Freeman MD.** Percutaneous injection of autologous, culture-expanded mesenchymal stem cells into carpo-metacarpal hand joints: A case series with an untreated comparison group. *Wien Med Wochenschr* 2013:DOI 10.1007/s10354-013-0222-4

35.  **Freeman MD,** Eriksson A, Leith W. Head and neck injury patterns in fatal falls: epidemiologic and biomechanical considerations. *J Forensic Legal Med* 2014;21:64-70.

36.  Colville-Ebeling B, **Freeman MD,** Banner J, Lynnerup N. Autopsy practice in forensic pathology – evidence-based or experience-based? A review of autopsies performed in a case of multiple, simultaneous deaths. *J Forensic Legal Med* 2014;22:33-6.

37.  **Freeman MD,** Eriksson A, Leith W. Injury pattern as an indication of seat belt failure in ejected vehicle occupants *J Forensic Sci* 2014; 59(5):1271-4.

38.  Dobbertin KM, **Freeman MD,** Lambert WE, Lasarev MR, Kohles SS. The relationship between vehicle roof crush and head, neck and spine injury in rollover crashes. *Accid Anal Prev* 2013;58:46-52.

39.  Centeno CJ, Schultz JR, Cheever M, **Freeman M,** Faulkner S, Robinson S. A Case Series of Percutaneous Treatment of Non-Union Fractures with Autologous, Culture Expanded, Bone Marrow Derived, Mesenchymal Stem Cells and Platelet Lysate. *J Bioengineer & Biomedical Sci S2:007* doi:10.4172/2155- 9538.S2-007

40.  Woodham M, Woodham A, Skeate JG, **Freeman MD.** Long-Term Lumbar Multifidus Muscle Atrophy Changes Documented With Magnetic Resonance Imaging; A Case Series. *Radiology Case Reports* 2014;8(5):27-34

8

41.   Wendlova J, **Freeman MD**. The Slovak Regression Model of Fall-Related Femoral Neck Fracture Risk. *Journal of Forensic Biomechanics* Vol. 4 2013), Article ID 235595, 5 pages doi:10.4303/jfb/235595

42.   **Freeman MD**, Dobbertin K, Kohles SS, Uhrenholt L, Eriksson A. Serious head and neck injury as a predictor of occupant position in fatal rollover crashes. *Forensic Sci Int* 2012;222:228–33.

43.   **Freeman MD**, Kohles SS. An examination of the threshold criteria for the evaluation of specific causation of mesothelioma following a history of significant exposure to chrysotile asbestos-containing brake dust, *Int J Occ Env Hlth* 2012;18(4):329-36.

44.   **Freeman MD,** Fuerst M. Does the FDA have regulatory authority over adult autologous stem cell therapies? FDCA 21 CFR 1271 and the Emperor's New Clothes. *J Transl Med* 2012;10(1):60.

45.   **Freeman MD**, Everson T, Kohles SS. Forensic epidemiologic and biomechanical analysis of a pelvic cavity blowout injury associated with ejection from a personal watercraft (jet-ski). *J Forens Sci* 2012 doi: 10.1111/j.1556-4029.2012.02250.x

46.   **Freeman MD**, Kohles SS. Plasma levels of polychlorinated biphenyls, non-Hodgkin lymphoma, and causation. *J Environ Public Health* 2012;2012:258981. doi: 10.1155/2012/258981. Review.

47.   Centeno CJ, Fuerst M, Faulkner SJ, **Freeman MD**. Is cosmetic platelet-rich plasma a drug to be regulated by the Food and Drug Administration? *J Cosm Derm* 2011;10:171–3.

48.   Centeno CJ, Schultz JR, Cheever M, **Freeman M**, Faulkner S, Robinson S, Hanson R. Safety and Complications Reporting Update on the Re-Implantation of Culture-Expanded Mesenchymal Stem Cells Using Autologous Platelet Lysate Technique. *Cur Stem Cell Res & Ther* 2011;6(4):XX

49.   **Freeman MD,** Kohles SS. Application of the Hill Criteria to the Causal Association of Post-Traumatic Headache and Assault. *Egypt J Forensic Sci* 2011;1:35-40.

50.   **Freeman MD,** Kohles SS. Application of the Bradford-Hill Criteria for Assessing Specific Causation in Post-Traumatic Headache. *Brain Inj Prof* 2011;8(1):26-8.

51.   **Freeman MD**, Kohles SS. An Evaluation of Applied Biomechanics as an adjunct to systematic specific causation in forensic medicine. *Wien Med Wochenschr* 2011;161:1-11.

52.   Uhrenholt L, **Freeman MD**, Jurik AG, Jensen LJ, Gregersen M, Boel LW, Kohles SS, Thomsen AH. Esophageal injury in fatal rear-impact collisions. *Forensic Sci Int* 2011;206(1-3):e52-7.

53.   **Freeman MD**. A Bayesian assessment of unexplained fracture as a forensic test of child abuse; quantification of uncertainty using the Error Odds approach. *Acta Medicinae Legalis et Socialis* 2010:179-84.

54.   Nystrom NA, Champagne LP, **Freeman MD**, Blix E. Surgical fasciectomy of the trapezius muscle combined with neurolysis of the spinal accessory nerve; results and long-term follow-up in 30 consecutive cases of refractory chronic whiplash syndrome. *J Brachial Plexus and Peripheral Nerve Injury* 2010:5;7.

9

55.     Centeno CJ, Schultz J, Cheever M, Robinson B, **Freeman MD**, Marasco W. Safety of autologous MSC transplantation: an in vivo MRI study of transplanted MSCs culture-expanded using a novel, platelet-lysate technique. *Cur Stem Cell Res & Ther* 2010;5:81-93.

56.     Dagenais S, Gay RE, Tricco A, Mayer, JM, **Freeman MD**. North American Spine Society Contemporary Concepts in Spine Care: Spinal Manipulation Therapy for Acute Low Back Pain *Spine J* 2010 Oct;10(10):918-40.

57.     Uhrenholt L, Schumacher B, **Freeman MD**. Road traffic fatalities in Aarhus Police District in 2000-2004 - medical investigations and legal consequences. *Ugeskr Laeger.* 2010 Sep 27;172(39):2683-2687. Danish

58.     **Freeman MD**, Woodham M, Woodham A. The role of the lumbar multifidus in chronic low back pain; a review. *PM R* 2010 Feb;2(2):142-6.

59.     **Freeman MD**, Centeno CJ, Kohles SS. A systematic approach to clinical determinations of causation in symptomatic spinal disc injury following motor vehicle crash trauma. *PM R* 2009;1(10):951-6.

60.     **Freeman MD**, Rosa S, Harshfield D, Smith F, Bennett R, Centeno CJ, Kornel E, Nystrom A, Heffez D, Kohles SS. A case-control study of cerebellar tonsillar ectopia and head/neck (whiplash) trauma. *Brain Injury* 2010;24(7-8):988-94.

61.     **Freeman MD**, Kohles SS. Applications and limitation of forensic biomechanics; a Bayesian perspective. *J Forensic Legal Med* 2010;17:67-77.

62.     **Freeman MD**, Nystrom A, Centeno C, Hand M. Chronic whiplash and central sensitization; do a trigger points play an important role in pain modulation? *J Brachial Plex Peripher Nerve Inj* 2009 Apr 23;4:2.

63.     **Freeman MD**, Hand ML, Rossignol AM. Applied Forensic Epidemiology: A Bayesian evaluation of forensic evidence in a vehicular homicide investigation. *J Forensic Legal Med* 2009;16(2):83-92.

64.     Centeno CJ, Busse D, Kisiday J, Keohan C, **Freeman M**, Karli D Regeneration of meniscus cartilage in a knee treated with percutaneously implanted autologous mesenchymal stem cells. *Med Hypothese.* 2008 Dec;71(6):900-8.

65.     Centeno CJ, Schultz J, **Freeman M**. Sclerotherapy of Baker's cyst with imaging confirmation of resolution. *Pain Physician* 2008 Mar-Apr;11(2):257-61.

66.     Centeno CJ, Busse D, Kisiday J, Keohan C, **Freeman M**, Karli D. Increased knee cartilage volume in degenerative joint disease using percutaneously implanted, autologous mesenchymal stem cells. *Pain Physician* 2008 May;11(3):343-53.

67.     **Freeman MD**, Centeno CJ. A fatal case of secondary gain; a cautionary tale. *Amer J Case Reports* 2008;9:97-103.

68. Centeno CJ, Elkins W, **Freeman M**, Elliott J, Sterling M, Katz E. Total Cervical Translation as a Function of Impact Vector as Measured by Flexion-Extension Radiography *Pain Physician* 2007 Sep;10(5):667-71.

69. **Freeman MD**, Rossignol AC, Hand M. Forensic Epidemiology: A systematic approach to probabilistic determinations in disputed matters. *J Forensic Legal Med* 2008;15(5):281-90.

70. Centeno CJ, Kisiday J, **Freeman MD**, Shultz JR. Partial regeneration of the human hip via autologous bone marrow nucleated cell transfer: a case study. *Pain Physician* 2006;9:135-7.

71. Croft AC, **Freeman MD**. Correlating crash severity with injury risk, injury severity, and long-term symptoms in low velocity motor vehicle collisions. *Med Sci Monit* 2005 Oct;11(10):RA316-21. Epub 2005 Sep 26.

72. **Freeman MD**, Croft AC, Nicodemus CN, Centeno CJ, Welkins WL. Significant spinal injury resulting from low-level accelerations: A case series of roller coaster injuries. *Arch Phys Med Rehab* November 2005;86:2126-30.

73. **Freeman MD**, Croft AC, Rossignol AC, Elkins W. Chronic neck pain and whiplash: a case/control study of the relationship between acute whiplash injuries and chronic neck pain. *Pain Res Manag* 2006;11(2):79-83.

74. Centeno CJ, **Freeman MD**, Welkins WL. A review of the literature refuting the concept of minor impact soft tissue injury. *Pain Res Manag* 2005;10(2):71-4.

75. Centeno C, Elliot J, Elkins W, **Freeman M**. A prospective case series of fluoroscopically guided cervical prolotherapy for instability with blinded pre and post radiographic reading. *Pain Physician* 2005;8(1):

76. Centeno CJ, Elkins WL, **Freeman M**. Waddell's signs revisited? *Spine* 2004 Jul 1;29(13):1392

77. **Freeman MD**, Nelson C. Injury Pattern Analysis as a means of driver identification *Laboratory Medicine* 2004;35(8):502-5.

78. **Freeman MD**, Olson D. Hemifacial tic following a low-speed motor vehicle crash. *J Whiplash Rel Dis* 2004;3(1).

79. **Freeman MD**, Nelson C. Injury pattern analysis as a means of driver identification in a vehicular homicide; a case study. *Forensic Examiner* Spring 2004;13(1):24-8.

80. Croft AC, Haneline MT, **Freeman MD**. Low speed frontal crashes and low speed rear crashes: is there a differential risk for injury? *Annu Proc Assoc Adv Automot Med.* 2002;46:79-91.

81. Croft AC, Herring P, **Freeman MD**, Haneline MT: The neck injury criterion (NIC): future considerations. *Accid Anal Prev* 2002;34(2):247-55.

82.    **Freeman MD**, Croft AC, Rossignol AM. A critical evaluation of the methodology of a low back pain clinical trial *J Manipulative Physio Ther* 2000; 23(5):363-4.

83.    **Freeman MD**, Croft AC, Rossignol AM, Weaver DS, Reiser M. A review and methodologic critique of the literature refuting whiplash syndrome. *Spine* 1999;24(1):86-98.

84.    **Freeman MD**, Croft AC, Rossignol AM. Whiplash Associated Disorders (WAD) - Redefining Whiplash and its Management" by the Quebec Task Force: A Critical Evaluation. *Spine* 1998;23(9):1043-9.

85.    **Freeman MD**, Fox DD, Richards TR. The superior intracapsular ligament of the sacroiliac joint: confirmation of Illi's ligament. *J Manipulative Physiol Ther* 1990;13(7):374-90.


**Non-peer-reviewed publications**

1.    **Freeman MD**. The problem with probability. *Trial* March 2006, 58-61.

2.    Croft AC, **Freeman MD**. Auto insurers and their new role in whiplash prevention—new rules, new risks, new tests. *Forum* 35(3):9-13, 2005.

3.    O'Shanick G, Varney N, **Freeman MD**, et al. Blue Ribbon Panel Review of the Correlation Between Brain Injury and Roller Coaster Rides (Report to US Congress, Funded by the National Institute of Child Health and Human Development). February 25, 2003.

4.    Croft AC, Herring P, **Freeman MD**, Centeno C, Haneline MT, Baric JJ: Late (chronic) whiplash injury. Public health perspectives amidst a controversial literature. JACA 40(8):26-32, 2003.

5.    **Freeman MD**. Don't fall for defense fallacies. *Trial* 2000.

6.    Seroussi R, **Freeman MD**. A review of original research by Brault et al. "Clinical response of human subjects to rear-end automobile collisions" *Injury Forum* 2000;2(5):49-50.

7.    **Freeman MD**. The epidemiology of acute and chronic whiplash injury in the U.S. Proceedings of HWS-Distorsion (Schleudetrauma) & Leichte Traumatische, Hirnverletzung. Invaliditat und Berufliche Reintegration. Basel, Switzerland. June 29-30, 2000.

8.    **Freeman MD**. Meta-analysis of whiplash prognosis studies. Proceedings of Whiplash 2000, Bath, England. May 16-18, 2000. pp 102-24.

9.    **Freeman MD**, Croft AC, Reiser M. [reprint of A review and methodologic critique of the literature refuting whiplash syndrome] *Trial* March 1999

10.   Croft AC, **Freeman MD**. From railway spine to whiplash. *Topics in Clinical Chiropractic* (Trauma) 1998;5(3):54-61.

11.   **Freeman MD**, Croft AC, Reiser M. Die epidemiologie des Schleudertraumas - wo liegt die Schelle Zur Verletzung? (The epidemiology of whiplash - is there a reliable threshold for

whiplash injury?) *HWS-Distortion (Schleudetrauma) & Leichte Traumatische, Hirnverletzung.* Edited by Ettlin TM and Mürner J. June 25-6, 1998:99-118.

12.    **Freeman MD**. The first CIREN conference: motor vehicle crash-related trauma and biomechanical engineering. *JACA* 1998;35(4):54-61.

## Theses

1.    **Freeman MD**. *The Role of Forensic Epidemiology in Evidence-Based Forensic Medical Practice.* Thesis for completion of Doctor of Medicine degree, Umeå University. Responsible publisher under Swedish law: the Dean of the Medical Faculty of Umeå University, Printed by: Print och Media, Umeå, Sweden 2013. ISBN: 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-729-5 ISSN: 0346-6612

2.    **Freeman MD**. *A study of chronic neck pain and whiplash injuries.* Thesis for completion of Doctor of Philosophy degree, Oregon State University. *UMI Dissertation services*, Ann Arbor, MI. 1998:9820108.

3.    **Freeman MD**. *Analysis of lumbar spinal strength using the doubly multivariate repeated measures design.* Thesis for completion of Master of Public Health degree, Oregon State University. 1995 (unpublished)

## Books

1.    **Freeman MD**, Zeegers M, Eds. <u>Forensic Epidemiology; Principles and Practice</u>. Elsevier, Amsterdam, NL. 2016

2.    Nordhoff L, **Freeman MD**, Siegmund GP. <u>Human Subject Crash Testing; Innovations and Advances</u>. Society of Automotive Engineers, Detroit MI 2007

3.    Berardinelli D, **Freeman MD**, DeShaw A. <u>From Good Hands to Boxing Gloves; How Allstate Changed Casualty Insurance in America</u>. Trial Guides 2008

4.    **Freeman MD**. Litigating Major Auto Injury and Death Cases; Forensic Science (volume 2 of <u>Litigating Major Auto Injury and Death Cases</u>, Koehler K, Freeman MD). ThomsonWest:2006

5.    **Freeman MD**. Litigating Minor Impact Soft Tissue Cases; Forensic Medicine (volume 2 of <u>Litigating Minor Impact Soft Tissue Cases</u>, Koehler K and Freeman MD). ThomsonWest 2001.

## Book Chapters

1.    **Freeman MD**. Cervical Sprain and Strain. Medscape. Updated April 2016. Available at: <u>http://emedicine.medscape.com/</u>.

2.    **Freeman MD**, Franklin FA. Criminal Investigation. Chapter 15, in <u>Forensic Epidemiology; Principles and Practice</u>. Freeman M, Zeegers M, Eds. Elsevier, Amsterdam, NL. 2016.

3. **Freeman MD**, Franklin FA, Cahn P. Medical Negligence Investigation. Chapter 14, in Forensic Epidemiology; Principles and Practice. Freeman M, Zeegers M, Eds. Elsevier, Amsterdam, NL. 2016.

4. **Freeman MD**, Franklin FA. Consumer Product Defect Investigation. Chapter 13, in Forensic Epidemiology; Principles and Practice. Freeman M, Zeegers M, Eds. Elsevier, Amsterdam, NL. 2016.

5. **Freeman MD**. Motor Vehicle Defect Investigation. Chapter 12, in Forensic Epidemiology; Principles and Practice. Freeman M, Zeegers M, Eds. Elsevier, Amsterdam, NL. 2016.

6. **Freeman MD**. Traffic Injury Causation Investigation. Chapter 11, in Forensic Epidemiology; Principles and Practice. Freeman M, Zeegers M, Eds. Elsevier, Amsterdam, NL. 2016.

7. Tolley HD, Barnes J, **Freeman MD**. Survival Analysis. Chapter 10, in Forensic Epidemiology; Principles and Practice. Freeman M, Zeegers M, Eds. Elsevier, Amsterdam, NL. 2016.

8. Faure M, Visscher L, Zeegers M, **Freeman MD**. The Role of the Expert Witness. Chapter 5, in Forensic Epidemiology; Principles and Practice. Freeman M, Zeegers M, Eds. Elsevier, Amsterdam, NL. 2016.

9. Zeegers M, Bours M, **Freeman MD**. Methods used in Forensic Epidemiologic Analysis. Chapter 3, in Forensic Epidemiology; Principles and Practice. Freeman M, Zeegers M, Eds. Elsevier, Amsterdam, NL. 2016.

10. **Freeman MD**, Haneline M. Unintentional and Inte ntional Injuries. Chapter 7, in An Introduction to Public Health in Chiropractic, Jones & Bartlett.

11. **Freeman MD**, Centeno CJ, Kornel E. Acute cervical spine trauma. British Medical Journal, *BMJ in Practice.* Available online at: https://online.epocrates.com/noFrame/showPage.do?method=diseases&MonographId=944

12. Hunter OK, **Freeman MD**. Cervical Sprain and Strain. eMedicine from WebMD. Updated July 15, 2009. Available at: http://emedicine.medscape.com/article/306176-overview.

13. **Freeman MD**. Forensic considerations in the mild traumatic brain injury case. In: Mild Traumatic Brain Injury; Onset, Consequences, & Outcomes Eds. O'Shanick G, Varney N. Springer (in press)

14. **Freeman MD**. The epidemiologist as forensic scientist pp 178-9. In: Principles and Practice of Epidemiology: An Engaged Approach, Rossignol AM. McGraw-Hill, NY, NY 2007

15. **Freeman MD**, Nordoff LS. Crash Injury Thresholds, (Ch. 14) in Nordhoff LS. Motor vehicle collision injuries: Biomechanics, diagnosis & management. Jones and Bartlett Publishing, Boston MA 2005.

16.  Murphy D, **Freeman MD**. Management of neck pain and related disorders. In <u>Principles of Chiropractic Text,</u> Haldeman S, Editor in Chief. Third Edition, 2004: 969-998.

17.  **Freeman MD**, Croft AC. The Controversy over Late Whiplash: Are Chronic Symptoms after Whiplash Real? in: <u>Whiplash Injuries</u>, Edited by M. Szpalski and R. Gunzburg. Lippencott-Raven. September 1997

**Scientific and Peer-reviewed Conference Proceedings and Abstracts**

1.  **Freeman MD**, Freeman EM. Diagnostic accuracy of unexplained intracranial hemorrhage as an indicator of abusive head trauma, in the context of a coagulopathy *Proceedings of 72th Annual Meeting of the American Academy of Forensic Sciences* 2020 Feb 17-22: Anaheim, CA (submitted).

