|   |   |
|---|---|
| 1 | MICHAEL J. HADDAD (State Bar No. 189114) |
| 2 | JULIA SHERWIN (State Bar No. 189268) |
|   | TERESA ALLEN (State Bar No. 264865) |
| 3 | HADDAD & SHERWIN LLP |
|   | 505 Seventeenth Street |
| 4 | Oakland, California  94612 |
|   | Telephone: (510) 452-5500 |
| 5 | Facsimile:  (510) 452-5510 |

Attorneys for Plaintiffs
W.L., AI QIONG ZHONG, and MAI CHAU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DAT THANH LUONG, DECEASED, through his Co-Successors in Interest, AI QIONG ZHONG, Individually and as mother and Next Friend for W.L., a minor, and MAI CHAU, individually, | ) ) ) ) ) | No: 3:17-cv-06675-EMC |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND (PROPOSED) ORDER OF DISMISSAL** |
| vs. | ) ) |   |
| ALAMEDA COUNTY, a public entity; SHERIFF GREG AHERN; JAIL COMMANDER THOMAS MADIGAN; DR. RINATA WAGLE, M.D.; ESTATE OF MOHINDER KAUR, M.D.; JACKSON & COKER LOCUMTENENS, LLC; BONNIE COOK, MFT; DEPUTY BRANDEN MCBRIDE; SHERIFF'S TECHNICIAN ROBERT LUEBKER; SHERIFF'S TECHNICIAN BRITANNI MARTINEZ; SHERIFF'S TECHNICIAN KARL ENZMANN; DEPUTY SCOTT BRYNING; DEPUTY SHAWN CHRISTIANSEN; NAPA STATE HOSPITAL, CALIFORNIA DEPARTMENT OF STATE HOSPITALS, a public entity; PAM AHLIN; DOLLY MATTEUCCI; PATRICIA TYLER, M.D.; CINDY BLACK; and DOES 10-20, Jointly and Severally, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |   |
| Defendants. | ) ) ) ) |   |

The Plaintiffs Ai Zhong and Wesley Luong, and Defendants Napa State Hospital, Department of State Hospitals, Pam Ahlin, Dolly Matteucci, Patricia Tyler, M.D., and Cindy Black, by and through their counsel of record, hereby stipulate that all claims between the parties shall be dismissed with prejudice, with all parties to bear their own costs and attorneys' fees.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: August 24, 2021   HADDAD & SHERWIN LLP

/s/ *Julia Sherwin*
JULIA SHERWIN
Attorneys for Plaintiffs

DATED: August 24, 2021   ATTORNEY GENERAL OF CALIFORNIA
/s/ *Jennifer Addams*
JENNIFER ADDAMS
Attorneys for Defendants
California Department of State Hospitals; Napa State Hospital; Pam Ahlin; Patricia Tyler M.D., Dolly Matteucci; and Cindy Black

# ORDER

Pursuant to stipulation of the parties, and for good cause,

**IT IS SO ORDERED.** This matter is dismissed with prejudice, with all parties to bear their own costs and attorneys' fees.

DATED: _____

EDWARD M. CHEN
United States District Judge