2.  Rosa S, Baird J, **Freeman MD.** Chiari, CSF flow, and upper cervical misalignment; observations from upright MRI studies. *Chiari, Syringomyelia, and EDS,* June 26-28, 2019, Niagara Falls, NY

3.  Nolet P, Emery P, Kristman E, Zeegers M. **Freeman MD**. Exposure to a motor vehicle collision and the risk of future neck pain: a systematic review and meta-analysis. 19th Annual Scientific Conference of the Canadian Spine Society, February 27 - March 2, 2019, Toronto, CA.

4.  **Freeman MD**, Williams K, Eriksson A. Ballistic analysis of an attempted murder using a porcine model. *Proceedings of 70th Annual Meeting of the American Academy of Forensic Sciences* 2018 Feb 19-23: Seattle, WA. H130.

5.  **Freeman MD**, Freeman EM. A probabilistic analysis of the cause of a traffic death following 2 crashes using national crash data. *Proceedings of 70th Annual Meeting of the American Academy of Forensic Sciences* 2018 Feb 19-23: Seattle, WA. H121.

6.  **Freeman MD,** Lukasevic T, Williams K, Eriksson A. Characteristics of traffic crash related blunt traumatic aortic injury. *Proceedings of 68th Annual Meeting of the American Academy of Forensic Sciences* 2016 Feb 22-26: Las Vegas, NV H61:773-5.

7.  **Freeman MD**. Concussion risk associated with head impact; an analysis of pooled data from helmeted sports. *Proceedings of the 12th Annual Conference of the North American Brain Injury Society* J Head Trauma Rehab 2015;30(3):E72-3.

8.  Franklin F, **Freeman MD.** An analysis of the causal relationship between maternal/ prenatal cocaine use and stillbirth: results of a national hospital database study**.** *Proceedings of 67th Annual Meeting of the American Academy of Forensic Sciences* 2015 Feb 16-21: Orlando, FL H154:975-6.

9.  **Freeman MD**. Biomechanical, Mechanical, and Epidemiologic Characteristics of Low Speed Rear Impact Collisions. *Proceedings of 67th Annual Meeting of the American Academy of Forensic Sciences* 2015 Feb 16-21: Orlando, FL. D11:517-8.

10.  **Freeman MD**, Cahn P. An unusual case of commotio cordis resulting from a side impact airbag deployment. *Proceedings of the AAFS Scientific Session of the World Forensic Festival*, October 12-18, 2014, Seoul, Korea

11.  Williams K, **Freeman MD**, et al. The investigation of a cluster of fentanyl overdose deaths: how the use of epidemiologic surveillance and outbreak methods resulted in the rapid

identification of the source of a public health crisis. *Acad Forensic Pathol* 2014;4(Suppl):S-4.

12. **Freeman MD**. Forensic Applications of Epidemiology in Civil and Criminal Litigation. *9th International Conference on Forensic Inference and Statistics* August 19-22, 2014, Leiden, NL

13. Rubanzana W, **Freeman MD**, Hedt-Gauthier B. Exposure to genocide and risk of suicide in Rwanda: a population-based case-control study. *20th IEA World Congress of Epidemiology.* August 2014, Anchorage, AK.

14. **Freeman MD**, Uhrenholt L. Investigation of a disputed mechanism of diffuse axonal injury following a low speed frontal crash. *Proceedings of 66th Annual Meeting of the American Academy of Forensic Sciences* 2014 Feb 17-22: Seattle (WA). 1984:367-8.

15. **Freeman MD**, Cahn P. Cause of death following opiate overdose; a forensic epidemiologic investigation of comparative risk. *Proceedings of 66th Annual Meeting of the American Academy of Forensic Sciences* 2014 Feb 17-22: Seattle (WA). 1984:396.

16. Rubanzana W, **Freeman MD**, Hedt-Gauthier B. Risk factors for homicide victimization in Rwanda, post Genocide: A forensic epidemiological investigation. *Proceedings of 66th Annual Meeting of the American Academy of Forensic Sciences* 2014 Feb 17-22: Seattle (WA). 1984:564-5.

17. Colville-Ebeling B, **Freeman MD**. An Evaluation of the Discriminatory Power of Clinical Diagnostic Findings of Abusive Head Trauma in U.S. Hospitals. *Proceedings of 66th Annual Meeting of the American Academy of Forensic Sciences* 2014 Feb 17-22: Seattle (WA). 1984:346-7.

18. Hatten B, **Freeman MD**, Horowitz Z. Coral Snake Envenomations 2001-2011: Antivenin Use and Outcomes. Proceedings of the Society for Academic Emergency Medicine. 2013, Annual Meeting in Atlanta, Georgia, May 14-18, 2013.

19. Rubanzana W, **Freeman MD**. Exposure to effects of genocide as a risk factor for intentional death in Rwanda: a forensic epidemiological investigation. *Scand J Forens Med* 2012;18(1):117.

20. **Freeman MD**, Dobbertin K, Kohles SS, Uhrenholt L, Eriksson A. Serious head and neck injury as a predictor of occupant position in fatal rollover crashes. *Scand J Forens Med* 2012;18(1):34-5.

21. **Freeman MD**, Uhrenholt L. Self-defense or attempted murder? A combined ballistic and traffic crash reconstruction of a Texas shooting. *Scand J Forens Med* (2012;18(1):51.

22. **Freeman MD**. Applied forensic epidemiology: the evaluation of individual causation in wrongful death cases using relative risk. *Scand J Forens Med* (2012;18(1):25.

23. Uhrenholt L, Webb A, Pedersen M, Christensen HW, **Freeman MD**. Does whiplash trauma result in somatic injury. *Scand J Forens Med* (2012;18(1):121

24. **Freeman M**, Uhrenholt L. Rollover collisions; the effect of restraint use on skull vault fractures. 2011. Poster session presented at Årsmøde i Dansk Selskab for Retsmedicin og Dansk Selskab for Ulykkes- og Skadeforebyggelse [The Danish Traffic Medicine Society of the Danish Society for Forensic Medicine] November 3-5, 2011] Grenå, Denmark.

25. Uhrenholt L, **Freeman M**, Jurik AG, Jensen LL, Gregersen MEG, Boel LWT et al. Evidence of somatic injury in rear-impact collisions - esophagus injuries. 2011. Poster session presented at Årsmøde i Dansk Selskab for Retsmedicin og Dansk Selskab for Ulykkes- og Skadeforebyggelse [The Danish Traffic Medicine Society of the Danish Society for Forensic Medicine] November 3-5, 2011] Grenå, Denmark.

26. Uhrenholt L, **Freeman M**. How microscopy can explain traffic crash-related cervical spine injury. 2011. Poster session presented at Årsmøde i Dansk Selskab for Retsmedicin og Dansk Selskab for Ulykkes- og Skadeforebyggelse [The Danish Traffic Medicine Society of the Danish Society for Forensic Medicine] November 3-5, 2011] Grenå, Denmark.

27. Nystrom NA, **Freeman MD**. "Trigger Point" Surgery for Soft Tissue Pain in Chronic Whiplash Syndrome. *J Rehab Medicine* 2011;Suppl 50:27.

28. **Freeman MD**, Kohles SS. Scientific and Legal Criteria for Evaluating Injury Causation Following Whiplash Trauma. *J Rehab Medicine* 2011;Suppl 50:20.

29. Rosa S, **Freeman MD**, Harshfield D. Restoration of Normal Cerebrospinal Fluid Flow in 2 Cases of Confirmed Cerebellar Tonsillar Ectopia with Long-Term Headaches, Following Use of The Atlas Orthogonal Instrumented Manipulation Technique. *J Rehab Medicine* 2011;Suppl 50:14.

30. **Freeman MD**, Centeno CJ. "Whiplash-Associated Disorders [WAD]" – the persisting lexicon of a failed venture. *J Rehab Medicine* 2011;Suppl 50:6-7

31. Kohles SS, **Freeman MD**. Mathematical Models Characterizing the Probability of Trigger Event, Ambient-Risk, and Coincidental Influences on Inductive and Abductive Conclusions of Specific Causation. *Annals of Epidemiology* 2010;20(9):713-4.

32. Centeno MD, **Freeman MD**, Schultz J, Cheever M, Faulkner S, Hanson R, Kohles S. Clinical Percutaneous Implantation of Autologous, Culture-Expanded MSCs into Peripheral Joints. *Orthopedic Research Society*, 2011 Annual Meeting in Long Beach, California, January 13-16.

33. Nystrom A, **Freeman MD**. Central sensitization is a reversible response to focal soft-tissue neck pain in chronic whiplash. *2010 American Academy of Orthopedic Surgeons Annual Meeting* March 9-13, 2010, New Orleans, LA.

34. **Freeman MD**. The Error Odds method of objectively assessing bioengineering based claims of causation; a Bayesian approach to test validity quantification (Special joint session of Jurisprudence and Engineering Sciences) *Proceedings of 62nd Annual Meeting of the American Academy of Forensic Sciences* Feb 2010, Seattle, Washington.

35. Nystrom A, **Freeman MD**. Central sensitization is an immediately reversible phenomenon in chronic pain after whiplash. A double blind, placebo controlled study. *XXVIII European Society for Regional Anaesthesia Annual Congress* Salzburg, Austria, September 9-12, 2009

36. **Freeman MD**, Rosa S, Harshfield D, Smith F, Bennett RM, Centeno CJ, Kornel E, Nystrom A, Heffez D, Kohles SS. A case-control study of cerebellar tonsillar ectopia and cervical spine trauma. *European Congress of Radiology,* March 4-8, 2010, Vienna, Austria.

37. Uhrenholt L, **Freeman MD**. The Role of Microscopic Post-Mortem Study in Explaining Traffic-Crash Related Neck Injury; A Review. *Proceedings of 62nd Annual Meeting of the American Academy of Forensic Sciences.* Feb 2010, Seattle, Washington.

38. **Freeman MD**, Uhrenholt L, Newgard C. The effect of restraint use on skull vault fractures in rollover crashes. *Proceedings of 62nd Annual Meeting of the American Academy of Forensic Sciences* Feb 2010, Seattle, Washington.

39. **Freeman MD**, Uhrenholt L, Newgard C. Head injuries in lower speed collinear collisions; an analysis of the National Automotive Sampling System database. *Proceedings of 62nd Annual Meeting of the American Academy of Forensic Sciences* Feb 2010, Seattle, Washington.

40. **Freeman MD**, Rosa S, Harshfield D, Smith F, Bennett RM, Centeno CJ, Kornel E, Nystrom A, Heffez D, Kohles SS. A case-control study of cerebellar tonsillar ectopia and cervical spine trauma. *XXI Congress of the International Academy of Legal Medicine* May 2009 Lisbon, Portugal

41. **Freeman MD**. The Error Odds assessment of accuracy for tests in forensic medicine; a simple application of Bayes' Law. *XXI Congress of the International Academy of Legal Medicine* May 2009 Lisbon, Portugal

42. Uhrenholt L, Schumacher B, **Freeman MD**. A cross-sectional study of road traffic fatalities and vehicular homicide investigation practices in Denmark for 2000-2004. *Proceedings of 61st Annual Meeting of the American Academy of Forensic Sciences.* Feb 2009, Denver, Colorado.

43. **Freeman MD**, Centeno CJ. Etiologic and demographic characteristics of traffic crash-related disc injuries. *Spine J* doi:10.1016/j.spinee.2008.06.373.

44. **Freeman MD**. Bayesian analysis of predictive characteristics in suicidal versus homicidal hanging deaths: A case study in forensic epidemiology. *Proceedings of 59th Annual Meeting of the American Academy of Forensic Sciences* February 19-24, 2007, San Antonio, Texas 2007;13:304.

45. **Freeman MD**. Probability and pathological findings in suicide versus homicidal hanging deaths; a case study. *Proceedings of 16th Nordic Conference on Forensic Medicine* June 15-17, 2006, Turku, Finland 2006:15-6.

46. **Freeman MD**. Injury Pattern Analysis as a means of driver determination in a vehicular homicide investigation. *Proceedings of 16th Nordic Conference on Forensic Medicine* Turku, Finland June 15-17 2006:38-9.

47. **Freeman MD**. Injury Pattern Analysis in Fatal Traffic Crash Investigation. *Proceedings of 57th Annual Meeting of American Academy of Forensic Sciences* New Orleans, Louisiana. February 24, 2005.

48. **Freeman MD**, Croft AC, Centeno C. Fatal head injury cases in a rural Oregon county. *Proceedings of the 19th World Congress of the International Traffic Medicine Association* Budapest, Hungary, September 14-17, 2003.

49.   Croft AC, Haneline MT, **Freeman MD**. Differential Occupant Kinematics and Forces Between Frontal and Rear Automobile Impacts at Low Speed: Evidence for a Differential Injury Risk, *International Research Council on the Biomechanics of Impact (IRCOBI)* Munich, Germany September 18-20, 2002:365-6.

50.   Sparr L, **Freeman MD**. The Uses and Abuses of Psychiatric IMEs: An Ethical Dilemma? *American Psychiatric Association Annual Meeting* San Francisco, California May 2003.

51.   Croft AC, Haneline MT, **Freeman MD**. Low speed frontal crashes and low speed rear crashes: is there a differential risk for injury? *Proceedings of the 46th Association for the Advancement of Automotive Medicine (AAAM) Annual Scientific Conference* Tempe, Arizona, September 29-October 2, 2002:79-91.

52.   Croft AC, Lord S, **Freeman MD**. Whiplash Injury: Mechanisms of Injury, Pathophysiology, and Treatment *10th World Congress on Pain, International Association for the Study of Pain* San Diego, August.17-22, 2002:482.

53.   **Freeman MD**, Centeno C, Croft AC, Nicodemus CN: Significant spinal injury resulting from low-level accelerations: a comparison with whiplash. *International Congress on Whiplash-Associated Disorders* Berne, Switzerland, March 9-10, 2001.

54.   Croft AC, Haneline MT, **Freeman MD**. Differential occupant kinematics and head linear acceleration between frontal and rear automobile impacts at low speed: evidence for a differential injury risk. *International Congress on Whiplash-Associated Disorders* Berne, Switzerland, March 9-10, 2001.

55.   Croft AC, Haneline MT, **Freeman MD**. Automobile crash reconstruction in low speed rear impact crashes utilizing a momentum, energy, and restitution (MER) method. *International Congress on Whiplash-Associated Disorders* Berne, Switzerland, March 9-10, 2001.

56.   Centeno C, **Freeman MD**, Croft AC. A comparison of the functional profile of an international cohort of whiplash injured patients and non-patients: an internet study. *International Congress on Whiplash-Associated Disorders* Berne, Switzerland, March 9-10, 2001.

57.   **Freeman MD**, Sapir D, Boutselis A, Gorup J, Tuckman G, Croft AC, Centeno C, Phillips A. Whiplash injury and occult vertebral fracture: a case series of bone SPECT imaging of patients with persisting spine pain following a motor vehicle crash. *Cervical Spine Research Society 29th Annual Meeting* Monterey, CA, Nov 29-Dec 1, 2001.

58.   Johansson BH, **Freeman MD**. The prevalence of symptomatic cervical disc herniation in the Swedish population with asymptomatic degenerative disc disease (a cross-sectional study). *International Congress on Whiplash Associated Disorders* March, 2001. Berne, Switzerland.

59.   **Freeman MD**, Centeno C, Croft AC, Nicodemus C. Significant spinal injuries resulting from low-level accelerations: a case series of roller coaster injuries. *Proceedings of Cervical Spine Research Society 28th Annual Meeting,* November 30-December 2, 2000:110-1.

60.    Croft AC, **Freeman MD**. An evaluation of the neck injury criterion; recommendations for future consideration. *Association for the Advancement of Automotive Medicine*, San Antonio, TX October, 2000.

61.    **Freeman MD**, Croft AC, Rossignol AM. The prevalence of whiplash-associated chronic cervical pain among a random sample of patients with chronic spine pain. *Proceedings of 27th Annual Cervical Spine Research Society Annual Meeting*. Seattle, WA December 13-15, 1999.

62.    **Freeman MD**, Croft AC, Rossignol AM. Late whiplash risk factor analysis of a random sample of patients with chronic spine pain. *World Whiplash Associated Disorders Congress*, February 8-10, 1999, Vancouver, British Columbia

**Scientific Commentary/Editorials/Letters**

1.     Nystrom NA, **Freeman MD**. Authors' Response. *Pain Med* 2018;19(4):816-7.

2.     Uhrenholt L, Webb A, **Freeman MD**. Letter to the Editor regarding "Do X-ray-occult fractures play a role in chronic pain following a whiplash injury?" *Eur Spine J* DOI 10.1007/s00586-014-3362-3.

3.     **Freeman MD**. Clinical Practice Guidelines versus Systematic Reviews; which serves as the best basis for evidence based spine medicine? Invited commentary. *Spine J* 2010 Jun;10(6):512-3.

4.     **Freeman MD**, Centeno CJ, Katz E. MR imaging of whiplash injury in the upper cervical spine; controversy or confounding? *Spine J* 2009 Sep;9(9):789-90. Epub 2009 Jun 17

5.     Centeno CJ, **Freeman M**. Re: Are smooth pursuit eye movements altered in chronic whiplash-associated disorders? A cross-sectional study. *Clin Rehabil* 2008 Apr;22(4):377-8.

6.     Centeno CJ, **Freeman MD**.  Editorial Submission on Kongsted, A., et al., Are smooth pursuit eye movements altered in chronic whiplash associated disorders? A cross-sectional study. *Clin Rehabil* 2007;21(11):1038-49.

7.     **Freeman MD**. Crash Test Dummy? *New Scientist* June 23, 2007:22-3.

8.     **Freeman MD**, Centeno CJ, Merskey H, Teasell R, Rossignol AM. Greater injury leads to more treatment for whiplash: no surprises here. *Arch Int Med* 2006;166(11):1238-9.

9.     Centeno C, **Freeman MD**. Alberta rodeo riders do not develop late whiplash. *J Rheumatol* 2007 Feb;34(2):451-2.

10.    **Freeman MD**, Centeno C. Alar, Transverse and Apical Ligament Strain due to Head-Turned Rear Impact. *Spine* 2006;31(17):2030.

11.    **Freeman MD**. Cervical disc herniation following motor vehicle crash trauma. Invited commentary. *Spine J* 2005 Nov-Dec;5(6):644.

12.    **Freeman MD**, Centeno C. Whiplash and Peer Review *JWRD* 2003;2(2):1-3.

13. **Freeman MD**, Centeno C. Whiplash and Secondary Gain *JWRD* 2003;2(1):1-4.

14. **Freeman MD**, Centeno C. "Placebo" Collisions and Whiplash *JWRD* 2002;1(2):1-8.

15. **Freeman MD**. Biomechanics of minor automobile accidents. *J South Orthop Assoc* 2001 Summer;10(2):95-6.

16. **Freeman MD**. Are demolition derby drivers a valid proxy for the population at risk for whiplash injury? *Arch Neurol* 2001 Apr;58(4):680-1.

17. **Freeman MD**, Rossignol AM. Effect of eliminating compensation for pain and suffering on the outcome of insurance claims. *NEJM* 2000 Oct 12;343 (15):1118-9.

18. **Freeman MD**. Letter to the editor. *Cranio* 1999;17(3):160-1.

19. Croft AC, **Freeman MD**. Commentary on "Pain after whiplash: a prospective controlled inception cohort study." *The Back Letter* 1999;14(4):43-5.

20. **Freeman MD**, Croft AC. Late Whiplash Syndrome, 3rd reply. *Lancet* 1996 Jul 13;348(9020):125.

## SCIENTIFIC PRESENTATIONS

1. Freeman MD. Forensic investigation of unexplained death. University of Business, Technology, and Science (UBT), October 9, 2018: Pristina, Kosovo.

2. Freeman MD. Causation analysis in medical negligence. Radboud Summer School. Radboud Medical Center, August 14, 2018: Nijmegen, Netherlands.

3. Freeman MD. Injury causation analysis. Radboud Summer School. Radboud Medical Center, August 14, 2018: Nijmegen, Netherlands.

4. Freeman MD. Criminal applications of Forensic Epidemiology. Radboud Summer School. Radboud Medical Center, August 14, 2018: Nijmegen, Netherlands.

5. Freeman MD. Introduction to Forensic Epidemiology. Radboud Summer School. Radboud Medical Center, August 13, 2018: Nijmegen, Netherlands.

6. Freeman MD. Ballistic analysis of an attempted murder using a porcine model. *Proceedings of 70th Annual Meeting of the American Academy of Forensic Sciences* 2018 Feb 19-23: Seattle, WA.

7. Freeman MD. Evidence-based practice in Forensic Medicine; Principles of Forensic Epidemiology. Radboud Medical Center, October 9, 2017: Nijmegen, Netherlands.

8. Freeman MD. Incidence and risk factors for neonatal falls US Hospitals, 2003-2012. *Health Science Research,* Doernbecher Childrens' Hospital, Oregon Health & Science University, March 13, 2017, Portland, Oregon.

9. Freeman MD. Incidence and risk factors for neonatal falls US Hospitals, 2003-2012. *Research in Progress,* Department of Internal Medicine, Oregon Health & Science

University School of Medicine, January 31, 2017, Portland, Oregon.

10.  Freeman MD. Evidence-based practice in Forensic Medicine. Invited presentation to the Dutch National Forensic Institute (NFI). December 6, 2016 Maastricht University, Maastricht, Netherlands.

11.  Freeman MD. Forensic Epidemiology: Principals & Practice Part 2: Investigation of specific causation. Gran Sesión de Epidemiología Forense. November 18, 2016 Universidad Libre, Cali, Colombia.

12.  Freeman MD. Forensic Epidemiology: Principals & Practice Part 1: Investigation of specific causation. Gran Sesión de Epidemiología Forense. November 18, 2016 Universidad Libre, Cali, Colombia.

13.  Freeman MD. Fatal crash investigation. World Reconstruction Exposition (WREX 2016). May 2-6, 2016. Orlando, Florida.

14.  Freeman MD. Trends in police use-of-force related hospitalizations; an analysis of Nationwide Inpatient Sample data for 1998-2012. *Research in Progress,* Department of Internal Medicine, Oregon Health & Science University School of Medicine, November 10, 2015, Portland, Oregon.

15.  Freeman MD. Concussion risk associated with head impact; an analysis of pooled data from helmeted sports. *12th Annual Conference of the North American Brain Injury Society*, April 29-May 1, 2015 San Antonio, Texas

16.  Freeman MD. The role of risk in assessing cause in forensic investigation of injury and death. *American Medical Response biennial EMS training.* April 17, 2015, Mt. Hood, Oregon.

17.  Freeman MD. Development of a pediatric fatal head trauma registry. *Research in Progress,* Department of Internal Medicine, Oregon Health & Science University School of Medicine, April 7, 2015, Portland, Oregon.

18.  Freeman MD. Fatal crash investigation: methods and case presentations. Washington County CART Team training lecture. Tualatin Police Department, Tualatin, Oregon. March 4, 2015.

19.  Freeman MD. An analysis of the causal relationship between maternal/ prenatal cocaine use and stillbirth: results of a national hospital database study. *67th Annual Meeting of the American Academy of Forensic Sciences* 2015 Feb 16-21: Orlando, FL

20.  Freeman MD. Biomechanical, Mechanical, and Epidemiologic Characteristics of Low Speed Rear Impact Collisions. *67th Annual Meeting of the American Academy of Forensic Sciences* 2015 Feb 16-21: Orlando, FL.

21.  Freeman MD. Sexual abuse in the Boy Scouts: a preliminary analysis of Boy Scout ineligible volunteer files from 1945 to 2004. *Research in Progress,* Department of Sociology, Portland State University. December 18, 2014.

22.  Freeman MD. Understanding chronic pain after whiplash trauma. *Lund University Hospital, Department of Rehabilitation Medicine.* December 11, 2014, Lund, Sweden.

23.  Freeman MD. Forensic Applications of Epidemiology in Criminal and Civil Settings. *Richard Doll Building, Nuffield College, Oxford University.* December 10, 2014, Oxford, UK.

24.     Freeman MD. The Efficacy of tPA in Preventing Long Term Poor Outcome After Ischemic Stroke: A Reanalysis of NINDS Data. *Research in Progress,* Department of Internal Medicine, Oregon Health & Science University School of Medicine, November 25, 2014, Portland, Oregon.

25.     Freeman MD. Forensic Epidemiology and Bioterrorism. Full day course for public health and law enforcement. A joint training for public health, law enforcement, and emergency services. Sponsored by Charles County Department of Public Health and funded through a grant from the Centers for Disease Control and Prevention, Public Health Preparedness Cooperative Agreement. College of Southern Maryland. June 10, 2014. Waldorf, Maryland.

26.     Freeman MD. Maternal cocaine exposure and still-birth risk. *Research in Progress,* Department of Internal Medicine, Oregon Health & Science University School of Medicine, May 20, 2014, Portland, Oregon.

27.     Freeman MD. Forensic Applications of Epidemiology in Civil and Criminal Litigation. *9th International Conference on Forensic Inference and Statistics* August 19-22, 2014

28.     Freeman MD. Investigation of a disputed mechanism of diffuse axonal injury following a low speed frontal crash. *65th Annual Meeting of the American Academy of Forensic Sciences,* Feb 21, 2014, Seattle, Washington.

29.     Freeman MD. Public defense of dissertation for Doctor of Medicine degree, "The role of forensic epidemiology in evidence based forensic medical practice." *Section of Forensic Medicine, Department of Community Medicine and Rehabilitation, Faculty of Medicine, Umeå University.* November 6, 2013, Umeå, Sweden.

30.     Freeman MD. Case studies in applied forensic epidemiology. Invited lecture, *University of Maastricht, Department of Complex Genetics and Epidemiology,* Maastricht, The Netherlands. October 31, 2013.

31.     Freeman MD. The relationship between Chiari malformation, trauma, and chronic pain. *Karolinska Institute,* September 27, 2012, Stockholm, Sweden.

32.     Freeman MD. Serious head and neck injury as a predictor of occupant position in fatal rollover crashes. *18th Nordic Conference on Forensic Medicine,* June 13-16, 2012 Aarhus Denmark.

33.     Freeman M. Self-defense or attempted murder? A combined ballistic and traffic crash reconstruction of a Texas shooting. *18th Nordic Conference on Forensic Medicine,* June 13-16, 2012 Aarhus Denmark.

34.     Freeman MD. Applied forensic epidemiology: the evaluation of individual causation in wrongful death cases using relative risk. *18th Nordic Conference on Forensic Medicine,* June 13-16, 2012 Aarhus Denmark.

35.     Freeman MD. Forensic Epidemiologic Investigation of Traffic Crash-Related Homicide. *Årsmøde i Dansk Selskab for Retsmedicin og Dansk Selskab for Ulykkes- og Skadeforebyggelse* [The Danish Traffic Medicine Society of the Danish Society for Forensic Medicine] November 3-5, 2011] Grenå, Denmark.

36.     Freeman MD. Traffic Crash Injuries 1960 to the present; how far we've come. Keynote address, *Årsmøde i Dansk Selskab for Retsmedicin og Dansk Selskab for Ulykkes- og*

*Skadeforebyggelse* [The Danish Traffic Medicine Society of the Danish Society for Forensic Medicine] November 3-5, 2011] Grenå, Denmark.

37.   Freeman MD. Is there a place for forensic biomechanics in evaluation of Probability of Causation? *8th International Conference on Forensic Inference and Statistics (ICFIS),* July 19-21, 2011; University of Washington, Seattle, Washington.

38.   Freeman MD. Case studies in forensic epidemiology. *8th International Conference on Forensic Inference and Statistics (ICFIS),* July 19-21, 2011; University of Washington, Seattle, Washington.

39.   Freeman MD. The Error Odds method of objectively assessing bioengineering based claims of causation; a Bayesian approach to test validity quantification. Invited lecture; joint session of Jurisprudence and Engineering Sciences. *62nd Annual Meeting of the American Academy of Forensic Sciences* Feb 25, 2010, Seattle, Washington.

40.   Freeman MD, Uhrenholt L, Newgard C. The effect of restraint use on skull vault fractures in rollover crashes. Engineering Sciences section, *62nd Annual Meeting of the American Academy of Forensic Sciences* Feb 26, 2010 Seattle, Washington.

41.   Freeman MD, Uhrenholt L, Newgard C. Head injuries in lower speed collinear collisions; an analysis of the National Automotive Sampling System database. Engineering Sciences section, *62nd Annual Meeting of the American Academy of Forensic Sciences* Feb 26, 2010 Seattle, Washington.

42.   Freeman MD. The Error Odds assessment of accuracy for tests in forensic medicine; a simple application of Bayes' Law. Invited presentation; *XXI Congress of the International Academy of Legal Medicine* May 2009, Lisbon, Portugal

43.   Freeman MD. Forensic Epidemiology and Traumatic Brain Injury. Invited presentation; *VII World Congress on Brain Injury, International Brain Injury Association* April 2008 Lisbon, Portugal.

44.   Freeman MD, Hand M. Bayesian analysis of predictive characteristics in suicidal versus homicidal hanging deaths: A case study in forensic epidemiology. *59th Annual Meeting of the American Academy of Forensic Sciences* February 19-24, 2007, San Antonio, Texas.

45.   Freeman MD. Probability and pathologic findings in suicidal versus homicidal hanging deaths; a case study *16th Nordic Conference on Forensic Medicine* June 15, 2006, Turku, Finland.

46.   Freeman MD. Injury Pattern Analysis as a means of driver determination in a vehicular homicide investigation *16th Nordic Conference on Forensic Medicine* June 16, 2006, Turku, Finland.

47.   Freeman MD. Probability and pathologic findings in suicidal versus homicidal hangings; a case study. Grand Rounds *Institute of Forensic Medicine, Aarhus University, Aarhus, Denmark.* October 27, 2005.

24

48.   Freeman MD. Road Traffic Crashes- mechanisms, injuries and analysis. Invited lecture (Keynote address) *Danish Society for Automotive Medicine* Aarhus, Denmark. October 27, 2005.

49.   Freeman MD. The Defense Medical Evaluation: Issues, Ethics and Pitfalls. *2nd Annual International Whiplash Trauma Congress* Breckenridge, Colorado. February 26, 2005.

50.   Freeman MD. Injury Pattern Analysis in Fatal Traffic Crash Investigation *American Academy of Forensic Sciences' 57th Annual Meeting* New Orleans, Louisiana. February 24, 2005.

51.   Freeman MD. Independent Medical Evaluations and secondary gain. Grand Rounds, *Department of Psychiatry, Oregon Health & Science University School of Medicine* November 2, 2004.

52.   Freeman MD. The epidemiology of crash-related trauma. Invited lecture. Grand Rounds *Peace Health Hospital* Longview, Washington. March 30, 2004.

53.   Freeman MD. Injury pattern analysis: the practical application to the investigation of crash related death. Grand Rounds Department of Pathology, *Oregon Health Sciences University* Portland, Oregon. January 21, 2004.

54.   Freeman MD. Literature critique, Whiplash Updates. Invited lecture. *British Columbia Chiropractic Association* Vancouver, British Columbia, Canada. October 23, 2003.

55.   Freeman MD. Catastrophic crash cases and probability. Invited lecture. *Paris American Legal Institute* Florence, Italy. September 22, 2003.

56.   Freeman MD. Injury pattern analysis as a means of driver identification in a vehicular homicide; a case study. *International Traffic Medicine Association Annual Meeting.* Budapest, Hungary. September 17, 2003.

57.   Freeman MD. Fatal head injury crashes in a rural Oregon county, 1990-1999. *International Traffic Medicine Association Annual Meeting.* Budapest, Hungary. September 16, 2003.

58.   Freeman MD. Crash reconstruction and forensic science. Invited lecture. *CRASH 2003* Spine Research Institute of San Diego. San Diego, California. August 22, 2003.

59.   Freeman MD, Sparr L. The uses and abuses of psychiatric IMEs: an ethical dilemma. *American Psychiatric Association Annual Meeting.* San Francisco, California. May 21, 2003.

60.   Freeman MD. Crash-related trauma. Invited lecture. THRI Neuroscience meeting. *Texas Back Institute* St. Mary's Hospital. Plano, Texas. February 28, 2003.

61.   Freeman MD. Whiplash injury and occult spinal fracture. *International Association for the Study of Pain* 10th World Congress on pain. San Diego, California. August 20, 2002.

62.     Freeman MD. Crash Reconstruction and forensic science. *CRASH 2002* Spine Research Institute of San Diego. San Diego, California. August 8, 2002.

63.     Freeman MD. Epidemiologic and medical aspects of whiplash injury. *Swedish Orthopedic Society* Stockholm, Sweden. May 17, 2002.

64.     Freeman MD. Epidemiologic considerations of whiplash injuries. Invited lecture. *European Chiropractic Union Annual Congress* Oslo, Norway. May 9, 2002.

65.     Freeman MD. The role of cervical manipulation in neck pain. Invited lecture. *Cervical Spine Research Society 29th Annual Meeting* Instructional Course, Monterey, CA, Nov 29-Dec 1, 2001

66.     Freeman MD. Whiplash injury and occult vertebral fracture: a case series of bone SPECT imaging of patients with persisting spine pain following a motor vehicle crash. *Cervical Spine Research Society 29th Annual Meeting* Monterey, CA, Nov 29-Dec 1, 2001

67.     Freeman MD. Interpreting the medical literature with a focus on bias and confounding/Minimal Damage Crash Reconstruction. Invited lecture. *CRASH 2001* Spine Research Institute of San Diego. San Diego, CA. August 2001.

68.     Freeman MD. Injury Pattern Analysis and Forensic Trauma Epidemiology in vehicular homicide investigation. *Washington State Patrol* Lacy, WA, June 20, 2001

69.     Freeman MD. Case studies in multidisciplinary spine care. *Chiropractic Association of Oregon* Portland OR, April 28, 2001

70.     Freeman MD. Injury Pattern Analysis and Forensic Trauma Epidemiology in vehicular homicide investigation. *Washington State Patrol* Vancouver, WA, February 13, 2001

71.     Freeman MD. The role of cervical manipulation in neck pain. Invited lecture. *Cervical Spine Research Society 28th Annual Meeting* Instructional Course. Charleston, South Carolina, December 1, 2000

72.     Freeman MD. Significant spinal injuries resulting from low-level accelerations: a case series of roller coaster injuries. *Cervical Spine Research Society 28th Annual Meeting* Charleston, South Carolina, December 1, 2000

73.     Freeman MD. Injury Pattern Analysis and Forensic Trauma Epidemiology in vehicular homicide investigation. *Medical Examiner Division, Oregon State Police*. Salem, OR. November 28, 2000

74.     Freeman MD. Minimal damage motor vehicle crash reconstruction. Invited lecture. Spine Research Institute of San Diego. *CRASH 2000* Spine Research Institute of San Diego. San Diego CA.  August 11-13, 2000

75.     Freeman MD. Analysis of the whiplash literature with emphasis on research out of Quebec and Saskatchewan. *Saskatchewan Medical Group and Coalition Against No-Fault*. Saskatoon, Saskatchewan. September 2000.

76.    Freeman MD. Forensic applications of crash reconstruction. Invited lecture. *CRASH 2000* Spine Research Institute of San Diego.. San Diego, CA. August 11, 2000.

77.    Freeman MD. Injury Pattern Analysis and Forensic Trauma Epidemiology; practical application in the forensic setting. Washington County CART Team training lecture, on behalf of *Medical Examiner Division, Oregon State Police.* Lake Oswego, Oregon. July 13, 2000.

78.    Freeman MD. The epidemiology of acute and chronic whiplash injury in the U.S. Invited lecture. *HWS-Distorsion (Schleudetrauma) & Leichte Traumatische, Hirnverletzung. Invaliditat und Berufliche Reintegration.* Basel, Switzerland. June 29-30, 2000.

79.    Freeman MD. Whiplash injury risk factors. Invited lecture. *Whiplash 2000.* Bath, England. May 18, 2000.

80.    Freeman MD. How many whiplash injuries could there be? Invited lecture. *Whiplash 2000* Bath, England. May 17, 2000.

81.    Freeman MD. Whiplash injury and occupant kinematics; the results of human volunteer crash testing. Invited lecture. *Society for Road Traffic Injuries (LFT).* Oslo, Norway. April 3, 2000.

82.    Freeman MD. Epidemiology of Whiplash Injuries. Invited lecture. *Swedish Orthopedic Society* Stockholm, Sweden. March 31, 2000.

83.    Freeman MD. Methodologic pitfalls in epidemiological and clinical research, with examples from whiplash research. Invited lecture. *Arvetsinstitut (Institute for Musculoskeletal Medicine Research) Umeå University,* Umeå, Sweden. March 30, 2000.

84.    Freeman MD. The prevalence of whiplash-associated chronic cervical pain among a random sample of patients with chronic spine pain. *Cervical Spine Research Society 27th Annual Meeting* Seattle, WA December 13-15, 1999.

85.    Freeman MD. High speed videography of occupant movement during human volunteer crash testing; searching for an injury threshold. *North American Whiplash Trauma Congress* November 12, 1999.

86.    Freeman MD. Scientific Chair Address. *North American Whiplash Trauma Congress* November 12, 1999.

87.    The science of whiplash injuries: common mistakes in the reconstruction of low speed crashes. Invited lecture. *Forensic Accident Reconstructionists of Oregon* Eugene, Oregon, April 1, 1999.

88.    Freeman MD. Late whiplash risk factor analysis of a random sample of patients with chronic spine pain. *Whiplash Associated Disorders World Congress* Vancouver, B.C. February 9, 1999.

89.   Freeman MD. The epidemiology of whiplash injuries; critiquing the literature. Grand rounds, *Department of Public Health and Preventive Medicine, Oregon Health Sciences University* Portland, Oregon. December 17, 1998.

90.   Freeman MD. The scientific appraisal of motor vehicle crash-related injuries. Invited lecture. *Managing the Cost of Auto Injuries.* Orlando, FL. December 8, 1998.

91.   Freeman MD. Risk factors for chronic pain following acute whiplash injury. Invited lecture. *Managing the Cost of Auto Injuries* Orlando, FL. December 7, 1998.

92.   Freeman MD. The epidemiology of whiplash injuries. Current Issues in Public Health, *Department of Public Health and Preventive Medicine, Oregon Health Sciences University* Portland, Oregon. October 7, 1998

93.   Freeman MD. The epidemiology of whiplash - is there a reliable threshold for whiplash injury? Invited lecture. *HWS-Distortion (Schleudetrauma) & Leichte Traumatische Medico-Legal Congress.* Basel, Switzerland, June 26, 1998.

94.   Freeman MD. The Epidemiology of Late Whiplash. Invited lecture. *HWS-Distortion (Schleudetrauma) & Leichte Traumatische Medico-Legal Congress.* Basel, Switzerland, June 25, 1998.

95.   Freeman MD. Methodologic error in the whiplash literature. Invited lecture. *Whiplash '96* Brussels, Belgium, November 15-16, 1996

96.   Freeman MD. Conservative therapy for spinal disorders *St. Francis Hospital*, San Francisco, CA. September 1994

97.   Freeman MD. The history of chiropractic. Invited lecture. *White Plains Hospital*, White Plains, NY. December 1993

**2015-2019 RULE 26 DISCLOSURE**
**MICHAEL D. FREEMAN, MedDr PhD**

Updated June 2019


**2015**

January 12, 2015: Deposition via phone at 425 NW 10th Avenue, Ste 306, Portland, Oregon 97209. Attorney: Lechner, Albert. Case: Short, Kathleen v Lenhart, Catherine. Case # 2011-CA-53238. In the Circuit Court, Eighteenth Judicial Circuit, In and for Brevard County, Florida.

January 13, 2015: Deposition via Video Conference in Salem, Oregon.  Attorney: Carter, Nathan. Case: McCallion, Robert v Janowitz, Eric DC. Case # 2012-CA-003028. In the Circuit Court of the Eighteenth Judicial Circuit, in and for Seminole County, Florida.

January 16, 2015: Deposition at 425 NW 10th Avenue, Ste 306, Portland, Oregon 97209.  Attorney: Girards, James. Case: Mendez, Elijah v Llamas-Soforo, Jorge MD. Case # 2009-4649. In the County Court at Law No. 6, El Paso County, Texas.

January 23, 2015: Deposition in Los Angeles, California. Attorney: Rosenberg, John. Case: Timm, Curt v Amica Mutual Insurance Company. Case # 60000614081. No court information provided in deposition notice.

January 28, 2015: Testimony at hearing in Hartford, Connecticutt. Attorney: Bernard,Christopher. Case: Heath, Frank v Day Kimball Hospital. Case # HHD-CV-11-6026678-S. In the Superior Court, J.D. of Hartford, Connecticutt.

January 29, 2015: Deposition at 425 NW 10th Avenue, Ste 306, Portland, Oregon 97209.  Attorney: Shapiro, Richard. Case: Stern, Kathleen v D'Souza, Sean MD. Case # CV2013-002850.  In the Superior Court of the State of Arizona, in and for the County of Maricopa.

January 30, 2015: Trial testimony in Reno, Nevada. Attorney: Brenes, Troy. Case: Phillips, Kevin v C.R. Bard. Case # 3:12-cv-00344-RCJ-WGC. In the United States District Court, Northern District of Nevada.

February 2, 2015: Deposition at 425 NW 10th Avenue, Ste 306, Portland, Oregon 97209.  Attorney: Patacca, Angelo. Case: Roberts, Margaret v St. Vincent's Medical Center. Case # 2011-CA-007017.

February 3, 2015: Testimony via Skype in Salem, Oregon. Attorney: Eiffert, Crystal. Case: Wellness Chiropractic Care Center v First Acceptance Insurance. Case # 2010-CC-016776-0. In the County Court of the Ninth Judicial Circuit, in and for Orange County, Florida.

February 3, 2015: Deposition via Skype in Salem, Oregon. Attorney: Recksiedler, Jason. Case: Cronk, Logan v Chavanne, Monel. Case # 2013-CA-013076-0. In the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida.

February 4, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon. 97209. Attorney: Borg, Scott. Case: Sanders, Jessica v Pruett, Margery. Case # D-506-CV-2013-00501. In the State of New Mexico, County of Lea, Fifth Judicial District.

February 4, 2015: Deposition via phone at 425 NW 10th Avenue, Ste 306, Portland, Oregon 97209.  Attorney: Friedman, Ken. Case: Hausman, James v Holland America Line. Case # 13-00937. In the United States District Court, Western District of Washington at Seattle.

February 5, 2015: Deposition via phone in Salem, Oregon. Attorney: Osborne, Gary. Case: Balcerzak, Karen v Rosiak, Carol. Case # CI 2011 5768. In the Court of Common Pleas, Lucas County, Ohio.

February 6, 2015: Deposition via Video Conference in Salem, Oregon. Attorney: Dolman, Matt. Case: Walker, Shawn v Stone, Charlotte. Case # 11-0073000-CI-021. In the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida.

February 12, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon. 97209. Attorney: Alpizar, David. Case: Foster, Dave v Nagy, Stuart. Case # 05-2011-CA-008585. In the Circuit Court of the Eighteenth Judicial Circuit, in and for Brevard County, Florida.

February 23, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon. 97209. Attorney: Alpizar, David. Case: Wilt, Angeline v Depositors Insurance Company. Case # 6:13-CV-1502-ORL-36KRS.  In the United States District Court, Middle District of Florida.

February 25, 2015: Testimony via Skype in Salem, Oregon. Attorney: Jones, Charles. Case: Simons, Rachel v United States Coast Guard. Case # 10-CV-16488. In the Circuit Court of Milwaukee County, State of Wisconsin.

March 5, 2015: Deposition in Sacramento, California. Attorney: Stralen, John. Case: Weary, Thomas v Martinez, Cynthia Ann. Case # 34-2012-00116630. In the Superior Court of the State of California, in and for the County of Sacramento.

March 10, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon. 97209. Attorney: Ehrenberg, Robert. Case: Lipp, Phillip v Franklin Iron & Metal Company. Case # B-5238. In the Kalamazoo agency of the State of Michigan.

March 10, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon. 97209. Attorney: Barber, Paul. Case: Lee, Marcello v Davita Healthcare. Case # CH-CV-133-13. In the District Court of the Navajo Nation for the Judicial District of Chinle, Arizona.

March 11, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon. 97209. Attorney: Nielsen, Eric. Case: Ikner, Betty v New Line Transport. Case # 2012-61355. In the District Court of Harris County in the State of Texas.

March 17, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon. 97209. Attorney: Smith, Adam. Case: Garcia, Emilia v Awerbach, Andrea. Case # A-11-637772-C. In the District Court, Clark County, State of Nevada.

March 23, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon. 97209. Attorney: Lechner, Albert. Case: Murray, Willie v Terrell, Bennie and Canam Steel Corp. Case # 16-2014-CA-000585. In the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida.

March 31, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon. 97209. Attorney: Cueria, Brent. Case: Plumber, James v Liberty Mutual Insurance. Case # 122115. In the 17th Judicial District Court for the Parish of Lafourche, State of Louisiana.

April 1, 2015: Testimony at Daubert hearing in Detroit, Michigan. Attorney: Thomas, Emily. Case: Lee, Panhia/Lor, Kaiyu v St John Hospital. Case # 12-016190-NH. In the Circuit Court for the County of Wayne, State of Michigan.

April 6, 2015: Deposition via video conference in Salem, Oregon.  Attorney: Bernard, Christopher. Case: Heath, Frank v Day Kimball Hospital. Case # HHD-CV-11-6026678-S. In the Superior Court at Hartford, Connecticutt.

April 9, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon. 97209. Attorney: Parsons, Wayne. Case: Omalza, Kenneth v Straub Clinic and Hospital. Case # 11-1-0724-04 KKS. In the Circuit Court of the First Circuit, State of Hawaii.

April 14, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon. 97209. Attorney: McIntosh, William. Case: Cleggett-Grady, Tasha v Truman Medical Center. Case # 1116-CV31908. In the Circuit Court of Jackson County, Missouri at Kansas City.

April 16, 2015: Continuation Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon, 97209. Attorney: Rhodes, Randall. Case: Doe, John v Boy Scouts. Case # 1116-CV09480. In the Circuit Court of Jackson County, State of Missouri, at Independence.

April 22, 2015: Testimony at trial in El Paso, Texas. Attorney: Girards, James. Case: Quiroz/Cardona v Llamas-Soforo, Jorge MD. (labeled Mendez v Llamas in our office) Case # N/A.  In the District Court, El Paso, Texas, 205th Judicial District.

April 27, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon. 97209. Attorney: Shepard, Kenneth.  Case: Vang, Bao v Tran, Stephen Lee. Case # 34-2012-00136348-CU-PA-GDS. In the Superior Court of the State of California, County of Sacramento-Main Courthouse.

April 28, 2015: Deposition via video conference at 425 NW 10th Avenue, Suite 306, Portland, Oregon. 97209. Attorney: Piering, Robert. Case: Carrillo, Peter v Sheehan, Barbara. Case # 34-2010-00092832. In the Superior Court of California, in and for the County of Sacramento, Unlimited Jurisdiction.

May 4, 2015: Deposition via video conference at 425 NW 10th Avenue, Suite 306, Portland, Oregon. 97209. Attorney: LaCien, Brian. Case: Furst, Ronald v Belron US, Inc. Case # 2010-L-007384. In the Circuit Court of Cook County, Illinois. County Department, Law Division.

May 6, 2015: Continuation Deposition via phone in Salem, Oregon. Attorney: Lechner, Albert. Case: Short, Kathleen v Lenhart, Catherine. Case # 05-2011-CA-53238. In the Circuit Court of the 18th Judicial Circuit, in and for Brevard County, Florida.

May 7, 2015: Deposition via phone in Salem, Oregon. Attorney: McMichael, Alan. Case: Neill, Mary Jane v O'Kennedy, Clara.Case # 2014-CA-002336.  In the Circuit Court for Seminole County, Florida.

May 11, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon. 97209. Attorney: Cueria, Brent. Case: Plumber, James v Liberty Mutual Insurance. Case # 122115. In the 17th Judicial District Court for the Parish of Lafourche, State of Louisiana.

May 12, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney:  Levin, Mick. Case: Etcitty, Tamara v State of Arizona. Case # CV2012-004611. In the Superior Court of the State of Arizona, in and for the County of Maricopa.

May 13, 2015: Deposition via video conference in Salem, Oregon. Attorney: Bradley, Ryan. Case: Knudsen, Michael v Grindstaff, Phillip. Case # 13SL-CC01297. In the Circuit Court of St. Louis County, State of Missouri.

May 13, 2015: Continuation Deposition via phone in Salem, Oregon. Attorney: Rhodes, Randall. Case: Doe, John v Boy Scouts. Case # 1116-CV09480. In the Circuit Court of Jackson County, State of Missouri, at Independence.

May 20, 2105: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney:  Jones, Walter. Case: Rodriguez, Jose v Flippo, Sheran. Case # 50 2014 CA 0006251 XXXX MB (AA). In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida.

May 21, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Greer, Marlo/Thompson, Julia. Case: Larkin, David v HCA-Healthtone, dba Swedish Medical Center. Case # 2013CV35183.

June 5, 2015: Trial in St. Louis, Missouri. Attorney: Cagle, Zane. Case: Hathaway, James & Federici, Betsy v Halley, Michael. Case # 11SL-CC05012. In the Circuit Court of the County of St. Louis, State of Missouri.

June 8,2015: Phone Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Richardson, John. Case: Morales, Gary v Miami Springs Taxi.  Case # 13-028014 (21).  In the Circuit Court of the 17th Judicial Circuit in and for Broward County, State of Florida.

June 22, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Tefteller, Jarom. Case: Henson, Nedra v Academy Sports & Outdoors. Case # 2013-29747. In the District Court of Harris County, 21st Judicial District, State of Texas.

June 24, 2015: Deposition via Video Conference at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Roberts, Gary. Case: O'Brien, Patrick v Coast Orthopedic Center.  Case # 8:07-cv-01895-T-17-MSS. United States District Court, Middle District of Florida, Tampa Division.

June 24, 2015: Deposition via Video Conference at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Lipinski, Jennifer. Case:  Mathers, Robert v Bridgestone America's Tire Operations. Case # 652013CA000392CAAXMX. In the Circuit Court of the Second Judicial Circuit in and for Wakulla County, Florida.

June 29, 2015: Phone Deposition in Salem, Oregon. Attorney: Susser, Gary. Case: Sterrett, Linda v State Farm Insurance. Case # 502011CA015003XXXXMBAJ. In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, Florida.

July 1, 2015: Deposition via Video Conference at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Carden, Kevin. Case: Walker, Jennifer v Gorski, Daniel Warren MD. Case # 13-CA-002750. In the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida, Civil Division.

July 2, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Her, Thomas. Case: Gese, Christopher v Jackson, Jason. Case # 2013CV032052. In the District Court, El Paso County, Colorado.

July 8, 2015: Videotaped Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Roberts, Gary. Case: O'Brien, Patrick v Coast Orthopedic Center.  Case # 8:07-cv-01895-T-17-MSS. United States District Court, Middle District of Florida, Tampa Division.

July 9, 2015: Deposition via Video Conference in Salem, Oregon. Attorney: Yaffa, Greg. Case: Ginnis, Eric Jason v Jackson, Ian. Case # 2014-CA-000974. In the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida.

July 16, 2015: Testimony in criminal case at Multnomah County Courthouse in Portland, Oregon. Attorney: Eklund, Eric. Case: State of Oregon v Dickinson, Ryan. Case # 14-CR-12486. In the Circuit Court of the State of Oregon, for the County of Multnomah.

July 27, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Findling, Anne. Case: Dorosti, Heshmat v Recovery Innovations of Arizona. Case # CV2013-015770. In the Superior Court of Arizona, County of Maricopa.

July 29, 2015: Testimony at Daubert hearing via Skype in Salem, Oregon. Attorney: Hodge, Ray. Case: Barrows, Korrin v James, Michael. Case # 13-CV-2557. In the Eighteenth Judicial District Court, Sedgwick County, Kansas, Civil Department.

July 30, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Gupta, Ray. Case: Guirguis, Mona v Ahmad, Ali. Case # 2012-L-008680. In the Circuit Court of Cook County, Illinois.

July 31, 2015: Videotaped Deposition via Video Conference in Salem, Oregon. Attorney: Roberts, Gary. Case: O'Brien, Patrick v Coast Orthopedic Center.  Case # 8:07-cv-01895-T-17-MSS. United States District Court, Middle District of Florida, Tampa Division.

August 3, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Lechner, Albert. Case: Short, Kathleen v Lenhart, Catherine. Case # 2011-CA-53238. In the Circuit Court, Eighteenth Judicial Circuit, in and for Brevard County, Florida.

August 3, 2015: Deposition via Video Conference at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Roy, Rob. Case: Gonzalez, Lavendia v Turpin, Melton. Case # 14-CA-010164. In the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida.

August 6, 2015: Deposition via Video Conference in Salem, Oregon. Attorney: Arnold, James.  Case: Rekowski, Donna v Shaw, Michelle. Case # 2013-CA-000922-CAAX-ES, Division:Y. In the Circuit Court of the Sixth Judicial Circuit, in and for Pasco County, State of Florida.

September 1, 2015: Deposition via Video Conference in Salem, Oregon. Attorney: Poliakoff, Gary. Case: Barron, Curtis v Werner Enterprises. Case: 7-13-CV-01756-TMC. In the United States District Court for the District of South Carolina, Spartanburg Division.

September 1, 2015: Deposition via Video Conference in Salem, Oregon. Attorney: Cross, Gregory. Case: Isenbarger, Deborah v Graves, Jerod. Case # 68C01-1205-CT-000478. In the Randolph Circuit Court, State of Indiana, Randolph County.

September 8, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Davis, Mark. Case: McQuigg, Gerald v Swistak, Michael MD. Case # 14-2-14815-1 KNT. In the Superior Court of the State of Washington, in and for the County of King.

September 14, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Williams, Allen. Case: Huffman, Susan v Finney, Ricardo. Case # 14-1-0642-03. In the Circuit Court of the First Circuit, State of Hawaii.

September 16, 2015: Trial Testimony in Philadelphia, Pennsylvania. Attorney: Itkin, Jason. Case: Porter,  Robert and Katherine Porter, as parents of Robert T "Bo" Porter. Case # 07093275. In the Court of Common Pleas for Philadelphia County, Pennsylvania.

September 21, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Matthews, Brad. Case: Odom, Patti v Murry, Thomas. Case # 613158. In the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

September 22, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Williams, Allen. Case: Malahoff, Andrew v Kaiser Foundation Hospitals. Case # 14-0094-A. In the Arbitration Tribunals, Dispute Prevention and Resolution, Inc. State of Hawaii.

September 23, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Anderson, Robert. Case: Bibby, Jaimie v The Falls Joint Venture. Case# 2014V-029. In the District Court, 155th Judicial District, Fayette County, Texas.

September 28, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Valentine, Craig. Case: Fresenius Granuflo/Naturalyte Litigation. Case # 1:13-md-2428-DPW. In the United States District Court, for the District of Massachusetts.

September 29, 2015: Videotaped Deposition in Salem, Oregon. Attorney: Williams, Allen. Case: Malahoff, Andrew v Kaiser Foundation Hospitals. Case # 14-0094-A. In the Arbitration Tribunals, Dispute Prevention and Resolution, Inc. State of Hawaii.

October 2, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Martin, Ben. Case: Hampton, Janette v Miskell, Barbara. Case # CC-13-02076-E. In the County Court at Law #5, Dallas County, Texas.

October 5 & 6, 2015: Deposition in Pittsburgh, Pennsylvania. Attorney: Capozzi, Ed. Case: Allen, Nancy v Career Opportunities. Case # MID-L-4969-13. In the Superior Court of New Jersey, Law Division-Middlesex County.

October 7, 2015: Deposition in Pittsburgh, Pennsylvania. Attorney: Hager, Julie. Case: Knight, Calvin v Choice Environmental Services. Case # 14-016225 (05). In the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida.

October 12, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: McMillen, Scott. Case: Arnold, Billy v Southwest EMS, Inc. Case # CV-12-1589-1. In the Circuit Court of Sebastian County, Arkansas, Fort Smith District.

October 12, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Conner, Kevin. Case: Polyefko, Michael v Faigh-Bruno, Anthony. Case # 14-2-21745-5 KNT. In the Superior Court of the State of Washington,  for the County of King.

October 14, 2015: Skype Testimony at arbitration in Salem, Oregon. Attorney: Williams, Allen. Case: Malahoff, Andrew v Kaiser Foundation Hospitals. Case # 14-0094-A. In the Arbitration Tribunals, Dispute Prevention and Resolution, Inc. State of Hawaii.

October 15, 2015: Deposition via Video Conference in Salem, Oregon. Attorney: Lamb, Bryan. Case: Leierer, Brian v Harris Salinas Repair. Case # HG13679708. In the Superior Court of the State of California for the County of Alameda.

October 16, 2015: Deposition via Video Conference in Salem, Oregon. Attorney: Valente, Phil. Case: McPherson, Alan v Integon National Insurance Company. Case# 2013CA012956 DIV AN.

October 16, 2015: Deposition via phone in Salem, Oregon. Attorney: Medina, Omar. Case: Clark, Julcarla v Smallwood, Lisa. Case # 13-000165-CI-15. In the Circuit Court for the Sixth Judicial Circuit in and for Pinellas County, Florida.

October 23, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Holland, Jamie. Case: Siemer, Bruce v Case, Elba Dwane. Case# 16-2012-CA-010210. In the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida.

October 26, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Nissenholtz, Todd. Case: Clary, Dianna v Brake Landscaping. Case # 14SL-CC00425. In the Circuit Court of the County of St. Louis, State of Missouri.

October 27, 2015: Testimony at Daubert hearing via Skype in Salem, Oregon.  Attorney: Holland, Jamie. Case: Siemer, Bruce v Case, Elba Dwane. Case# 16-2012-CA-010210. In the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida.

October 27, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Zimmerman, Richard. Case: Battley, Chad v National Specialty Insurance. Case # 3:13-cv-00447. In the United States District Court, Middle District, State of Louisiana.

October 29, 2015: Trial testimony in Houston, Texas. Attorney: Nielsen, Eric. Case: Murray, Claudia v Houston Shutters. Case # 2013-01954. In the District Court of Harris County, 189th Judicial District, State of Texas.

November 2, 2015: Testimony via phone in Portland, Oregon. Attorney: Lamb, Bryan. Case: Leierer, Brian v Harris Salinas Repair. Case # HG13679708. In the Superior Court of the State of California for the County of Alameda.

November 3, 2015: Testimony at arbitration hearing via Skype in Salem, Oregon. Attorney: Crowley, Tom. Case: Barber, John v Roberts, Joe case. Case # 161418496. In the Lane County Circuit Court, State of Oregon.

November 11, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Iracki, Dan. Case: Roebuck, Raymond v Hale, Heaven Anne. Case # 2014-CA-2481. In the Circuit Court of the 4th Judicial Circuit, in and for Duval County, Florida.

November 11, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Johnson, Roger. Case: Dickson, Kevin v Mercy Clinic Springfield. Case # 1531-CC00020. In the Circuit Court of Greene County, Missouri.

November 17, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Martin, Ben. Case: Moore, Jacoby v Ortho-McNeil-Janssen Pharmaceuticals. Case # 196444. In the District Court, Jefferson County, 58th Judicial District, Texas.

November 18, 2015: Deposition via Video Conference in Salem, Oregon. Attorney: Taylor, Keith. Case: Troy, John v Stalker, Peggy-Sue. Case # 2013-CA-1486. In the Circuit Court of the Fifth Judicial Circuit, in and for Citrus County, Florida, Civil Division.

November 23, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Larsen, Reed. Case: Madera, Jesus v Grand 4-D Farms. Case # 2013-017843. Before the Industrial Commission of the State of Idaho.

November 24, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Baldwin, Kila. Case: Schock, Lauren v USPLabs. Case # 13-cv-4101. In the United States District Court for the Eastern District of Pennsylvania.

December 1, 2015: Testimony at evidentiary hearing via phone in Salem, Oregon.  Attorney: Fernandez, Frank. Case: Holmes, Nicola v Martin, Shannon. Case # 12-CA-005264. In the Circuit Court of the Thirteenth Judicial Circuit of the State of Florida, in and for Hillsborough County.

December 1, 2015: Deposition via Video Conference in Salem, Oregon. Attorney: Kesler, David. Case: Schwartz, Jenny v Boger, Lawrence. Case # 2012-14995-CI-13. In the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida.

December 4, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Nielsen, Eric. Case: Loyd, Alfred v Baker, Russell and McRay Crane and Rigging. Case # 2014-22882. In the District Court of Harris County, Texas.

December 10, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Guelli, Sam. Case: Faurot, Gretchen v Bennett Motor Express. Case # CACE-14-009934. In the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida.

December 10, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Carpenter, John. Case: Hyoung, Jenny v Target Corporation. Case # NC058059. In the Superior Court of the State of California, County of Los Angeles.

December 11, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney:  Gold, Paul.  Case: Spidle, Megan v Pentair Water Pool and Spa. Case # 4:15-CV-361. In the United States District Court for the Southern District of Texas, Houston Division.

December 11, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Gabiola, Javier. Case: Nield, Judy v Pocatello Health Services. Case # CV  09 3869 PI. In the District Court of the Sixth Judicial District of the State of Idaho, in and for the County of Bannock.

December 15, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Martin, Ben. Case: Byrd, Shaquil v Janssen Pharmaceuticals. Case # 14-CV-00820-GTS-DJS. In the United States District Court, Northern District of New York.

December 17, 2015: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Nastri, Kathleen. Case: Blevio, Sinead v Shaw's Supermarkets, Inc. Case # 3:14-cv-00171. In the United States District Court for the District of Massachusetts.

December 18, 2015: Phone Testimony in Salem, Oregon for hearing. Attorney: Whalen, Reeves. Case: Conklin, Kelly v Raya, Sergio and Metro Mix, LLC. Case # 2015CV30397. In the District Court, County of Denver, State of Colorado.

## 2016

January 4, 2016: Deposition via video conference in Salem, Oregon. Attorney: Carpenter, John. Case: Hyoung, Jenny v Target Corporation. Case # NCO58059. In the Superior Court of the State of California, County of Los Angeles-South Judicial District.

January 6, 2016: Continuation deposition via video conference in Salem, Oregon. Attorney: Carpenter, John. Case: Hyoung, Jenny v Target Corporation. Case # NCO58059. In the Superior Court of the State of California, County of Los Angeles-South Judicial District.

January 7, 2016: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Kuvin, Spencer. Case: Juman, Damian v Fumero, Rolando. Case # 2014 CA011333 XXXX MB AD. In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida.

January 7, 2016: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Nelson, Michael. Case: Watson, Martin v Life Insurance Company of North America.  Case # 2:15-cv-00271-MJP. In the United States District Court, Western District of Washington at Seattle.

January 11, 2016: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Pierce, Michael. Case: Wisswell, Billie v All-Ways Group. Case # 2014CVT002719D1. In the District Court, 49th Judicial District, Webb County, Texas.

January 12, 2016: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Vickery, Andy. Case: Davenport, Jeanne v Menard. Case # 2:14-CV-00222-KHR. In the United States District Court for the District of Wyoming.

January 14, 2016: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Grant, Wayne. Case: Cox, Gina Leigh v Fatemi, Arezou, MD. Case # 12EV015446C. In the State Court of Fulton County, State of Georgia.

January 22, 2016: Deposition via phone in Salem, Oregon. Attorney: Kessler, David. Case: Schwartz, Jenny v Boger, Lawrence. Case # 2012-14995-CI-13. In the Circuit Court for Pinellas County, Florida.

January 22, 2016: Deposition via Skype in Salem, Oregon. Attorney: Stern, Bruce. Case: Sajjad, Farrah v Potts, Jacquelin. Case # L-002548-13. In the Superior Court of New Jersey, Mercer County, Law Division.

February 1, 2016: Trial testimony in Sacramento, California. Attorney: Stralen, John. Case: Weary, Thomas v Martinez, Cynthia. Case # 34-2012-00116630. In the Superior Court of the State of California, in and ofr the county of Sacramento.

February 2, 2016: Trial testimony in the Bronx, New York. Attorney: Ogen, Eitan. Case: Montas, Lazaro v Abouel-Ela, Sally. Case # 305620/10. In the Supreme Court of the State of New York, County of Bronx.

February 3, 2016: Deposition via phone in Salem, Oregon. Attorney: Traub, Andrew. Case: Tapia, Alicia v Hawkins, Donna. Case # 12-1330-C368. In the District Court, 368th Judicial District of Williamson County. Texas.

February 12, 2016: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Bradley, Todd. Case: Chong, Jeanie v STL International, Inc. Case # 3:14-CV-00244-SI. In the United States District Court, District of Oregon, Department of Portland.

February 12, 2016: Deposition via phone at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Francis, Tony. Case: Desalvo-Johnson, Tara v Houck, Matthew. Case # 2014-CA-000513-O. In the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida.

February 15, 2016: Deposition via video conference and videotaped at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Schultz, Joseph. Case: Thorpe, Jennifer v Fischer, Rebecca. Case # 2013CA010414 AF. In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida.

February 17, 2016: Continuation deposition via video conference in Salem, Oregon. Attorney: Guelli, Sam. Case: Faurot, Gretchen v Bennett Motor Express. Case # CACE-14-009934. In the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida.

February 19, 2016: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Leary, Elinor. Case: B, Joy v S, Andrew. Case # CGC-14-537807. In the Superior Court of the State of California, in and for the County of San Francisco.

March 1, 2016: Testimony via Skype in Salem, Oregon. Attorney: Capozzi, Ed. Case: Allen, Nancy v Career Opportunity. Case # MID-L-4969-13. In the Supreme Court of New Jersey, Law Division: Middlesex County.

March 1, 2016: Deposition via video conference in Salem, Oregon. Attorney: Pyfer, Rick. Case: Mowles, Richard v State Farm Insurance. Case # DDV 2015-31. Montana First Judicial District Court, Lewis & Clark County.

March 11, 2016: Trial testimony in Honolulu, Hawaii. Attorney: Bush, Thomas. Case: Lo, Terri v Gonsalves, Davey. Case # 13-1-1787-06 ECN. In the Circuit Court of the First Circuit, State of Hawaii.

March 14, 2016: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Anderson, Nathan. Case: Benally, Gayla v Dillon Companies. Case # SR-CV-153-2014. In the Circuit Court of the Navajo Nation, Shiprock Judicial District, New Mexico.

March 15, 2016: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Alvarez, Michael. Case: Purdo, Linda v R.J. Reynolds Tobacco. Case # 2007-CA-024173-AN. In the Circuit Court for the Fifteenth Judicial Circuit in and for Palm Beach County, Florida.

March 17, 2016: Deposition via video conference in Salem, Oregon. Attorney: Healy, Robert. Case: Anderson, Jennifer v Schroth, Amy. Case # 13-011396-CI. In the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida.

March 17, 2016: Deposition via video conference in Salem, Oregon. Attorney: Poliakoff, Gary. Case: Barron, Curtis v Werner Enterprises. Case # 7:13-CV-01756-TMC. In the United States District Court for the District of South Carolina, Spartanburg Division.

March 21, 2016: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Priddy, Alton. Case: Lyons, Prenithia v Herman, David. Case # 10C01-1203 CT 39. In the Circuit Court No. 1 for Clark County, State of Indiana.

March 23, 2016: Testimony via Skype in Stockholm, Sweden. Attorney: Bruce, Frederik. Case: Rehnstrom, Johnny v If Skadeforsakring. Case # 751114. District Court, Stockholm, Sweden.

March 24, 2016: Deposition via video conference and videotaped at 425 NW 10th Avenue, Ste 306, Portland, Oregon 97209. Attorney: Maloney, Pat. Case: Gomez, Pablo v ConocoPhillips Company. Case # 2015-03665. In the District Court, 80th Judicial District, Harris County, Texas.

March 25, 2016:  Continuation deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Alvarez, Michael. Case: Purdo, Linda v R.J. Reynolds Tobacco. Case # 2007-CA-024173-AN. In the Circuit Court for the Fifteenth Judicial Circuit in and for Palm Beach County, Florida.

March 28, 2016: Trial testimony in San Francisco, California. Attorney: Leary, Elinor. Case: B, Joy v S., Andrew. Case # CGC-14-537807. In the Superior Court of the State of California, in and for the County of San Francisco.

 March 29, 2016: Testimony via Skype in Salem, Oregon. Attorney: Valente, Phillip. Case: McPherson, Alan v Integon National Insurance. Case # 2013 CA 012956 AN. In the Circuit Court of the 15th Judicial Circuit Court, in and for Palm Beach County, Florida.

March 31, 2016: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Solomon, Martin. Case: Brackeen, Chester v Carrethers, Daisy. Case # PB2012-001566. In the Superior Court of the State of Arizona, in and for the County of Maricopa.

April 7, 2016: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Kruse, Adam. Case: Bronson, Gina v Valley, Angela. Case # 13 L 307. In the Circuit Court of the 18th Judicial Circuit, Du Page County, Illinois.

April 12, 2016: Videotaped Perpetuation Deposition in Tampa. Florida. Attorney: Holliday, James. Case: Lassiter, Kathryn v Accu-Cut Concrete Services. Case # 13-CA-6368. In the Thirteenth Judicial Circuit Court, Hillsborough County, Florida, Circuit Civil Division.

April 13, 2016: Trial testimony in Vancouver, BC Canada. Attorney: Harbut, Jonathan. Case: McKenzie, Timothy. Case # 10437. In the Supreme Court of British Columbia.

April 21, 2016: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Passen, Matthew. Case: Smith, Derrick v Chicago Transit Authority. Case # 10 L 14486. In the Circuit Court of Cook County, Illinois, County Department – Law Division.

April 27, 2016: Trial testimony in St. Louis, Missouri. Attorney: Leonard, James. Case: Knudsen, Michael v Grindstaff, Phillip. Case # 13SL-CC01297. In the Circuit Court of St. Louis County, State of Missouri.

May 4, 2016: Testimony at hearing in Orlando, Florida. Attorney: Francis, Tony. Case: DeSalvo-Johnson, Tara va Houck, Matthew. Case # 2014-CA-000513-0. In the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida.

May 5, 2016: Testimony via Video Conference in Orlando, Florida. Attorney: Pyfer, Rick. Case: Mowles, Richard v State Farm Mutual Automobile Insurance. Case # DDV-2015-31. Montana First Judicial District Court, Lewis & Clark County.

May 11, 2016: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Burkhardt, Kyle. Case: Lowery, Karen v Vibra Healthcare. Case # 45D10-1307-CT-0137. In the Lake Superior Court, County of Lake, State of Indiana.

May 12, 2016:  Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Adams, Morgan. Case: Dwyer, Noah v Great West Casualty Company.  Case # 12CV292.  In the Circuit Court of St. Croix County, State of Wisconsin.

May 17, 2016: Trial testimony in Calgary, Canada. Attorney: Rotnem, Jane. Case: Brough, Jonathan v Yipp, Bryan. Case # 0901-01858. In the Court of Queen's Bench of Alberta, Judicial District of Calgary.

May 18, 2016:  Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Garcia, Alex. Case: Ruchimora, Sompun v Grullon, Bernice. Case # 12-18464- CA 27. In the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, Florida.

May 23, 2016: Trial testimony at in Portland, Oregon. Attorney: Paulson, Jane. Case# Haveman, Kristine v Oregon Emergency Physicians. Case # 1404-04430. In the Circuit Court of the State of Oregon, County of Multnomah.
May 25, 2016: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Wall, Larry. Case: Delgado, Wendy v Unruh, Lyle. Case # 14-01262-JAR-TTJ. In the United States District Court for the District of Kansas.

May 31, 2016: Deposition via Video Conference in Salem, Oregon. Attorney: Grysen, Elliot. Case: Anderson, Amber v Inspired Health Chiropractic. Case # 2015-4348-NH. In the Circuit Court for the County of Ottawa, State of Michigan.

June 2, 2016: Deposition via Video Conference in Salem, Oregon. Attorney: Galliher, Keith. Case: Stein, Richard v NP Red Rock. Case # A-14-711111-C. In the District Court of Clark County, Nevada.

June 6, 2016: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Yaffa, Samuel. Case: Baruch, Sarah v Bethesda Hospital. Case # 2015CA001489. In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, Florida.

June 8, 2016: Trial testimony in Portland, Oregon. Attorney: D'Amore, Tom. Case: Brown, Hal v Palmer, Derek (MD). Case # 14CV08542. In the Circuit Court of the State of Oregon, for the county of Multnomah.

June 9, 2016: D Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney n at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Williams, Allen. Case: Huffman, Susan v Finney, Ricardo. Case # 14-1-0642-03. In the Circuit Court of the First Circuit, State of Hawaii.

June 13, 2016: Deposition via Video Conference in Salem, Oregon. Attorney: Friedman, Ken. Case: Harmon, Robert v Hughes, C. Michael (D.C.). Case # 15-2-00152-3 KNT. In the Superior Court of Washington for Kent County.

June 15, 2016: Trial testimony in Crown Point, Indiana.  Attorney: Burkhardt, Kyle. Case: Lowery, Karen v Vibra Healthcare. Case # 45D10-1307-CT-0137. In the Lake Superior Court, County of Lake, State of Indiana.

June 16, 2016: Trial testimony in Shiprock, New Mexico. Attorney: Barber, Paul. Case: Benally, Gayle v Dillon Companies. Case # SR-CV-153-2014. In the District Court of the Navajo Nation, Shiprock Judicial District.

June 20, 2016: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Hay, Carol. Case: Polk, Ny'Zure v Sunrise Hospital. Case # A-14-709382-C. In the District Court of Clark County, Nevada.

June 21, 2016: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Moen, Gene. Case: Nesterchuk, Nadezhda v Swedish Health Services. Case # 15-2-04084-7 SEA. In the Superior Court of Washington in and for King County.

June 22, 2016: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Whalley, Marshall. Case: Laroque, Brian v Altendorf Trucking. Case # 40-2015-CV-00034. In the District Court of Northeast Judicial District, County of Rolette, State of North Dakota.

June 30, 2016: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Malone, Pat. Case: Crawford, Catherine v Fortuna, Eugene (DC). Case # 13CY-CV01788. In the Circuit Court of Clay County, Missouri at Liberty.

July 11, 2016: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Spano, Rhett. Case: Deng, Guang Jun v American National Property Insurance. Case # N/A. 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

July 11, 2016: Deposition via Video Conference at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Girards, James. Case: Girlinghouse, William v Capella Healthcare. Case # 6:15-CV-06008RTD. In the United States District Court, Western District of Arkansas.

July 12, 2016: Deposition via Video Conference in Salem, Oregon. Attorney: Yaffa, Samuel. Case: Baruch, Sarah v Bethesda Hospital. Case # 2015CA001489. In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, Florida.

July 15, 2016: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Jones, Kimball. Case: Parker, Tanya v American Land & Leisure. Case # A-14-711425-C. in the District Court of Clark County, Nevada.

July 19, 2016: Trial Testimony in Portland, Oregon. Attorney: Kafoury, Jason. Case: Firestone, Harley v Praxair. Case # 3:15-cv-00795-PK. In the United States District Court, Portland Division, State of Oregon.

July 26, 2016: Trial testimony in Portland, Oregon. Attorney: Vick, James. Case: Wright, Martha v Mutual of Enumclaw. Case # 0604-03958. In the County of Multnomah District Court, State of Oregon.

August 5, 2016: Trial testimony in Denver, Colorado. Attorney: Whalen, Reeves. Case: Conklin, Kelly v Metro Mix. Case # 2015CV30397. In the District Court, County of Denver, State of Colorado.

August 9, 2016: Perpetuation Deposition via phone in Salem, Oregon. Attorney: Anderson, George. Case: Jarvis, Leroy v Berlinsky, Kyle. Case # 13-CA-3201-AN. In the Circuit Court of the Ninth Judicial Circuit, in and for Osceola County, Florida.

August 29, 2016: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Bigger, Brent. Case: Minton, Jenna v CVS Pharmacy. Case # 14-CA-012661. In the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida.

August 30 & September 1, 2016: Trial testimony in Portland, Oregon. Attorney: McCandlish, James. Case: Calzada, Elizabeth v Carmody, John. Case # 15CV17700. In the Circuit Court of the State of Oregon, in and for the County of Multnomah.

September 9, 2016: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Roberts, Gary. Case: Thompson, Michael v Bonati, Alfred MD. Case # 8:07CV01381. In the United States District Court, Middle District of Florida, Tampa Division.

September 12, 2016: Deposition via Skype in Salem,Oregon. Attorney: Barry, Stephen. Case: Middlesworth, Danya v The County of Atlantic. Case# CUM-L-855-10. In the Superior Court of New Jersey, Law Division-County of Cumberland.

September 13, 2016: Deposition held at hotel near Portland airport. Attorney: Lampkin, James. Case: Ehrenfelt, Joseph v Janssen Pharmaceuticals. Case # 2:15-cv-02558. In the United States District Court for the Western District of Tennessee.

September 14, 2016: Arbitration testimony via VC in Salem, Oregon. Attorney: Gary Roberts. Case: Thompson, Michael v Bonati, Alfred MD. Case # 8:07CV01381. In the United States District Court, Middle District of Florida, Tampa Division.

September 15, 2016: Deposition via VC in Salem, Oregon. Attorney: Peacock, Malorie. Case: Montez, Roberto v GL Trucking. Case # DR-15-CV-027-AM-VRG. In the United States District Court, Western District of Texas, Del Rio Division.

September 19, 2016: Deposition via VC in Salem, Oregon. Attorney: Milch, Douglas. Case: McAllister, Sonia v Ryder Truck Rental. Case # 14-CV-05433-ERK-SMG. In the United States District Court, Eastern District of New York.

September 22, 2016: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Vigness, Brian. Case: Heitmann, Michael v Williamson, Marcus. Case # 14-CA-002751. In the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida.

September 22, 2016: Testimony via Video Conference in Finland. Attorney: Laukkanen, Vesa. Case: Maata, Kati. Espoo District Court, Finland.

September 23, 2016: Deposition via VC in Salem, Oregon. Attorney: Jones, Kimball. Case: Guerrero and Zavala. Case # A693847. In the District Court of Clark County, Nevada.

September 27, 2016: Deposition via VC in Salem, Oregon. Attorney: Flomenhaft, Michael. Case: West, Cheryl v Weiser, Frank MD. Case # N/A. In the Supreme Court of the State of New York, County of New York.

October 5, 2016: Deposition via phone in Salem, Oregon. Attorney: Rudd, Ryan. Case: Muniz, Valery v Centennial Hill OB/GYN Associates. Case # A-12-655566-C. In the District Court of Clark County, Nevada.

October 7, 2016: Deposition via VC in Salem, Oregon. Attorney: Hoffman, David. Case: Gonzalez-Lora, Yoni v Schneider National Carriers. Case # 15-CV-4055 (ARR). In the United States District Court, Eastern District of New York.

October 10, 2016: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Bloss, Bill. Case # NNH-CV-11-6022208-S. In the Superior Court, Judicial District of New Haven State of Connecticut.

October 11, 2016: Deposition via VC in Salem, Oregon. Attorney: Woodruff, David. Case: Whitmore v Children's Hospital Colorado. Case # 2014CV31314. In the District Court, Adams County, State of Colorado.

October 13, 2016: Deposition via phone in Salem, Oregon. Attorney: Jordan, Michael. Case: Thompson, Evelyn v Olmstead, Ned. Case # 2015-CP-18-1983. In the Court of Common Pleas for the First Judicial Circuit, County of Dorchester, South Carolina.

October 14, 2016: Deposition via VC at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: LaCien, Brian. Case: Fetzer, Mary v Wal-Mart Stores, Inc. Case # 13 CV 09312. In the United States District Court, for the Northern District of Illiniois, Eastern Division.

October 17, 2016: Deposition via VC at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Golding, John. Case: Alongi, Jennifer v State Farm Insurance. Case # UCN:29-2016-CA-000228. In the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida.

October 17, 2016: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Dinan, Tim. Case: Deatherage, John v Schindler Elevator Corporation. Case # N/A. In the United States District Court, District of Nevada.

October 18, 2016: Deposition via VC in Salem, Oregon. Attorney: Peacock, Malorie. Case: Ramirez, Zuri v USA Truck, Inc. Case # 2015CVT003438D3. In the District Court, 341st Judicial District, Webb County, Texas.

October 20, 2016: Deposition via VC and Videotaped in Salem Oregon. Attorney: DiGiacomo, Anita. Case: Myers, Tara v Collins, Betty. Case # 14-CA-009013. In the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.

October 24, 2016: Deposition via VC in Salem, Oregon. Attorney: Wegner, Dennis. Case: Manson, Randall v Keglovits, Mark. Case # 49D01-1102-CT-007083. In the Marion County Superior Court, State of Indiana.

October 25, 2016: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Workman, Christopher. Case: Eisenbise, Nathan v Crown Equipment Corp. Case # 3:15-cv-00972-AJB-WVG. In the United States District Court for the Southern District of California.

October 27, 2016: Trial testimony in Hillsboro, Oregon. Attorney: Harlan, Beau. Case# Chiu, Lai v Algrabeli, Eyal. Case # C151781CV. In the Circuit Court of the State of Oregon, for the County of Washington.

October 31, 2016: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Lampkin, James. Case: West, Patricia v Janssen Pharmaceuticals. Case # 2:15-CV-553-WKW. In the United States District Court for the Middle District of Alabama, Northern Division.

November 4, 2016: Testimony at hearing in Tampa, Florida. Attorney: DiGiacomo, Anita. Case: Myers, Tara v Collins, Betty. Case # 14-CA-009013. In the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.

November 8, 2016: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Dean, Jessica. Case: Paterniti, Sebastian v Asbestos Corp. Case # 2016-CP-40-00849. In the Court of Common Pleas, for the Fifth Judicial Circuit, County of Richland, State of South Carolina.

November 9, 2016: Continuation Deposition via VC in Salem, Oregon. Attorney: Peacock, Malorie. Case: Ramirez, Zuri v USA Truck, Inc. Case # 2015CVT003438D3. In the District Court, 341st Judicial District, Webb County, Texas.

November 10, 2016: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Wulkan, Larry. Case: Garner, Joseph v Mohave County. Case # CV-15-8147-PCT-DJH. In the United States District Court, for the District of Arizona.

November 10, 2016: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Harlan, Beau. Case: Garrison, Mariah v Greene, Patrick. Case # 15CV25062. In the Circuit Court of the State of Oregon.

November 11, 2016: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Golding, John. Case: Alongi, Jennifer v State Farm Insurance. Case # UCN:29-2016-CA-000228. In the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida.

November 11, 2016: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Trentalange, Michael. Case: Year, Carlos v Dwyer, John B. Jr. Case # 12-CA-006750. In the Circuit Court of the Thirteenth Judicial Circuit of the State of Florida, in and for Hillsborough County, General Civil Division.

November 14, 2016: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Wallace, Annette. Case: Slamin, Todd v Belke, Earl. Case # 1516-CV07546. In the Circuit Court of Jackson County, Missouri at Kansas City.

November 15, 2016: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Alsaffar, Jamal. Case: Barlett, Blanche v American Medical Systems. Case # 216-2014-CV-00810. The State of New Hampshire, Judicial Branch, Hillsborough Superior Court.

November 22, 2016: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Ross, Kristin. Case: Forest, Matthew v Long, Jeffrey. Case # 219-2015-CV-0036. State of New Hampshire, Strafford, Superior Court.

December 16, 2016: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Jameson, Travis. Case: Pierson, Edward v Hutt, Jonathan. Case # 15-2-09806-9. In the Superior Court of the State of Washington, in and for the County of Pierce.

December 19, 2016: Deposition via phone in Salem, Oregon. Attorney: Lenahan, Marc. Case: Palomo, Carlos v Topgolf USA. Case # DC-13-12383. In the District Court, Dallas County, Texas.

December 19, 2016: Deposition via VC in Salem, Oregon. Attorney: Crockett, Brian. Case: Marks, Champagne v CNL Income. Case # 2014-31431. In the District Court of Harris County, 295th Judicial District, State of Texas.

December 22,2016: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Manchin, Tim. Case: Curtis, David v Sloane, Angela. Case # 13-C-206. In the Circuit Court of Lewis County, West Virginia.

## 2017

January 4, 2017: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Burnett, Robert. Case: Carpenter, Patrick v Central Iowa Hospital. Case # LACL131260. In the Iowa District Court for Polk County.

January 5, 2017: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Piscitelli, Frank. Case: Sullivan, William v GCGA Physicians. Case # 1502530. In the Common Pleas Court of Hamilton County, Ohio, Civil Division.

January 6, 2017: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Gupta, Ray. Case: Arnold, Cortena v Nedbal, Don. Case # 45C01-1402-CT-0024. In the Lake Circuit Court of Crown Point, State of Indiana

January 6, 2017: Trial Testimony at Clackamas County Court, Oregon City, Oregon. Attorney: Bernstein, Rhett. Case: State of Oregon v Shipley, Kincade. Case # 16CR36061. In the Circuit Court of the State of Oregon, for the County of Clackamas.

January 9, 2017: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Buckman, Drake. Case: Miller, James v CDI Enterprises. Case # 15-CA-5557- NC. In the Circuit Court of the Twelfth Judicial Circuit, in and for Sarasota County, Florida.

January 26, 2017: Continuation Deposition via Phone in Salem, Oregon. Attorney: Buckman, Drake. Case: Miller, James v CDI Enterprises. Case # 15-CA-5557- NC. In the Circuit Court of the Twelfth Judicial Circuit, in and for Sarsota County, Florida.

January 30, 2017: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Brilliant, Ron. Case: Chandler, Elizabeth v Mid-Century Insurance. Case # N/A. In the Superior Court of California, MISSING INFO!

January 31, 2017: Videotaped Skype Testimony in Salem, Oregon. Attorney: Bustillo, Raoul. Case: Anello, Emilio v Angelica, John. Case # MRS-L-1282-14. In the Superior Court of New Jersey, Law Division: Morris County.

February 2, 2017: Continuation of Skype Testimony in Salem, Oregon. Attorney: Bustillo, Raoul. Case: Anello, Emilio v Angelica, John. Case # MRS-L-1282-14. In the Superior Court of New Jersey, Law Division: Morris County.

February 2, 2017: Phone Testimony at hearing in Salem, Oregon. Attorney: Bulluck, David. Case: Taylor, Eugena v Troy's Trucking. Case # 2014-CA-009684. In the Circuit Court of the Thirteenth Judicial Circuit in the State of Florida, in and for Hillsborough County.

February 3, 2017: Deposition via Video Conference in Salem, Oregon. Attorney: Lazzaro, James. Case: Iaccarino, Giovanni v Kaminski, Steven. Case # MER-L-1212-15. In the Superior Court of New Jersey, Law Division, Mercer County.

February 10, 2017: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Thompson, James. Case: Morgan, Clayton v Asbestos Corporation. Case # 1116-CV21487. In the Circuit Court of Jackson County, Missouri at Independence.

February 17, 2017: Trial testimony in Las Vegas, Nevada. Attorney: Smith, Larry. Case: Ryles, Robert v Holloway, Jason. Case # A-14-702291-C. In the District Court of Clark County, Nevada.

February 20, 2017: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Posgay, Matthew. Case: DeWit, Margie v UPS Ground Freight, Inc. Case # 1:16-cv-00036-MW-GRJ. In the United States District Court, for the Northern District of Florida, Gainesville Division.

February 24, 2017: Deposition via Video Conference in Salem, Oregon. Attorney: Haggerty, Shawn. Case: Martinez, Angel v Lobster Haven. Case # 2015-CA-007312J. In the Circuit Court of the Thirteenth Judicial Circuit of the State of Florida.

March 2, 2017: Trial Testimony in Hattiesburg, Mississippi. Attorney: Guy, Sean. Case: Borgognoni, Jordan v City of Hattiesburg, Mississippi. Case # 2:13-cv-241-KS-MTP. In the United States District Court for the Southern District of Mississippi, Eastern Division.

March 10, 2017: Trial Testimony in Kingston, New York. Attorney: Fromson, Ken. Case: Randall, Martha v The Kingston Hospital. Case # 2421/11. In the Supreme Court of the State of New York, County of Ulster.

March 20, 2017: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Norman, Christopher. Case: Patrick-Carandang, Jennifer v The Johns Hopkins Hospital. Case # 24-c-16-001959. In the Circuit Court for Baltimore City, Maryland.

March 22, 2017: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Scott, Ryan. Case: Barenberg, Robert v Fort Smith HMA. Case # CV-2016-168. In the Circuit Court of Sebastian County, Arkansas, Civil Division.

March 23, 2017: Deposition via Video Conference in Salem, Oregon. Attorney: Bailey, Michael. Case: Vincent, Tara v The City of Orlando, Florida. Case # 2015-CA-004509-0. In the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida.

March 29, 2017: Trial testimony in Chinle, Arizona. Attorney: Barber, Paul. Case: Lee, Marcello v Davita Healthcare Partners. Case # CH-CV-133-13. In the District Court of the Navajo Nation, for the Judicial District of Chinle, Arizona.

March 30, 2017: Continuation Deposition via Video Conference in Salem, Oregon. Attorney: Bailey, Michael. Case: Vincent, Tara v The City of Orlando, Florida. Case # 2015-CA-004509-0. In the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida.

April 3, 2017: Deposition via Video Conference in Salem, Oregon. Attorney: Barnes, Stephen. Case: Persichilli, Patricia v Castro Reyes, Nicole Marie. Case # 2014-CA-3354-AN. In the Circuit Court of the Ninth Judicial Circuit in and for Osceola County, Florida.

April 4, 2017: Deposition via Video Conference in Salem, Oregon. Attorney: Kirby, Jeffrey. Case: Handwerger, Barrie v Schumacher Auto Group. Case # 502015CA006790XXXXMBAG. In the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida.

April 4, 2017: Deposition via Video Conference in Salem, Oregon. Attorney: Billera, John. Case: Rainey, Markeisha v Brown & Phillips, Inc. Case # 2014 CA 002475 (AB). In the Circuit Court of the 15th Judicial Circuit, in and for Palm Beach County, Florida.

April 5, 2017: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Chilson, John/Britt, Cliff. Case: Blanchard, Rochelle v San Jose Mexican Restaurant of Shallotte, Inc. Case # 15 CVS 887. In the General Court of Justice, Superior Court Division, North Carolina, County of Brunswick.

April 6, 2017: Deposition via Video Conference at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Buckman, Drake. Case: Payne, James v Biron, Barbara. Case # 2015 CA 002035 NC. In the Circuit Court for the Twelfth Judicial Circuit, in and for Sarasota County, Florida.

April 7, 2017: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Forneret, Martine. Case: Davis, Jacob v Tennessee Department of Correction. Case # N/A. In the Chancery Court for Davidson County, Tennessee.

April 12, 2017: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Holland, Jamie. Case: Aultman, Gene v FAF, Inc. Case # 2014-CA-1014. In the Circuit Court of the Fifth Judicial Circuit, in and for Sumter County, Florida.

April 13, 2017: Continuation Deposition via Video Conference in Salem, Oregon. Attorney: Barnes, Stephen. Case: Persichilli, Patricia v Castro Reyes, Nicole Marie. Case # 2014-CA-3354-AN. In the Circuit Court of the Ninth Judicial Circuit in and for Osceola County, Florida.

April 18, 2017: Trial testimony in Las Cruces, New Mexico. Attorney: Harris, Jonathan. Case: Acosta, Jose v The United States of America. Case # 2:15-cv-00530-SMV-LAM. In the United States District Court, for the District of New Mexico.

April 20, 2017: Trial testimony in Ft. Lauderdale, Florida. Attorney: Guelli, Sam. Case: Faurot, Gretchen v Bennett Motor Express. Case # CACE-14-009934. In the Circuit Court of the 17th Judicial Circuit, in and for Broward County, Florida.

April 21, 2017: Video conference testimony in Salem, Oregon. Attorney: Manchin, Timothy. Case: Curtis, David v Sloan, Angela. Case # 13-C-206. In the Circuit Court of Lewis County, West Virginia.

April 26, 2017: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Valentin, Kimberly. Case: Muniz, Valery v Nielson, Tracy C.N.M./Centennial Hills OB/GYN Associates. Case # A-12-655566-C. In the District Court of Clark County, Nevada.

April 27, 2017: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Hojem, Thomas. Case: Standefer, Susan v Ziniti, Virginia. Case # 15-2-01615-0. In the Superior Court of the State of Washington, in and for the County of Clark.

April 27, 2017: Deposition via Video Conference at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Fong, Mark. Case: Ridad, Adelina v San Lorenzo Unified School District. Case # RG13705387. In the Superior Court of the State of California, County of Alameda.

April 28, 2017: Deposition via Video Conference in Salem, Oregon. Attorney: Abraham, S. David. Case: Setka, Markica v Johnson, Alvin Bennett. Case # C-20160026 D. In the 15th Judicial District Court, Lafayette Parish, Louisiana.

May 1, 2017: Deposition via Video Conference in Salem, Oregon. Attorney: Blank, Eric. Case: Vaughn, Michael v Swanbeck, Danielle/American Medical Response. Case # A-15-720973-C. In the District Court of Clark County, Nevada.

May 4, 2017: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: De la Cruz, Laura. Case: Fernandez, Antonio v Southwestern Shortline Railroad. Case # 2:15-cv-01165 MCA/LAM. In the United States District Court, for the District of New Mexico.

May 5, 2017: Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Draisen, Daniel. Case: Cunningham, Mary v Thomason, Carolyn. Case # 2014-CP-04-0436. In the Court of Common Pleas in the County of Anderson, State of South Carolina.

May 5, 2017: Continuation Deposition at 425 NW 10th Avenue, Suite 306, Portland, Oregon 97209. Attorney: Posgay, Matt. Case: DeWit, Margie v UPS Ground Freight, Inc. Case # 1:16-cv-00036-MW-GRJ. In the United States District Court, for the Northern District of Florida, Gainesville Division.

May 10, 2017: Trial Testimony in Anchorage, Alaska. Attorney: Henderson, David. Case: Tate, William v United States of America. Case # 3:14-cv-00242-JWS. In the United States District Court for the District of Alaska.

May 15, 2017: Deposition via phone in Salem, Oregon. Attorney: Siegrist, Christopher. Case: Bogan, Nancy v Safelite Group. Case # 115027 E. In the 23rd Judicial District Court, Parish of Ascension, State of Louisiana.

May 16, 2017: Testimony at hearing via Phone in Atlanta, Georgia. Attorney:  Barnes, Stephen. Case: Persichilli, Patricia v Castro Reyes, Nicole Marie. Case # 2014-CA-3354-AN. In the Circuit Court of the Ninth Judicial Circuit in and for Osceola County, Florida.

May 17, 2017: Trial Testimony in Sarasota, Florida. Attorney: Buckman, Drake.  Case: Payne, James v Biron, Barbara. Case # 2015 CA 002035 NC. In the Circuit Court for the Twelfth Judicial Circuit, in and for Sarasota County, Florida.

May 26, 2017: Continuation deposition via Video Conference in Salem, Oregon. Attorney: Copeland, Todd. Case: Brower, Jessica v Taylor, Richard Jr. Case # 10-CA-4266. In the Circuit Court of the Fifth Judicial Circuit, in and for Lake County, Florida.

May 30, 2017: Deposition at 425 NW 10th Avenue, Ste 306, Portland, Oregon 97209. Attorney: Voorhees, Erin. Case: Edwards, Tara v Gateway Emergency Physicians. Case # 14NW-CV02169—01. In the Circuit Court of McDonald County, State of Missouri.

May 30, 2017: Phone testimony at hearing, Salem, Oregon. Attorney: Barnes, Stephen. Case: Persichilli, Patricia v Castro Reyes, Nicole Marie. Case # 2014-CA-3354-AN. In the Circuit Court of the Ninth Judicial Circuit in and for Osceola County, Florida.

June 6, 2017: Trial testimony in Anchorage, Alaska. Attorney: Henderson, David. Case: Rivers, Phyllis v USA. Case # A 15-Civil. In the United States District Court, for the District of Alaska.

June 7, 2017: Deposition via Video Conference in Salem, Oregon. Attorney: McGee, William. Case: Latiolais, Nolleen v Progressive Paloverde Insurance. Case # 128648-D. In the 16th Judicial District Court, Parish of Iberia, State of Louisiana.

June 8, 2017: Deposition at 425 NW 10th Avenue, Ste 306, Portland, Oregon 97209. Attorney: Jeeves, Scott. Case: Spurling, Rose Mary v 21st Century Centennial Insurance. Case # 14-006404-CI. In the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida, Civil Division.

June 9, 2017: Deposition via phone in Salem, Oregon. Attorney: Camerlengo, Joseph. Case: Meardy, Ronald v Mowell, James. Case # 2014-CA-006303NC. In the Circuit Court, Twelfth Judicial Circuit, in and for Sarasota County, Florida,

June 13, 2017: Deposition at 425 NW 10th Avenue, Ste 306, Portland, Oregon 97209. Attorney: Tien, Laurence. Case: Dodson. **Missing info to come.**

June 15, 2017: Deposition at 425 NW 10th Avenue, Ste 306, Portland, Oregon 97209. Attorney: McNamara, Michael. Case: Moore, Rayetta v Mainman, David MD. Case # N/A. In the Superior Court of the State of Arizona, in and for the County of Pima.

June 15, 2017: Trial testimony in Portland, Oregon. Attorney: DeShaw, Aaron. Case: Mitchell v AUO.

June 16, 2017: Continuation Deposition via Video Conference in Salem, Oregon. Attorney: Holland, James. Case: Aultman, Emily v FAF, Inc. Case # 2014 CA 001014. In the Circuit Court for the Fifth Judicial Circuit, in and for Sumter County, State of Florida, Civil Division.

June 16, 2017: Continuation Deposition via Video Conference in Salem, Oregon.  Attorney: Jeeves, Scott. Case: Spurling, Rose Mary v 21st Century Centennial Insurance. Case # 14-006404-CI. In the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida, Civil Division.

June 23, 2017: Trial Testimony in San Antonio, Texas. Attorney: Easley, Rex. Case: Gonzales, Raymond v Rivera, Gualberto. Case # 14-08-0714-CVA. In the District Court, 218th Judicial District, Atascosa County, Texas.

June 26, 2017: Deposition via Phone in Salem, Oregon. Attorney: Kirby, Jeff. Case: Handwerger, Barrie v Schumacher Auto Group. Case # 502015CA006790XXXXMBAG. In the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida.

June 29, 2017: Testimony via Phone in Portland, Oregon. Attorney: Hendricks, Steven. Case: Foraker, McKenzie v USAA. Case # N/A. **Missing info to come**

July 10, 2017: Deposition at 425 NW 10th Avenue, Ste 306, Portland, Oregon 97209. Attorney: Dozier, Keith. Case: Orr, Alexis v Mac Lynn, Inc. Case # 3:15-cv-05740. In the United States District Court, Western District of Washington, Tacoma Division.

July 13, 2017: Trial Testimony via Video Conference in Salem Oregon. Attorney: Davis, Mark. Case: Flores, Matthew v Planet Corporation. Case # MID-L-1070-15. In the Superior Court of New Jersey, Law Division, Middlesex County.

July 18, 2017: Testimony via Skype in Salem, Oregon. Attorney: Murphy, Brian. Case: Weaver, Kari v Solis, Dagoberto. Case # 15 CV 31100. In the District Court of the 8th Judicial District, Larimer County, State of Colorado.

July 18, 2017: Deposition via Video Conference in Salem, Oregon. Attorney: Steinberg, Richard. Case: Martinez, Angel v Lobster Haven. Case # 2015-CA-007312J. In the Circuit Court of the Thirteenth Judicial Circuit of the State of Florida, in and for Hillsborough County, Civil Division.

July 20, 2017: Deposition at 425 NW 10th Avenue, Ste 306, Portland, Oregon 97209. Attorney: Hudson, Shane. Case: Seaver, Russell v Xtra Tuff Trailers. Case # 14V-7255. In the Superior Court of Dodge County, State of Georgia.

July 27, 2017: Deposition via phone in Salem, Oregon. Attorney: Posgay, Matt. Case: Culver, Seketa v Taylor, John Lee. Case # 16-2010-CA-009034. In the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida.

July 28, 2017: Deposition via Video Conference in Salem, Oregon. Attorney: Uche, Nenye. Case: Jones, Cecelia v The Villa at South Holland. Case # 15 L 006304 H. In the Circuit Court of Cook County, Illinois, County Department, Law Division.

July 31, 2017: Deposition via Video Conference in Salem, Oregon. Attorney: Grall, Patrick. Case: Davidian, Shant v Festin, Socrates. Case # 2012-CA-000838. In the Circuit Court for Indian River County, Florida.

August 1, 2017: Deposition via Video Conference in Salem, Oregon. Attorney: Lester, Kari. Case: Dominguez, Vicki v Schultz, Kenneth. Case # 15-2-312777-4 SEA. In the Superior Court of the State of Washington, in and for the County of King.

August 3, 2017: Deposition at 425 NW 10th Avenue, Ste 306, Portland, Oregon 97209. Attorney: Iracki, Daniel. Case: Carr, Jaylynd v DiBenedictis, Kathleen. Case # 16-2015-CA_002320. In the Circuit Court for the 4th Judicial Circuit, in and for Duval County. Florida.

August 4, 2017: Deposition at 425 NW 10th Avenue, Ste 306, Portland, Oregon 97209. Attorney: Terell, Matt. Case: Phillips, Vickie v Ace American Insurance. Case # 642,882 Section 27. In the Nineteenth Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

August 7, 2017: Deposition via Skype in Salem, Oregon. Attorney: McNamara, Michael. Case: Moore, Rayetta v Mainman, David MD. Case # C20153487. In the Superior Court of the State of Arizona, in and for the County of Pima.

August 14, 2017: Deposition at 425 NW 10th Avenue, Ste 306, Portland, Oregon 97209. Attorney: Leary, Elinor. Case: Ishimaru, Heather v KGo Television. Case # CGC-15-549102. In the Superior Court of the State of California, in and for the County of San Francisco.

September 8, 2017: Deposition at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Trask, Tom. Case: Nichols, Wayne v Fannin. Case # SA-09-CA-00905-OLG. In the State Court of Henry County, State of Georgia.

September 11, 2017: Deposition at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Steele, Joseph. Case: Vioxx v Merck. Case # 05-3700. In the Third Judicial District Court of Salt Lake County, State of Utah.

September 15, 2017: Deposition via Video Conference at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Hudson, Shane. Case: Seaver, Kaleigh. Case # 14V- 7255. In the Superior Court of Dodge County, State of Georgia.

September 18, 2017: Deposition via Video Conference at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Nielson, Eric. Case: Maldonado v Bentley. Case # 2015-18538. In the District Court of Harris County, Texas 165th Judicial District.

October 25, 2017: Deposition at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: DeSantis, Vicki. Case: Hostetler v Teague. Case # 2016-CM 04 0230. In the Court of Common Pleas, Tuscarawas County, Ohio.

October 26, 2017: Deposition via Video Conference at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Capozzi, Edward. Case: Lavalle, Robert v Monzo, Richard, et al. Case # BER-L-1493-16. In the Superior Court of Bergen County Law Division: Bergen County.

October 26, 2017: Deposition via Video Conference at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Posgay, Matthew. Case: Culver, Seketa v Taylor, John Lee. Case # 16-2010-CA-9034-XXXX. In the Circuit Court, Fourth Judicial Circuit, In and For Duval County, Florida.

October 31, 2017: Deposition via Skype in Salem, Oregon. Attorney: Gibson, Michael. Case: Patterson, Diane v New Jersey Manufacture. Case # ATL-L-1760-15. In the Superior Court of New Jersey Law Division, Atlantic County.

November 1, 2017: Deposition at 301 N. Lake Avenue, Suite 1000A, Pasadena, California 91101. Attorney: Newkirk, William. Case: Mersereau, Ellen & Michael B v Pearce, Charles. Case #BC620264. In the Superior Court of the State of California, For the County of Los Angeles, Central District.

November 7, 2017: Deposition at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Groves, Steven. Case: Voss v BNSF. Case # 16-CH-CC00017. In the Ninth Judicial Circuit Court, State of Missouri, County of Chariton.

November 14, 2017: Trial Testimony in Atlanta, Georgia. Attorney: Trask, Thomas. Case: Nichols, Wayne v Fannin, Andrew. Case # SA-09-CA-00905-OLG. In the State Court of Henry County, State of Georgia.

November 16, 2017: Deposition via Video Conference at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Harper, James. Case: Ortiz, Jorge v Varney, Robert. Case #16-cv-000169. United States District Court, Northern District of Indiana, South Bend Division.

November 17, 2017: Deposition via Skype at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Ingles, Matthew. Case: State of Florida v Ray, Violet. Case # 2009-CF-001379-A-W. In the Court of the Fifth Judicial Circuit, Of the State of Florida, In and for Marion County.

November 20, 2017: Deposition via Skype in Salem, Oregon. Attorney: DeGeneres, Lance. Case: Saunders, Shawn v Canal Insurance. Case # 610060. In the 19th Judicial District Court Parish of East Baton Rouge, State of Louisiana.

November 21, 2017: Continuation Deposition via Skype in Salem, Oregon. Attorney: Harper, James. Case: Ortiz, Jorge v Varney, Robert. Case # 16-cv-000169. In the United States District Court, Northern District of Indiana, South Bend Division.

November 27, 2017: Deposition in Salem, Oregon. Attorney: Jones, Kimball. Case: Perez, Cesar v Talley, Doris, et al. Case # A-16-741306-C. In the District Court, Clark County, Nevada.

November 27, 2017: Deposition via phone in Salem, Oregon. Attorney: Barnes, Stephen. Case: Braddock, Steven v Zimmerman, Walter. Case # 15-CA- 003496. In the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.

November 28, 2017: Deposition at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Atkins, Jeffrey. Case: Swingle, Krissy v Walmart. Case # CJ-2017-1931. In the District Court of Oklahoma County, State of Oklahoma.

December 1, 2017: Deposition at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Millard, Mark. Case: Christian, Kary v Combs et al. Case # 2:17-cv-04488-SVW-AGR. In the United States District Court, Central District of California- Western Division.

December 6, 2017: Trial Testimony in Ocala, Florida. Attorney: Ingles, Matthew. Case: State of Florida v Ray, Violet. Case # 2009-CF-001379-A-W. In the Circuit Court of the Fifth Judicial Circuit, of the State of Florida, in and for Marion County.

December 12, 2017: Trial Testimony in Salem, Oregon. Attorney: Vick, James. Case: Rech, Alain v Owens- Wink, Lonnie et al. Case #16CV07036. In the Circuit Court of the State of Oregon, for the County of Marion.

December 20, 2017: Trial Testimony in Portland, Oregon. Attorney: Squires, Wendy. Case: Rios- Pedraza v Moen. Case # 16CV28423. In the Circuit Court of the State of Oregon, for the County of Multnomah.

December 28, 2017: Deposition at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Leibowitz, Jacob. Case: Reyes, S v Whitaker, J et al. Case # 2016-CI-00079. In the 150th Judicial Court, Bexar County, Texas.

December 29. 2017: Deposition via Video Conference in Salem, Oregon. Attorney: Matthews, Bryan. Case: Zopp v Walmart. Case # 2013-CA-1770. In the Circuit Court of the Eighteenth Judicial Circuit, in and for Seminole County, Florida.

### 2018

January 5, 2018: Deposition via Video Conference in Salem, Oregon. Attorney: Konkel, Jerome. Case: Strebel v Kavanaugh. Case # 15CV290. In the Circuit Court of Milwaukee County, State of Wisconsin.

January 16, 2018: Deposition via Video Conference in Salem, Oregon. Attorney: Barnes, Stephen. Case: Argoe v Seik. Case # 15-007311-CI-8. In the Circuit Court for the Sixth Judicial Circuit, in and for Pinellas County, State of Florida- Civil Division.

January 17, 2018: Deposition at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Faddis, Eric. Case: Cotrino-Sabogal v Varsity Contractors Et al. Case # 2010-CA-016700-O. In the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida.

January 22, 2018: Deposition via Video Conference in Salem, Oregon. Attorney: McAngus, Hugh. Case: Carkhuff v Singleton. Case # 2015-CP-15-01266. In the State of South Carolina, County of Colleton.

January 24, 2018: Deposition via Skype in Salem, Oregon. Attorney: Bormaster, Ryan. Case: Woods, D v Alford. Case # 15-12-13255. In the District Court of Montgomery County, Texas.

January 25, 2018: Deposition via Video Conference in Salem, Oregon. Attorney: McCarthy, Kevin. Case: Klindera v City of Glendale. Case # CV2016-008302. In the Superior Court of the State of Arizona, in and for the County of Maricopa.

January 26, 2018: Deposition in Oakland, California. Attorney: Sherwin, Julia. Case: Neuroth v Mendocino County Et al. Case # 1:15-cv-03226-RS. In the United States District Court, Northern District of California.

January 29, 2018: Deposition at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Corboy, Phillip. Case: Johnson v SkyGroup Et al. Case # 15-L-2874. In the Circuit Court of Cook County, Illinois County Department-Law Division.

January 31, 2018: Trial Testimony in New York, New York. Attorney: Bellinson, Robert. Case: Shillingford v New York City Transit Authority. Case # 303660-12. In the Supreme Court of the State of New York, County of Bronx.

February 1, 2018: Deposition via Video Conference in Salem, Oregon. Attorney: Gruenloh, Michael. Case: DeJesus v Webb Et al. Case # 2016-CP-08-01475. In the Court of Common Pleas, for the Ninth Judicial Circuit, State of South Carolina, County of Berkeley.

February 2, 2018: Deposition via Video in Salem, Oregon. Attorney: Donahue, Michael. Case: Gray-Kearney v Meridian. Case # L-6726-15. In the Superior Court of New Jersey, Middlesex County- Law Division.

February 6, 2018: Trial Testimony in Arkansas. Attorney: Scott, Ryan. Case: Estate of Wade Walters v Bigge Power Constructors Et al. Case # CV-2013—166. In the Circuit Court of Pope County, Arkansas Civil Division.

February 9, 2018: Deposition preserved for trial in Dallas, Texas. Attorney: Ammons, Robert. Case: Carrillo, Bueno, Torres v Paccar Inc. Et al. Case #16-08-23958-CVW. In the District Court of Ward County, Texas, 143rd Judicial District.

February 12, 2018: Trial Testimony in Houston, Texas. Attorney: Bormaster, Ryan. Case: Woods, D v Alford. Case # 15-12-13255. In the District Court of Montgomery County, Texas, 410th Judicial District.

February 15, 2018: Deposition via Video Conference at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Guthrie, Audrey. Case: Hamilton v Arnold Oil. Case # D-1-GN-16-005408. In the District Court of Travis County, Texas, 250th Judicial District.


February 26, 2018: Trial Testimony in Portland, Oregon. Attorney: Meyer, Shawna. Case: Gaddis. Case # 16JU08250. In Multnomah County, Juvenile Department.

February 27, 2018: Deposition via Video Conference in Salem, Oregon. Attorney: Robes, Thomas. Case: Tortora v Mirucki Et al. Case # 502014CA007532XXXXMBAB. In the Circuit Court of the 14th Judicial Department, in and for Palm Beach County, Florida.

February 27, 2018: Deposition preserved for trial in Salem, Oregon. Attorney: Richardson, Todd. Case: Heath v Bubba Transport. Case # 49D05-1502-CT-004024. In the Marion Superior Court, State of Indiana, County of Marion.

February 28, 2018: Deposition via Video Conference in Salem, Oregon. Attorney: Maucher, Michael. Case: Mizell v Cohen's Drywall. Case # 2016-CP-08.-1246. In the Court of Common Pleas, for the Ninth Judicial Circuit, State of South Carolina, County of Berkeley.

February 28, 2018: Continuation Deposition via Video Conference. Attorney: Capozzi, Edward. Case: Lavalle v ABF Freight Systems. Case # BER-1493-16. In the Superior Court of Bergen County, Law Division, Bergen County.

March 19, 2019: Deposition via Video Conference in Salem, Oregon. Attorney: Abir, Danny. Case: Littlefield v Nutri-Bullet Et al. Case # 2:16-cv-06894 MWF SSx. In the United States District Court for the Central District of California.

March 27, 2018: Deposition via Video in Salem, Oregon. Attorney: Little, Ronda. Case: Lutz v McLaren Bay Medical. Case # 14-3635-NH-NG. In the Circuit Court for the County of Bay, State of Michigan.

April 9, 2018: Deposition at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Broussard, Aaron. Case: Westlund v National Fire Insurance Company Et al. Case # 2016-1365. IN the 14th Judicial District Court, Parish of Calcasieu, State of Louisiana.

April 9, 2018: Hearing via telephone. Attorney: Leibowitz, David. Case: Reyes v Whitaker. Case # 2016CI00079. IN the District Court, 150th Judicial District, Bexar County, Texas.

April 11, 2018: Deposition via Video Conference in Salem, Oregon. Attorney: Barnes, Stephen. Case: Braddock v Zimmerman. Case # 15-CA-003496. IN the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.

April 16, 2018: Deposition at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Scofield, Graham. Case: Davis v Vondersmith. Case # 16-C-015451-S1. In the State Court of Gwinnett County, State of Georgia.

April 17, 2018: Deposition in Oakland, California. Attorney: Hamilton, Alexandra. Case: Burch v City of Antioch. Case # C15-01484. In the Superior Court of California, County of Contra Costa- Unlimited Jurisdiction.

April 20, 2018: Deposition at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Henderson, David. Case: Aki v Lonser. Case # 3AN-14-04308 CI. In the Superior Court for the State of Alaska, Third Judicial District at Anchorage.

April 26, 2018: Continuation Deposition via Skype in Las Vegas, NV. Attorney: Henderson, David. Case: Aki v Lonser. Case # 3AN-14-04308 CI. In the Superior Court for the State of Alaska, Third Judicial District at Anchorage.

April 30, 2018: Deposition via Skype in Salem, Oregon. Attorney: Lambka, James. Case: Donovan v Jacobson Et al. Case # 16-2-05160-0 SEA. In the Superior Court of the State of Washington, in and for the County of King.

May 3, 2018: Trial Testimony in Jacksonville, Florida. Attorney: Posgay, Matthew. Case: Culver, S v Taylor. Case # 16-2010-CA-9034-XXXX. In the Circuit Court, Fourth Judicial Circuit, In and For Duval County, Florida.

May 9, 2018: Deposition via Video Conference in Salem, Oregon. Attorney: Cohn, James. Case: Bohmann v Farmers. Case # C2016-0938C. In the District Court, 274th Judicial District, Comal County, Texas.

May 11, 2018: Deposition at 4103 Sylvia Street SE, Salem, Oregon 97317. Attorney: Barnes, Stephen. Case: Scholl v Bansal. Case # 2015-CA-006579. In the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida.

May 18, 2018: Deposition via phone in Salem, Oregon. Attorney: Henderson, David. Case: Lake, J v USA. Case # 3:16-00089-JWS. In the United States District Court, For the District of Alaska.

May 23, 2018: Trial Testimony in Tampa, Florida. Attorney: Haggerty, Shawn. Case: Martinez v Lobster Haven. Case # 2015-CA-007312. IN the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida.

May 25, 2018: Deposition at 4103 Sylvia Street SE, Salem, Oregon 97317. Attorney: Tejedor, Maria. Case: Edling v North Florida Surgical Et al. Case # 2015-CA-004623. In the Circuit Court of the 18th Judicial Circuit, in and for Alachua County, Florida.

May 30, 2018: Deposition via Video Conference at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Sowell, Matthew. Case: Girgis v Brown Et al. Case # 2016 A 3356 NC. In the Circuit Court of the Twelfth Judicial Court, in and for Sarasota County, Florida.

May 31, 2018: Deposition via Video Conference at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Crockett, Brian. Case: Holland v Segovia. Case # 2016-06366. In the District Court of Harris County, Texas, 133rd Judicial District.

June 5, 2018: Deposition via Video Conference at 4103 Sylvia Street SE, Salem, Oregon 97317. Attorney: Barnes, Stephen. Case: Powers v Hagney. Case # 15-CA-007529. In the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, State of Florida, Civil Division.

June 13, 2018: Deposition preserved for trial in Salem, Oregon. Attorney: Russo, Joseph. Case: Escardo, Elizabeth. Case # 1677CV00808-B. In the Commonwealth of Massachusetts, Superior Court Department.

June 18, 2018: Continued Deposition via Video Conference in Salem, Oregon. Attorney: Barnes, Stephen. Case: Powers v Hagney. Case # 15-CA-007529. In the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, State of Florida, Civil Division.

June 19, 2018: Deposition at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Laden, Ramzy. Case: Garcia- Lopez, Enrique. Case # A-16-739239-C. In the District Court, Clark County, Nevada.

June 22, 2018: Deposition at 7000 NE Airport Way, Portland, Oregon 97218. Attorney: Ball, James. Case: Soto v MacNeal Hospital. Case # 2014 L 009016. In the Circuit Court of Cook County, Illinois, County Department, Law Division.

June 27, 2018: Deposition in Salem, Oregon. Attorney: Panagakis, Nicholas. Case: Wise, Patricia v Jordan Forest. Case # 2015 CA 002541. In the Circuit Court of the Tenth Judicial Circuit, in and for Polk County, Florida, Civil Action.

July 2, 2018: Deposition preserved for trial in Salem, Oregon. Attorney: Ball, James. Case: Soto v MacNeal Hospital. Case # 2014 L 009016. In the Circuit Court of Cook County, Illinois, County Department, Law Division.

July 12, 2018: Deposition via Video Conference in Salem, Oregon. Attorney: Barnes, Stephen. Case: Bautista v Harris. Case # 17-CA-006421. In the Circuit Court for the Thirteenth Judicial Circuit, in and for Hillsborough County, State of Florida, Civil Division.

July 16, 2018: Testimony at hearing in Baton Rouge, Louisiana.  Attorney: Corzo, Christopher. Case: Parker, Pamela v Farmers Insurance. Case # 651337; section 27. In the Nineteenth Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

July 23, 2018: Deposition via Video Conference in Salem, Oregon. Attorney: Valentin, Kimberly. Case: Kais, Basel v Weinberg. Case # A-17-750998-C.

July 24, 2018: Deposition at 4103 Sylvia Street SE, Salem, Oregon 97317.Attorney: Eichelberger, Katherine. Case: Jones, Curtis. Case # 2016-LHC-1288. In the United States Department of Labor, Office of Administrative Law Judges.

July 31, 2018: Deposition via Video Conference in Salem, Oregon. Attorney: Avera, Mark. Case: Ross v North Florida Regional Medical Center. Case # 2016-CA-003777. IN the Circuit Court of the 8th Judicial Circuit, in and for Alachua County, Florida.

August 2, 2018: Deposition at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Rudd, Ryan. Case: Hidan v Moody. Case # 2015-CA-000973. In the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida.

August 6, 2018: Deposition via Video Conference in Salem, Oregon. Attorney: Barnes, Stephen. Case: Zarakowski v Dunkerly. Case # 2016-CA-001365 WS. In the Circuit Court of the Sixth Judicial Circuit, in and for Pasco County, Florida, Civil Division.

August 23, 2018: Testimony at hearing in Tampa, Florida. Attorney: Barnes, Stephen. Case: Argoe v Seik. Case # 15-007311-CI-8. In the Circuit Court for the Sixth Judicial Circuit, in and for Pinellas County, State of Florida, Civil Division.

August 27, 2018: Deposition at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Wilson, Mary. Case: Lugo-Gonzalez, Blanca v C.R. England. Case # 1:17-CV-00073. In the United States District Court, for the Southern District of Texas, Brownsville Division.

August 28, 2018: Deposition via Video Conference in Salem, Oregon. Attorney: Barnes, Stephen. Case: Zarakowski v Dunkerly. Case # 2016-CA-001365 WS. In the Circuit Court of the Sixth Judicial Circuit, in and for Pasco County, Florida, Civil Division.

August 31, 2018: Testimony for trial in Ashland, Oregon. Attorney: Barnes, Stephen. Case: Persichilli v Reyes. Case # 2014-CA-3354-AN. In the Circuit Court of the Ninth Judicial Circuit, in and for Osceola County, Florida.

September 11, 2018: Continued Deposition in Salem, Oregon. Attorney: Eichelberger, Katherine. Case: Jones, Curtis. Case # 06-305543. In the United States Department of Labor Office of Administrative Law Judges.

September 12, 2018: Deposition via Video Conference at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Parsley, Colleen. Case: Sommer, Lori v Lancey. Case # 2017CV030443. In the District Court, Jefferson County, Colorado.

September 18, 2018: Deposition at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Smith, Sarah. Case: Kirby, Melissa v The Johns Hopkins Hospital. Case # 03-C-17-005410- MM. In the Circuit Court for Baltimore County.

September 25, 2018: Deposition via Skype in Salem, Oregon. Attorney: Teal, John. Case: Jaramillo, Gilbert v Interinsurance Exchange. Case # Unassigned. Uninsured Motorist Arbitration County of Los Angeles.

September 26, 2018: Deposition at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Hepburn, Carol. Case: Driscoll, Eva v Harrison Medical Center. Case # 17-2-07359-8 KNT.

September 27, 2018: Trial Testimony in Salem, Oregon. Attorney: Roy, Matthew. Case: Long v Johnson. Case # 17CV33282. In Marion County, State of Oregon.

September 28, 2018: Trial Testimony via Video in Salem, Oregon. Attorney: Crockett, Brian. Case: Batista, Gerardo v Builders First Source. Case # 01-14-0000-4080. American Arbitration Association.

October 2, 2018: Trial Testimony in Tavares, Florida. Attorney: Copeland, Todd. Case: Brower, Jessica v Taylor. Case # 10-CA-4266. IN the Circuit Court of the Fifth Judicial Circuit, In and For Lake County, Florida.

October 29, 2018: Deposition via Video Conference in Salem, Oregon. Attorney: Carlson, Mark. Case: Gillespie v Filbertal Inc. Case # 160903566. In the Second Judicial District Court of Weber County, State of Utah, Ogden Department.

October 30, 2018: Deposition Preserved for Trial at 520 SW Yamhill ST. Portland, Oregon. Attorney: Mallove, Dan. Case: Garcia- Zuniga v Dhaliwal. Case # A-15-727070-C. In the District Court, Clark County, Nevada.

October 31, 2018: Continued Deposition at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Smith, Sarah. Case: Kirby, Melissa v The Johns Hopkins Hospital. Case # 03-C-17-005410- MM. In the Circuit Court for Baltimore County.

November 7, 2018: Trial Testimony in Las Vegas, Nevada. Attorney: Jones, Kimball. Case: Perez, Cesar v Talley. Case # A-16-741306-C. In the District Court, Clark County, Nevada.

November 26, 2018: Trial Testimony in Los Angeles, California. Attorney: Nielsen, Eric. Case: Brookman, Lilian v Signature Fundraising. Case # MC026617. In the Superior Court of the State of California, County of Los Angeles- North District.

November 27, 2018: Deposition at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Higginbotham, Laurie. Case: Ramirez, R v Higgins. Case # 2016-CI-21852. In the District Court of Bexar County, Texas, 224th Judicial District.

November 29, 2018: Trial Testimony via Video in Salem, Oregon. Attorney: Sorenson, Chase. Case: Meardy v Mowell. Case # 2014 CA 006303 NC. In the Circuit Court of the Twelfth Judicial Circuit, In and For Sarasota County, Florida.

December 6, 2018: Deposition at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Burke, Sean. Case: Hernandez, Ivonne. Case # 16L004789. In the Circuit Court of Cook County, Illinois County Department, Law Division.

December 7, 2018: Deposition in Salem, Oregon. Attorney: Alsaffar, Jamal. Case: Schmidt v USA. Case # 18-CV-00088-LY. United States District Court for the Western District of Texas, Austin Division.

December 10, 2018: Continued Deposition at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Mallove, Dan. Case: Garcia- Zuniga v Dhaliwal. Case # A-15-727070-C. In the District Court, Clark County, Nevada.

December 11, 2018: Deposition at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Rufo, Sergio. Case: Simpson v Kaneshige. Case # 16-1-1973-10 JPC. In the Circuit Court of the First Circuit.

December 13, 2018: Deposition at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Randall, Justin. Case: Torres, Jose v Brown. Case # 17-cv-08217-PCT-JAT. In the United States District Court, District of Arizona.

December 14, 2018: Deposition at 4500 Kruse Way, Suite 385. Lake Oswego, Oregon 97035. Attorney: Wise, George. Case: Herrin v Mercy Health. Case # CV-17-685-III. In the Circuit Court of Garland County, Arkansas Division 1.

December 17, 2018: Deposition at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Weinstein, Lisa. Case: Graven, M v High Point Regional Med. Case # 18-CVS-2507. In the General Court of Justice, Superior Court Division.

December 20, 2018: Deposition via Telephone at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Cohn, Michael. Case: Maynard v USA. Case # 16-cv-00100 RRB. IN the United States District Court, For the District of Alaska.

## 2019

January 2, 2019: Deposition at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Holland, James. Case: Harper, T v Winters. Case # 16-2016-CA-007721. In the Circuit Court, Fourth Judicial Circuit, In and for Duval County, Florida.

January 3, 2019: Deposition at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Ladah, Ramzy. Case: Gallardo/ Barajas v Woodcreek Apartments. Case # A-16-743815-C. In the District Court, Clark County, Nevada.

January 4, 2019: Deposition Preserved for Trial in Salem, Oregon. Attorney: Scofield, Graham. Case: Davis, C v Vondersmith. Case # 16CV01541-1. In the State Court of Gwinnett County, State of Georgia.

January 7, 2019: Deposition at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Gladish, David. Case: Sandidge, Troy v Red Robin International. Case # 45D04-1509-CT-00172. In the Lake Superior Court, State of Indiana, County of Lake.

January 9, 2019: Deposition Preserved for Trial in St. Louis, Missouri. Attorney: Wilmoth, Brad. Case: Gonzales, Tonya. Case # 1722-CC00994. In the Circuit Court of the City of St. Louis, State of Missouri.

January 10, 2019: Deposition via Video in Salem, Oregon. Attorney: Barnes, Stephen. Case: Pyles v Kelz. Case # 2018 CA 001038 NC. In the Circuit Court of the Twelfth Judicial Circuit, in and For Sarasota County, State of Florida General Civil Law Division.

January 24, 2019: Trial Testimony in Baton Rouge, Louisiana. Attorney: Palmintier, Michael. Case: Bolton, Dana v Farmers Insurance. Case # 583, 650. In the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

January 25, 2019: Deposition at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Machler, Susan. Case: McConnell, Amanda. Case # 17-2-13316-2. In the Superior Court of the State of Washington, In and For the County of Pierce.

January 28, 2019: Deposition at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Smith, Jacob. Case: Garcia- Chavez v JB Hunt. Case # 18-cv-00040-JCM-VCF. In the United States District Court, District of Nevada.

January 29, 2019: Deposition at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Hagood, Gene. Case: Garcia, Patricia v ARI Fleet. Case # 2017CI00306. In the District Court, Bexar County, Texas, 408th Judicial District.

January 31, 2019: Deposition in San Jose, California. Attorney: Silva, Eva. Case: Conom v Normandin's, Inc. Case # 17CV317953. Superior Court of California, County of Santa Clara.

February 8, 2019: Deposition at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Vandever, Dirk. Case: Sell, JP v Quality Transportation, Inc. Case # 1631-CC01387. In the Circuit Court of Greene County, Missouri.

February 11, 2019: Deposition at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Corboy, Philip. Case: Johnson, J v SkyGroup. Case # 18L2828. In the Circuit Court of Cook County, Illinois County Department- Law Division.

February 11, 2019: Daubert Hearing via Skype in Lake Oswego, Oregon. Attorney: Barnes, Stephen. Case: Zarakowski v Dunkerly. Case # 2016-CA-001365 WS. In the Circuit Court of the Sixth Judicial Circuit, In and For Pasco County, Florida, Civil Division.

February 19, 2019: Trial Testimony in Bushnell, Florida. Attorney: Holland, James. Case: Aultman v FAF, Inc. Case # 2014-CA-1014. In the Circuit Court, Fifth Judicial Circuit, In and For Sumter County, Florida.

February 20, 2019: Trial Testimony in Portland, Oregon. Attorney: Rayburn, Ralph. Case: Garrison v Industrial Finishes. Case # 17CV18794. In the Circuit Court of the State of Oregon, For the County of Multnomah.

February 25, 2019: Deposition in Portland, Oregon. Attorney: Sherwin, Julia. Case: Martinez, H v City of Pittsburgh. Case # C17-04246RS. In the United States District Court, Northern District of California.

February 26, 2019: Trial Testimony via Skype in Salem, Oregon. Attorney: Holland, James. Case: Aultman v FAF, Inc. Case # 2014-CA-1014. In the Circuit Court, Fifth Judicial Circuit, In and For Sumter County, Florida.

February 27, 2019: Trial Testimony Via Skype in Salem, Oregon. Attorney: Laukkanen, Vesa. Case: Maatta, Kati. Case # S17/332. In the Helsinki Court of Appeal.

February 27, 2019: Deposition at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Madalon, Joseph. Case: Lazar v PHF Oceanfront. Case # CACE 16-010915. In the Circuit Court of the 17th Judicial Circuit, In and For Broward County, Florida.

February 28, 2019: Continued Deposition at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Osborn, Simeon. Case: McConnell, Amanda. Case # 17-2-13316-2. In the Superior Court of the State of Washington, In and For the County of Pierce.

March 1, 2019: Deposition via Video in Salem, Oregon. Attorney: Bennett, Tony. Case: Cicale v Colstar. Case # 2017-CA-003664-O. In the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida.

March 5, 2019: Deposition via Video in Salem, Oregon. Attorney: Vespi, Damon. Case: Range v Rocha. Case # ESX-L-663-15. In the Superior Court of New Jersey, Law Division- Essex County.

March 7, 2019: Deposition via Video Conference at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Matthews, Marc. Case: Jordan, Anthony v Hernandez. Case # 2017-CA-001913. In the Circuit Court of the Twelfth Judicial Circuit, in and for Manatee County, Florida- Civil Division.

March 11, 2019: Deposition at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Slawsky, David. Case: Rivera, S v Southern NH Medical Center. Case # 226-2016-CV-00214. In the Superior Court, Southern District, in and for the State of New Hampshire.

March 14, 2019: Continued Deposition via Video Conference in Salem, Oregon. Attorney: Matthews, Marc. Case: Jordan, Anthony v Hernandez. Case # 2017-CA-001913. In the Circuit Court of the Twelfth Judicial Circuit, in and for Manatee County, Florida- Civil Division.

March 18, 2019: Deposition via Video at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Stoudt, Jonathan. Case: Woodyard v Wayne Hospital Company. Case # 2017-CV-05542. In the Court of Common Pleas, Montgomery County, Ohio.

March 22, 2019: Deposition via Video Conference in Salem, Oregon. Attorney: Crockett, Brian. Case: Vasquez v HEB Grocery Company. Case # 2017-CV-0091-A. In the District Court of 197th Judicial District, Willacy County, Texas.

March 25, 2019: Deposition at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Trask, Tom. Case: Conyers, Patricia. Case # 16A61560. In the State Court of Dekalb County, State of Georgia.

March 28, 2019: Deposition in Pleasant Hill, California. Attorney: Saint Phalle, Eustace. Case: De La Rosa v State of California. Case # STK-CV-UMCP-2015-0005063. In the Superior Court of the State of California, in and for the County of San Joaquin.

April 3, 2019: Deposition at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Ladah, Ramzy. Case: Gallardo v Woodcreek Apartment Homes. Case # A-14-709992-C. In the District Court, Clark County, Nevada.

April 4, 2019: Deposition in Chicago, Illinois. Attorney: Shapiro, Richard. Case: Terry, Falon. Case # 2011-L-49. State of Illinois, In the Circuit Court of the Tenth Judicial Circuit, County of Peoria.

April 11, 2019: Trial Testimony via Video Conference in Las Vegas, Nevada. Attorney: Barnes, Stephen. Case: Pyles v Kelz. Case # 2018 CA 001038 NC. In the Circuit Court of the Twelfth Judicial Circuit, in and For Sarasota County, State of Florida General Civil Law Division.

April 15, 2019: Deposition at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Bouck, Kim. Case: Cunningham v Walker. Case # 2017 30772 CICI. In the Circuit Court, Seventh Judicial Circuit, in and for Volusia County, Florida.

April 17, 2019: Deposition at 4500 Kruse Way, Suite 385, Lake Oswego, Oregon 97035. Attorney: Hutson, Ben. Case: Barrett v University Towing. Case # 01-2016-CA-001989. In the Circuit Court of the 8th Judicial Circuit in and for Alachua County, Florida.

April 23, 2019: Deposition via Video in Salem, Oregon. Attorney: Barnes, Stephen. Case: Lindgren v State Farm. Case # 2016-CA-000898-A. In the Circuit Court of the Fifth Judicial Circuit, in and for Citrus County, Florida.

April 26, 2019: Deposition via Telephone in Salem, Oregon. Attorney: Johnson, Richard. Case: State of Missouri v Ryland.

April 29, 2019: Deposition via Video Conference in Salem, Oregon. Attorney: Scott, Ryan. Case: Wood v Entergy Arkansas. Case # CV-17-126-3. In the Circuit Court of Marion County, Arkansas, Civil Division.

April 30, 2019: Deposition via Video Conference in Salem, Oregon. Attorney: Bresler, Ryan. Case: Farley, J v State Farm. Case # 8:18-cv-00171-JSM-MAP. In the United States District Court, Middle District of Florida.

May 2, 2019: Hearing via Telephone in Salem, Oregon. Attorney: Avera, Mark. Case: Barrett v University Towing. Case # 01-2016-CA-001989. In the Circuit Court of the 8th Judicial Circuit in and for Alachua County, Florida.

May 2, 2019: Deposition via Video Conference in Salem, Oregon. Attorney: Conway, Kathryn. Case: Ricks-Ngwayah v Advocate Health. Case # 14 L 12504. In the Circuit Court of Cook County, Illinois County Department, Law Division.

May 22, 2019: Trial Testimony in Toronto, CAN. Attorney: Little, Adam. Case: McIssac, Jacob.

May 30, 2019: Trial Testimony via Video Conference in Salem, Oregon. Attorney: Damiano, Maria. Case: Levac v James. Case # CV-14-511333-00CP. In the Ontario Superior Court of Justice.

## Forensic Research + Analysis

**Michael D. Freeman, MedDr PhD**
Physical and mailing address:
**4500 Kruse Way, Ste 385, Lake Oswego, OR 97035**
**971-255-1008 ● fax 971-255-1046**

## 2019 FEE SCHEDULE

*Please make checks payable to: Forensic Research + Analysis, Inc. Tax id # 68-0551731*

**Retainer: Initial file review & initial phone consultation**:  minimum of $5,200 retainer covering the first 8 hours is due before work begin, with the first $2600 (4 hours) of the retainer becoming *non-refundable* once received. Please maintain timely communication with our office as case progresses and charges are incurred. **Please note that the hiring attorney is ultimately responsible for all bills incurred by their case.**

**Other in-office services:** All services rendered by Dr. Freeman (i.e. reports, responses, conferences, analysis, research, etc.) not specifically outlined in this fee agreement will be billed at a rate of $650 per hour, prorated in quarter hour increments. *Monies received in our office are not refunded once paid unless an accounting error has occurred on our part or there has been an overpayment on an invoice that cannot be applied to another charge incurred.* Requests for written reports must be put in writing by the hiring attorney with a deadline for receiving such reports given to our office as needed.

**Ancillary services** provided by associate scientist staff will be billed at a rate between $250-$400/hour, including but not limited to work such as medical record review, report assistance, statistical analysis, research, literature review and crash reconstruction. Data pulls/extractions service is billed at $75/hour. There is a $2500 flat fee for each data access & description from national or statewide epidemiologic database. Crash Reconstruction using HVE software is $2500, and additional animation cost to be decided. We also have **video conferencing** capability in our office via the internet (IP address is: 173.12.191.241) and the charge is a simple flat fee of $100 per event, not per hour.

**Calendar Events:** To be placed on Dr. Freeman's calendar for any meeting, phone conference, deposition, inspection, or testimony requests, ***the hiring attorney must communicate directly with Dr. Freeman's office*** (contact is Katie Smith, Executive Assistant) to determine availability and deposit requirements and to schedule their time slot. Depositions and testimony appearances cannot be calendared until deposits are received. Company policy precludes our office staff from communicating directly with opposing counsel.

**For Trial testimonies, Inspections, and Depositions that require out of town travel:**
Total fees are as follows, with **all fees to be paid in full no later than 5 business days in advance**:
1.  Half day of (Portland/Vancouver area) testimony/deposition (including travel time): $6,000*
2.  Full day out of town (including travel time to/from location in one business day): $9,000*
3.  Full day out of town where overnight stay is necessary: $12,000*
**\*NOTE: Travel expenses for airfare, hotel and cab costs are to be invoiced separately.**

**Payment schedule for all trial (or hearing) testimony events:** Events placed on calendar 3 or more months in advance require a $800 non-refundable deposit, less than 3 months but more than 1 month is $3,000 non-refundable deposit, and testimony scheduled less than 1 month in advance requires $6,000 non-refundable deposit immediately. In all cases, a total of $6,000 is due no later than 1 month in advance of event, with remaining balance due no later than 5 business days **\*\*in advance of the scheduled event.

**In-Office Depositions & in office videotaped or live video testimonies:**
Minimum is one hour at **$850.00** ($850/hour) and must be scheduled directly through the office. Depositions are scheduled for the time reserved and prepaid only, and **all fees are to be paid in full no later than 5 business days in advance.** If at time of deposition, a continuance becomes necessary, this will be scheduled as Dr. Freeman's calendar allows and as permitted by local rules and agreement between counsel. Any additional charges incurred for

## Forensic Research + Analysis

### Michael D. Freeman, MedDr PhD
Physical and mailing address:
**4500 Kruse Way, Ste 385, Lake Oswego, OR 97035**
**971-255-1008 ● fax 971-255-1046**

deposition overages are billed by the half hour, triggered after 10 minutes into the half hour. *The retaining attorney is responsible for ensuring timely payment of depositions requested by opposing counsel.* Pre-deposition time spent on preparation is billed at $650 per hour to the *hiring* attorney.

**Payment schedule for all in town depositions and testimonies:**
One half of total fee is due as non-refundable deposit, based on the number of hours being reserved. Therefore, simply multiply $850 hourly rate times the number of hours you wish to reserve and divide in half-this is your non-refundable deposit to calendar the deposition event, based on availability.

**Cancellation Policy for All Deposition or Testimony Dates scheduled on Calendar:**
Depositions cancelled more than one month prior to the event will have deposits applied to other invoices on the account or may be applied to rescheduled date. Any depositions cancelled less than one month prior, but more than 5 business days in advance will have the non-refundable deposit become the cancellation fee. Depositions cancelled less than 5 business days** in advance will keep the entire fee as a cancellation fee and new fees will be required to obtain another date.

Rescheduled trial dates may carry over one half of payment to new date once, with approval of our office. Any testimony cancelling more than 5 business days in advance will incur the non-refundable deposit as the cancellation fee. Any testimony cancelling less than 5 business days** in advance will incur the full fee as a cancellation fee. ***NOTE: In the above fee schedule details, 5 business days means Monday through Friday, and does not include weekends or holidays.*

(Please contact our office for travel information regarding hotels, airport and mass transit options.)

If the undersigned fails to pay the full amount of the charges within 30 days of such invoices, the unpaid amounts of such invoices shall accrue interest at a rate of 1.5% per month. Additionally, the undersigned agrees to pay all of Forensic Research & Analysis' cost of collection, including reasonable attorney fees.

**My signature is an acknowledgement that I have read the above two-page fee schedule and agree to abide by same.  I understand that work does not commence until this signed agreement is returned to FR&A.**

_____
Signature                              Date

_____
**Please print name of the hiring**
**attorney & abbreviated case** caption